**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IEP TECHNOLOGIES, LLC,<br>　　　　　Plaintiff,<br><br>　　v.<br><br>KPM ANALYTICS, INCORPORATED F/K/A STATERA ANALYTICS, INCORPORATED AND KPM ANALYTICS NORTH AMERICA CORPORATION F/K/A PROCESS SENSORS CORPORATION,<br>　　　　　Defendants. | Civil Action File No.:<br>1:21-cv-10417-RWZ |

**LOCAL RULE 85.5.3(E)(3) CERTIFICATION OF ROBERT D. GRAVOIS**
**IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE***

I, Robert D. Gravois, state as follows:

1. I am an attorney with the law firm of Thomas Horstemeyer LLP. My office is located at 3200 Windy Hill Road Southeast, Suite 1600E, Atlanta, Georgia 30339. My telephone number is 770.933.9500, and my email address is r.gravois@thip.law.

2. I am a member of the bar in good standing and admitted to practice in the following jurisdictions: the State of Georgia (Bar No. 600183), the U.S. Courts of Appeals for the Eleventh and Federal Circuits, the U.S. District Court for the Northern District of Georgia, and the U.S. Patent and Trademark Office (Reg. No, 67,224).

3. I have not been the subject of any prior or pending disciplinary proceedings in any federal or state court.

4. I have not had an admission to this Court (or other admission for a limited purpose) revoked for any reason.

5. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

2

Signed under the penalties of perjury on this 11 day of May, 2021.

                                            */s/ Robert D. Gravois*
                                            Robert D. Gravois