UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IEP Technologies, LLC,<br><br>      Plaintiff,<br><br>      v.<br><br>KPM Analytics, Incorporated f/k/a Statera Analytics Incorporated and KPM Analytics North America Corporation f/k/a Process Sensors Corporation,<br><br>      Defendants. | Civil Action No.<br>1:21-cv-10417-RWZ |

**PLAINTIFF'S MOTION TO COMPEL DEFENDANTS'
RESPONSES TO REQUESTS FOR ADMISSION**

Pursuant to Federal Rule of Civil Procedure 36(a)(6) and Local Rules 7.1 and 37.1, Plaintiff IEP Technologies, LLC, ("IEP" or "Plaintiff"), by its undersigned counsel, move the court to compel Defendants KPM Analytics, Incorporated f/k/a Statera Analytics Incorporated and KPM Analytics North America Corporation f/k/a Process Sensors Corporation (collectively "KPM" or "Defendants") to supplement their responses to Plaintiff's First Set of Requests for Admission, the grounds for which are more fully specified in the accompanying Memorandum of Law and Declaration of Robert D. Keeler filed concurrently herewith.

Pursuant to Local Rule 7.1(a)(2) the undersigned certifies that the parties have conferred and have attempted in good faith to resolve or narrow the issues that are the subject of the instant motion and are unable to come to a resolution.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), Plaintiff respectfully requests oral argument.

Dated: January 21, 2022

Respectfully submitted,

*/s/ Robert D. Keeler*
Stephen F.W. Ball, Jr. (BBO # 670092)
Robert D. Keeler (*pro hac vice*)
600 Summer Street
Stamford, CT 06901
Tel: 203-703-0800
Fax: 203-703-0801
Email: litigation@whipgroup.com
sball@whipgroup.com
rkeeler@whipgroup.com

*Attorneys for Plaintiff*
*IEP Technologies, LLC*

## **CERTIFICATE OF SERVICE**

      This is to certify that on this 21st day of January, 2022, true and correct copies of the foregoing PLAINTIFF'S MOTION TO COMPEL DEFENDANTS' RESPONSES TO REQUESTS FOR ADMISSION and accompanying documents were filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

<u>January 21, 2022</u>                                                                              <u>*/s/ Robert D. Keeler*</u>
Date