IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IEP Technologies, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KPM Analytics, Incorporated f/k/a Statera Analytics Incorporated and KPM Analytics North America Corporation f/k/a Process Sensors Corporation,<br><br>　　　　Defendants. | Civil Action No.<br>1:21-cv-10417-RWZ |

## MOTION FOR ADMISSION *PRO HAC VICE*

In accordance with Local Rule 83.5.3(b) of the United States District Court for the District of Massachusetts, the Defendants KPM Analytics, Incorporated and KPM Analytics North America Corporation ("Defendants"), by and through their attorneys, Sheehan Phinney Bass & Green PA, hereby move the Court for the *pro hac vice* admission in the above-captioned action of the following attorney for Defendants:

- <u>Andrea P. Nguyen</u>, an associate at Thomas Horstemeyer LLP, 3200 Windy Hill Road Southeast, Suite 1600E, Atlanta, Georgia 30339.

1. This Motion requests that the Court admit Attorney Nguyen and allow her to participate in all aspects of this action, including discovery, hearings, and trial.

2. In accordance with Local Rule 83.5.3(e)(3), Defendants submit a certification by Attorney Nguyen with this Motion as **Exhibit A**.

3. As set forth in the sworn certifications, Attorney Nguyen is a member in good standing of all other courts to which she is admitted to practice.

4. Defendants have submitted a $100 payment.

5. Counsel for the Plaintiff assents to the relief requested herein.

6.    Due to the nature of the relief requested herein, a memorandum of law is not necessary.

WHEREFORE, Defendants respectfully request that the Court:

A.    Grant the admission *pro hac vice* of Attorney Nguyen in the above captioned case and that the Court allow them to participate in all aspects of this action, including discovery, hearings, and trial; and

B.  Grant such other and further relief as is necessary and just.

Respectfully submitted this 25th day of January, 2022.

/s/ Robert D. Gravois
Robert D. Gravois (*pro hac vice*)
r.gravois@thip.law
**THOMAS | HORSTEMEYER, LLP**
3200 Windy Hill Rd SE
Suite 1600E
Atlanta, Georgia 30339
Telephone: 770.933.9500

### CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2022, the foregoing was filed using the Court's ECF system, which will automatically send electronic notice of such filing to all attorneys of record.

/s/ Robert D. Gravois
*Attorney for Defendants*