# Exhibit A

THOMAS, KAYDEN, HORSTEMEYER & RISLEY
100 GALLERIA PARKWAY NW
SUITE 1750
ATLANTA GA 30339

# RANDOM HOUSE WEBSTER'S UNABRIDGED DICTIONARY

Second Edition



RANDOM HOUSE

NEW YORK

COPYRIGHT © 1998, 1997, 1996, 1993, 1987 BY RANDOM HOUSE, INC.

All rights reserved under International and Pan-American Copyright Conventions. No part of this book may be reproduced in any form or by any means, electronic or mechanical, including photocopying, without the written permission of the publisher. All inquiries should be addressed to Reference & Information Publishing, Random House, Inc., 201 East 50th Street, New York, NY 10022. Published in the United States by Random House, Inc., New York and simultaneously in Canada by Random House of Canada Limited.

Random House Webster's Unabridged Dictionary, Second Edition, is revised and updated edition of The Random House Dictionary of the English Language, Second Edition, Unabridged.

The Random House Living Dictionary Database™, the Random House Living Dictionary™, and the Random House Living Dictionary Project™ are trademarks of Random House, Inc. Random House and the house design are registered trademarks of Random House, Inc.

International Phonetic Alphabet, courtesy of International Phonetic Association

Library of Congress Cataloging-in-Publication Data as of 1997:

Random House compact unabridged dictionary
Random House Webster's Unabridged dictionary.—2nd ed.
p. cm
Rev., updated ed. of: Random House compact unabridged dictionary.
Special 2nd Ed.
ISBN 0-679-45854-9.—ISBN 0-679-45853-0
1. English language—Dictionaries.
PE1625.R293  1997   423—dc21   97-17702
CIP

**Trademarks**

A number of entered words which we have reason to believe constitute trademarks have been designated as such. However, no attempt has been made to designate as trademarks or service marks all terms or words in which proprietary rights might exist. The inclusion, exclusion, or definition of a word or term is not intended to affect, or to express a judgment on, the validity or legal status of the word or term as a trademark, service mark, or other propriety term.

This book is available for special purchases in bulk by organizations and institutions, not for resale, at special discounts. Please direct your inquiries to the Random House Special Sales Department, toll free 888-591-1200 or fax 212-572-7370.

Please address inquiries about electronic licensing of this division's products, for use on a network or in software or on CD-ROM, to the Subsidiary Rights Department, Random House Reference & Information Publishing, fax 212-940-7370.

New York   Toronto   London   Sydney   Auckland

This book is also sold in a special package containing the CD-ROM version 3.0 for Windows™ 95 and higher versions.

Visit the Random House Web site at http://www.randomhouse.com/

Typeset and printed in the United States of America.

October 1999
9 8 7 6 5 4 3

ISBN: 0-679-45854-9 (Hardcover/book only)

ISBN: 0-375-40383-3 (Hardcover/book and CD-ROM package)

**French** *Cookery.* butterpaste. [1935-40; < F: lit., kneaded butter]

**beurre noir** (bûr′ nwär′; *Fr.* bœR nwaR′), *French Cookery.* a sauce of darkly browned butter, sometimes flavored with herbs, vinegar, etc. [1855-60; < F: lit., black butter]

**beurre noi·sette** (bûr′ nwä zet′; *Fr.* bœR nwa zet′), *French Cookery.* a sauce of butter cooked until golden or nut brown, sometimes flavored with capers, vinegar, herbs, etc. [ < F: lit., butter the color of a hazelnut]

**Beu·then** (boit′n), *n.* German name of **Bytom**.

**BeV** (bev), *Physics.* billion electron-volts. Also, **Bev, bev**

**Bev·an** (bev′ən), *n.* **1.** A·neu·rin (ə nī′rən), 1897-1960, British political leader: minister of health 1945-50. **2.** a male given name.

