# Exhibit D

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IEP Technologies, LLC,<br><br>          Plaintiff,<br><br>     v.<br><br>KPM Analytics, Incorporated f/k/a Statera Analytics Incorporated and KPM Analytics North America Corporation f/k/a Process Sensors Corporation,<br><br>          Defendants. | Civil Action No.<br>1:21-cv-10417-RWZ |

**DEFENDANTS' RESPONSES AND OBJECTIONS
TO PLAINTIFF'S THIRD SET OF INTERROGATORIES (NOS. 10-12)**

Pursuant to Federal Rules of Civil Procedure 26 and 33, Defendants KPM Analytics, Incorporated f/k/a Statera Analytics Incorporated and KPM Analytics North America Corporation f/k/a Process Sensors Corporation (collectively, "Defendants") hereby respond to Plaintiff IEP Technologies, LLC's ("Plaintiff") third Set of Interrogatories.

GENERAL OBJECTIONS

1.      Defendants object to the Interrogatories, Definitions, Rules of Construction, and Instructions to the extent that they seek information, documents or things that are neither relevant to any claim or defense of any party or the subject matter involved in this action, not reasonably calculated to lead to the discovery of admissible evidence in this matter, not proportional to the needs of this action, and assume facts not in evidence.

2.      Defendants object to the Interrogatories, Definitions, Rules of Construction, and Instructions to the extent they seek information, documents or things protected by the attorney-client privilege, work product immunity, common interest privilege, or any other applicable

1

CONTAINS HIGHLY CONFIDENTIAL INFORMATION
SUBJECT TO PROTECTIVE ORDER [DOC. 18]

**RESPONSE TO INTERROGATORY NO. 12**

Defendants specifically incorporate by reference their General Objections and Objections to Definitions, Rules of Construction, and Instructions as if set forth herein. Defendants further object to this Interrogatory to the extent that it seeks information protected under the attorney-client privilege, the attorney work product doctrine, or any other applicable privilege or doctrine. Defendants further object to this Interrogatory on the grounds that it is indefinite and vague and ambiguous to the extent that it recites "Defendants' Marks," which is an undefined term. Defendants further object to this Interrogatory on the grounds that it is indefinite and vague and ambiguous to the extent that it recites "identify tall trade fairs, trade shows, trade exhibitions, and trade expos ... ," because this statement is unintelligible when applying Plaintiff's definitions and/or the Court's definition of "identify." Defendants further object to this Interrogatory on the grounds that it is overly broad, unduly burdensome, and seeks information not relevant to the parties' claims or defenses to the extent that it seeks information regarding activity outside of the United States and/or activity unrelated to the use of Defendant's mark(s). Defendants further object to this Interrogatory on the grounds that it is vague and ambiguous and unduly burdensome to the extent that it recites "explain why Defendants chose that trade show."

Subject to and without waiving any of their objections, and to the extent they understand this Interrogatory, Defendants state as follows, with the Response being designated HIGHLY CONFIDENTIAL pursuant to the parties' Stipulated Protective Order (Doc. 18): In 2018, Defendants attended a LabelExpo conference at least to promote their GUARDIAN scanning systems and fixed on-line sensor products. In 2018, 2019, and 2021, Defendants attended PackExpo conferences at least to promote their GUARDIAN scanning systems, QUIKCHECK systems, and on-line sensor products. In 2018, 2019, and 2020, Defendants

Date:  January 18, 2022                As to the objections,


/s/ *Robert D. Gravois*
Michael J. Lambert (BBO No. 632053)
*mlambert@sheehan.com*
SHEEHAN PHINNEY BASS & GREEN PA
28 State Street
22nd Floor
Boston, Massachusetts 02109
Telephone: 617.897.5637
Facsimile: 617.439.9363

Peter A. Nieves (*pro hac vice*)
*pnieves@sheehan.com*
SHEEHAN PHINNEY BASS & GREEN PA
1000 Elm Street
17th Floor
Manchester, New Hampshire 03101
Telephone: 603.627.8134
Facsimile: 603.641.2353

N. Andrew Crain (*pro hac vice*)
*a.crain@thip.law*
Robert D. Gravois (*pro hac vice*)
*r.gravois@thip.law*
THOMAS | HORSTEMEYER, LLP
3200 Windy Hill Rd SE
Suite 1600E
Atlanta, Georgia 30339
Telephone: 770.933.9500

*Counsel for Defendants*

12

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IEP Technologies, LLC,<br><br>          Plaintiff,<br><br>     v.<br><br>KPM Analytics, Incorporated f/k/a Statera Analytics Incorporated and KPM Analytics North America Corporation f/k/a Process Sensors Corporation,<br><br>          Defendants. | Civil Action No.<br>1:21-cv-10417-RWZ |

## CERTIFICATE OF SERVICE

I hereby certify that, on January 18, 2022, the foregoing DEFENDANTS' RESPONSES AND OBJECTIONS TO PLAINTIFF'S THIRD INTERROGATORIES (NOS. 10-12) was served via e-mail upon counsel of record for Plaintiff pursuant to prior written agreement of the parties recorded in the parties' Rule 16(d) Joint Report in accord with Fed. R. Civ. P. 5(b)(2)(E):

Stephen F.W. Ball, Jr.
sball@whipgroup.com

Robert D. Keeler
rkeeler@whipgroup.com

Whitmyer IP Group LLC
litigation@whipgroup.com

/s/ *Robert D. Gravois*
Robert D. Gravois
Counsel for Defendants