UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IEP Technologies, LLC,<br><br>      Plaintiff,<br><br>v.<br><br>KPM Analytics, Incorporated f/k/a Statera Analytics Incorporated and KPM Analytics North America Corporation f/k/a Process Sensors Corporation,<br><br>      Defendants. | Civil Action No.<br>1:21-cv-10417-RWZ |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE REPLY

Pursuant to Local Rule 7.1(b)(3), Plaintiff IEP Technologies, LLC, ("IEP" or "Plaintiff"), through its counsel, hereby moves for leave to file its short Reply to Defendants' Opposition to Motion to Compel filed on February 4, 2022, ("Opposition," Dkt. 26). Good cause exists for the Reply in order to address issues raised in the Opposition, including a mischaracterization of facts. Pursuant to Local Rule 7.1(a)(2), IEP certifies that it contacted Defendants and attempted in good faith to resolve and narrow the issues for this Motion. Counsel for Defendants has not responded with its position, but IEP believes KPM opposes this Motion. If Defendants respond otherwise, IEP will update the Court accordingly. However, IEP wanted to gets this Motion on file with the Court so it could make a reasoned ruling with all the facts.

Accordingly, IEP respectfully submits the Court should grant IEP leave to file its Reply attached hereto as Exhibit 1.

                                            Respectfully submitted,

Dated: Feb. 9, 2022

*/s/ Stephen F.W. Ball, Jr.*
Stephen F.W. Ball, Jr. (BBO # 670092)
Robert D. Keeler (*pro hac vice*)
600 Summer Street
Stamford, CT 06901
Tel: 203-703-0800
Fax: 203-703-0801
Email: litigation@whipgroup.com
sball@whipgroup.com
rkeeler@whipgroup.com

*Attorneys for Plaintiff IEP Technologies, LLC*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 9, 2022, a copy of foregoing PLAINTIFF'S MOTION FOR LEAVE TO FILE REPLY and accompanying documents were filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

<u>Feb. 9, 2022</u>                                                                                                  <u>*/s/ Stephen F.W. Ball, Jr.*</u>