**bev·a·tron** (bev′ə tron′), *n. Physics.* an accelerator in which protons are raised to energies of several billion electron-volts by modulating the frequency of the accelerating voltage. [1945-50; BEV + -a- connective + -TRON]

**bev·el** (bev′əl), *n., v.,* **-eled, -el·ing** or (*esp. Brit.*) **-elled, -el·ling.** *adj.* —*n.* **1.** the inclination that one line or surface makes with another when not at right angles. **2.** a surface that does not form a right angle with adjacent surfaces. Cf. **chamfer. 3.** (of a lock bolt) the oblique end that hits the strike plate. **4.** (of a lock with a beveled bolt) the side facing in the same direction as the bevel at the end of the bolt. Cf. **regular bevel, reverse bevel. 5.** See **bevel square. 6.** an adjustable instrument for drawing angles or adjusting the surface of work to a particular inclination. **7.** *Print.* beard (def. 5). —*v.t., v.i.* **8.** to cut or slant at a bevel: *to bevel an edge to prevent splintering.* —*adj.* **9.** Also, **beveled;** *esp. Brit.* **bevelled.** oblique; sloping; slanted. [1555-65; < MF *bevel* (F *béveau, biveau*), OF *baivel,* equiv. to *baif* with open mouth (ba(er) to gape (see BAY²) + -*if* -IVE) + -*el* < L -*ellus;* see -ELLE] —**bev′el·er;** *esp. Brit.* **bev′el·ler,** *n.*

**bev′el-faced ham′mer** (bev′əl fāst′), a riveting hammer having an oblique face.

**bev′el gear′,** *Mach.* a gear having teeth cut into a conical surface, usually meshing with a similar gear set at right angles. Cf. **hypoid gear.** [1825-35]


bevel gear

**bev′el joint′,** *Carpentry.* a miter joint, esp. one in which two pieces meet at other than a right angle. [1815-25]

**bev′el sid′ing,** *Carpentry.* siding composed of tapered pieces, as clapboards, laid with the thicker lower edge of any piece overlapping the thinner upper edge of the piece below it.

**bev′el square′,** an adjustable tool used by woodworkers for laying out angles and for testing the accuracy of surfaces worked to a slope. [1605-15]


bevel square

**bev·er·age** (bev′ər ij, bev′rij), *n.* any potable liquid, esp. one other than water, as tea, coffee, beer, or milk: *The price of the meal includes a beverage.* [1250-1300; ME < AF *beverage, bevarage,* equiv. to *be(i)vre* to drink + *-age* -AGE]

**bev′erage room′,** *Canadian.* a tavern or bar selling only malt liquors. [1935-40]

**Bev·er·idge** (bev′ər ij, bev′rij), *n.* **1.** Albert Jeremiah, 1862-1927, U.S. senator and historian. **2.** Sir William Henry, 1879-1963, English economist.

**Bev′eridge plan′,** the plan for comprehensive social insurance, proposed by Sir William Beveridge in Great Britain in 1941.

**Bev·er·ly** (bev′ər lē), *n.* **1.** a city in NE Massachusetts. 37,655. **2.** Also, **Bev′er·ley.** a female or male given name: from an Old English word meaning "dweller at the beaver meadow."

**Bev′erly Hills′,** **1.** a city in SW California, near Los Angeles. 32,367. **2.** a town in SE Michigan. 11,598.

**Bev·in** (bev′in), *n.* Ernest, 1881-1951, British labor leader: foreign minister 1941-51.

**bev·y** (bev′ē), *n., pl.* **bev·ies. 1.** a group of birds, as larks or quail, or animals, as roebuck, in close association. **2.** a large group or collection: *a bevy of boisterous sailors.* [1400-50; late ME *bevey,* of obscure orig.]
—Syn. **1.** covey, flight, brood. **2.** assembly, company.

**BEW,** Board of Economic Warfare.

**be·wail** (bi wāl′), *v.t.* **1.** to express deep sorrow for; lament: *a little child bewailing the loss of her dog.* —*v.i.* **2.** to express grief. [1250-1300; ME; see BE-, WAIL] —**be·wail′ing·ly,** *adv.* —**be·wail′ment,** *n.*
—Syn. **1.** bemoan, mourn.

**be·ware** (bi wâr′), *v.t.* **1.** to be wary, cautious, or careful of (usually used imperatively): *Beware such inconsistency. Beware his waspish wit.* —*v.i.* **2.** to be cautious or careful: *Beware of the dog.* [1150-1200; ME, from phrase of warning *be ware.* See BE, WARE²]

**be·weep** (bi wēp′), *v.t.,* **-wept, -weep·ing.** *Archaic.* to weep over (something): *to beweep one's foolish mistakes.* [bef. 1000; ME *bewepen,* OE *bewēpan.* See BE-, WEEP¹]

**be·whis·kered** (bi hwis′kərd, -wis′-), *adj.* **1.** having whiskers; bearded. **2.** ancient, as a witticism, expression, etc.; passé; hoary: *a bewhiskered catchword of a bygone era.* [1755-65; BE- + WHISKERED]

**Bew·ick** (byoo′ik), *n.* Thomas, 1753-1828, English wood engraver.

**Bew′ick's swan′,** a tundra swan subspecies, *Cygnus columbianus bewickii,* of Eurasia, having white plumage, black legs, and a yellow patch on a black bill. [1820-30; after T. BEWICK]

**be·wigged** (bi wigd′), *adj.* wearing a wig. [1765-75; BE- + WIG + -ED²]

**be·wil·der** (bi wil′dər), *v.t.* to confuse or puzzle completely; perplex: *These shifting attitudes bewilder me.* [1675-85; BE- + WILDER (v.)]
—Syn. mystify, nonplus, confuse, daze, confound, stagger, muddle.

**be·wil·dered** (bi wil′dərd), *adj.* completely puzzled or confused; perplexed. [1675-85; BEWILDER + -ED²] —**be·wil′dered·ly,** *adv.* —**be·wil′dered·ness,** *n.*

**be·wil·der·ing** (bi wil′dər ing), *adj.* extremely confusing: *a bewildering schedule of events.* [1785-95; BEWILDER + -ING²] —**be·wil′der·ing·ly,** *adv.*

**be·wil·der·ment** (bi wil′dər mənt), *n.* **1.** bewildered state. **2.** a confusing maze or tangle, as of objects or conditions: *a bewilderment of smoke, noise, and pushing people.* [1810-20; BEWILDER + -MENT]

**be·witch** (bi wich′), *v.t.* **1.** to affect by witchcraft or magic; cast a spell over. **2.** to enchant; charm; fascinate. [1175-1225; ME *biwicchen.* See BE-, WITCH] —**be·witch′er,** *n.* —**be·witch′er·y,** *n.* —**be·witch′ing·ness,** *n.* —**be·witch′ment,** *n.*
—Syn. **2.** captivate, enrapture, transport.

**be·witch·ing** (bi wich′ing), *adj.* enchanting; charming; fascinating. [1555-65; BEWITCH + -ING²] —**be·witch′ing·ly,** *adv.*

**be·wray** (bi rā′), *v.t. Archaic.* **1.** to reveal or expose. **2.** to betray. [1250-1300; ME *bewraien,* equiv. to *be-* BE- + *wraien,* OE *wrēgan* to accuse, c. OHG *ruogen* (G *rügen*), Goth *wrohjan*] —**be·wray′er,** *n.*

**Bex·ley** (beks′lē), *n.* **1.** a borough of Greater London, England. 216,900. **2.** a city in central Ohio. 13,405.

**bey** (bā), *n., pl.* **beys. 1.** a provincial governor in the Ottoman Empire. **2.** (formerly) a title of respect for Turkish dignitaries. **3.** (formerly) the title of the native ruler of Tunis or Tunisia. Turkish, *beg.* [1590-1600; < Turk, by-form of earlier *beg,* Old Turkic *beg* subordinate chief, head of a clan, perh. < a MChin word akin to Chin *bèi* hundred (Guangdong dial. *baak*)]

**Beyle** (bāl), *n.* Ma·rie Hen·ri (mA RĒ′ äN RĒ′), real name of **Stendhal**.

**bey·lic** (bā′lik), *n.* the power or jurisdiction of a bey. Also, **bey′lik.** [1725-35; < Turk *beylik,* equiv. to *bey* BEY + -*lik* n. suffix of appurtenance]

**Bey·oğ·lu** (bā′ə loō′; *Turk.* bā′ō loō′), *n.* a modern section of Istanbul, Turkey, N of the Golden Horn: commercial and residential area. Formerly, **Pera.**

==**be·yond** (bē ond′, bi yond′), *prep.* **1.** on, at, or to the farther side of: *Beyond those trees you'll find his house.* **2.** farther on than; more distant than: *beyond the horizon; beyond the sea.* **3.** outside the understanding, limits, or reach of; past: *beyond comprehension; beyond endurance; beyond help.* **4.** superior to; surpassing; above: *wise beyond all others.* **5.** more than; in excess of; over and above: *to stay beyond one's welcome.* —*adv.* **6.** farther on or away: *as far as the house and beyond.* —*n.* **7.** the beyond, **a.** that which is at a great distance. **b.** Also, **the great beyond,** the afterlife; life after death. [bef. 1000; ME *beyonden,* OE *begeondan.* See BE-, YOND (adv.)] —**be·yond′ness,** *n.*==

**Bey·routh** (bā′rōōt, bā rōōt′), *n.* Beirut.

**Be·zal·e·el** (bi zal′ē əl), *n.* the chief architect of the tabernacle. Ex. 31:1-11. —**Be·zal·e·el·i·an** (bi zal′ē el′ē ən, bez′ə lē′lē-), *adj.*

**bez·ant** (bez′ənt, bi zant′), *n.* **1.** Also, **bezzant.** the gold solidus of the Byzantine Empire, widely circulated in the Middle Ages. **2.** Also, **byzant.** (in Romanesque architecture) any of a number of disklike ornaments, similar in form to the classical patera, used esp. on the faces of archivolts. Also, **besant.** [1150-1200; ME *besant* < OF < L *byzantius (nummus)* Byzantine (coin)]

**bez′ ant/ler** (bez, bāz). See **bay antler**. [1590-1600]

**bez·el** (bez′əl), *n.* **1.** Also, **basil.** the diagonal face at the end of the blade of a chisel, or the like, leading to the edge. **2.** *Jewelry.* **a.** that part of a ring, bracelet, etc., to which gems are attached. **b.** crown (def. 27). **3.** a grooved ring or rim holding a gem, watch crystal, etc., in its setting. **4.** *Auto.* the part of a vehicle's bodywork that surrounds a light. [1605-15; akin to F *biseau* bevel, chamfer]

**Bé·ziers** (bā zyā′), *n.* a city in S France, SW of Montpellier. 85,677.

**be·zique** (bə zēk′), *n. Cards.* a game resembling pinochle, originally played with 64 cards and now more commonly with 128 cards and, sometimes, 192 or 256 cards. [1860-65; < F *bésigue, bézigue,* perh. < It *bazzica* a similar game, derived variously from *bazza* trump card, stroke of luck, or *bazzicare* to frequent, haunt]

**be·zoar** (bē′zôr, -zōr), *n.* **1.** a calculus or concretion found in the stomach or intestines of certain animals, esp. ruminants, formerly reputed to be an effective remedy for poison. **2.** *Obs.* a counterpoison or antidote. [1470-80; earlier *bezear* < ML *bezahar* < Ar *bā(di)zahr* < Pers *pād-zahr* counterpoison; -*o*- < NL]

**be·zo·ni·an** (bi zō′nē ən), *n. Archaic.* an indigent rascal; scoundrel. [1585-95; obs. *besonio(o)* raw recruit (< It *bisogno* need, needy soldier < ?) + -AN]

**Bez·wa·da** (bez wä′də), *n.* former name of **Vijayawada**.

**bez·zant** (bez′ənt, bi zant′), *n.* bezant (def. 1).

**bf.,** *Law.* brief.

**B/F,** *Accounting.* brought forward.

**B.F. 1.** Bachelor of Finance. **2.** Bachelor of Forestry.

**b.f.,** *Printing.* boldface. Also, **bf**

**B.F.A.,** Bachelor of Fine Arts.

**B.F.A.Mus.,** Bachelor of Fine Arts in Music.

**B.F.S.,** Bachelor of Foreign Service.

**BFT,** biofeedback training.

**B.F.T.,** Bachelor of Foreign Trade.

**bg., 1.** background. **2.** bag.

**B.G., 1.** Birmingham gauge. **2.** brigadier general. Also, **BG**

**B.Gen.Ed.,** Bachelor of General Education.

**bGH,** *Biochem., Agric.* See **bovine growth hormone.**

**B-girl** (bē′gûrl′), *n.* a woman employed by a bar, nightclub, etc., to act as a companion to male customers and induce them to buy drinks. [1935-40, *Amer.;* prob. B(AR)¹ + GIRL]

**Bglr.,** bugler.

**BHA,** *Chem., Pharm.* butylated hydroxyanisole: the synthetic antioxidant $C_{11}H_{16}O_2$, used to retard rancidity in foods, pharmaceuticals, and other products containing fat or oil. [1945-50]

**Bha·bha** (bä′bä), *n.* Ho·mi J(e·han·gir) (hō′mē jə hän gēr′), 1909-1966, Indian physicist and government official.

**Bhad·gaon** (bud′goun), *n.* a former name of **Bhaktapur.**

**Bha·ga·vad-Gi·ta** (bug′ə vəd gē′tä), *n. Hinduism.* a portion of the Mahabharata, having the form of a dialogue between the hero Arjuna and his charioteer, the avatar Krishna, in which a doctrine combining Brahmanical and other elements is evolved. Also called **Gita.** [< Skt: Song of the Blessed One]

**bha·jan** (buj′ən), *n. Hinduism.* a religious song of praise. [1910-15; < Skt]

**bhak·ta** (buk′tə), *n.* one who practices bhakti. [1820-30; < Skt: devoted; akin to BHAKTI]

**Bhak·ta·pur** (buk′tə pōōr′), *n.* a city in E central Nepal, near Katmandu. 104,703. Formerly, **Bhadgaon, Bhatgaon.**

**bhak·ti** (buk′tē), *n. Hinduism.* **1.** selfless devotion as a means of reaching Brahman. Cf. **jnana, karma** (def. 1). **2.** (*cap.*) a popular religious movement centered around the personal worship of gods, esp. Vishnu and Shiva. Cf. **Saiva, Vaishnava.** [1825-35; < Skt: devotion]

**bhak·ti-mar·ga** (buk′ti mär′gə), *n. Hinduism.* See under **marga.** [1935-40]

**bhang** (bang), *n.* **1.** a mild preparation of marijuana made from young leaves and stems of the Indian hemp plant, *Cannabis sativa,* drunk with milk or water as a fermented brew or smoked for its hallucinogenic effects. **2.** a water pipe. Also, **bang.** [1555-65; < Hindi *bhāng* < Skt *bhangā* hemp]

**bhan·gi** (bung′gē), *n., pl.* **-gis.** *Anglo-Indian.* a Hindu scavenger who belongs to one of the untouchable castes. Also, **bhungi.** [< Hindi *bhangi* lit., user of BHANG]

**bhar·al** (bûr′əl), *n.* a wild sheep, *Pseudois nahoor,* of Tibet and adjacent mountainous regions, having goatlike horns that curve backward. Also, **burrhel.** Also called **blue sheep.** [1830-40; < Hindi]

**Bha·rat** (bu′rut), *n.* Hindi name of the republic of India.

**Bha·ra·ta Nat·ya** (bûr′ə tə nät′yə), a traditional south Indian dance style, formerly performed only by devadasis.

**Bhar·tri·ha·ri** (bur′tri hur′ē), *n.* A.D. 570?-650?, Indian grammarian and poet.

**Bhat·gaon** (bud′goun), *n.* a former name of **Bhaktapur.**

**Bhat·pa·ra** (bät′pär ə), *n.* a city in SW West Bengal, in E India, N of Calcutta. 204,750.

**Bhau·na·gar** (bou nug′ər), *n.* a seaport in S Gujarat, in W India. 226,072. Also, **Bhav·na·gar** (bäv nug′ər).

**Bha·va·bhu·ti** (buv′ə bōō′tē), *n.* fl. 8th century, Indian dramatist.

**Bha·ve** (bä′vā), *n.* Vi·no·ba (vē nō′bə), 1895-1982, Indian religious leader and mystic.

**BHC,** *Chem.* benzene hexachloride: the white to yellowish, crystalline, water-soluble, poisonous solid $C_6H_6Cl_6$, used chiefly as an insecticide.

**bhd.,** bulkhead.

**bhees·ty** (bē′stē), *n., pl.* **-ties.** (in India) a water carrier. Also, **bhees′tie, bhees′tia.** [1775-85; < Urdu *bhisti* < Pers *bihishti* pertaining to paradise, i.e., beautiful, as poetic convention describes cup-bearers (equiv. to *bihisht* paradise + -*i* suffix of appurtenance)]

**bhik·shu** (bik′shoō), *n. Buddhism.* **1.** a monk. **2.** any of the first disciples of Buddha. Also, **bhik·ku** (bik′oō). [1805-15; < Skt *bhikṣú* (> Pali *bhikkhu*)]

**bhik·shu·ni** (bik′shoō nē), *n. Buddhism.* a female bhikshu; nun. Also, **bhik·ku·ni** (bik′oō nē). [< Skt *bhikṣuṇī* (> Pali *bhikkhuṇī*)]

CONCISE PRONUNCIATION KEY: act, cāpe, dâre, pärt; set, ēqual; if, īce; ox, ōver, ôrder, oil, bŏŏk, bōōt, out; up, ûrge; child; sing; shoe; thin, that; zh as in *treasure.* ə as in alone, e as in system, i as in easily, o as in gallop, u as in circus; * as in fire (fī″r), hour (ou″r); l and n can serve as syllabic consonants, as in *cradle* (krād′l) and *button* (but′n). See the full key inside the front cover.

Case 1:21-cv-10417-RWZ Document 26-1 Filed 02/04/22 Page 4 of 4