**EXHIBIT 1**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IEP Technologies, LLC,<br><br>         Plaintiff,<br><br>     v.<br><br>KPM Analytics, Incorporated f/k/a Statera Analytics Incorporated and KPM Analytics North America Corporation f/k/a Process Sensors Corporation,<br><br>      Defendants. | Civil Action No.<br>1:21-cv-10417-RWZ |

**PLAINTIFF'S REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION
TO COMPEL DEFENDANTS' RESPONSES TO REQUESTS FOR ADMISSION**

At the initial scheduling conference, the parties were asked why this case is still ongoing. IEP believes it should have been resolved long ago. This is a simple trademark infringement case. IEP owns rights in its industry-famous  mark, including all colors, and which it has used as a multicolor mark  ,for years. KPM recently adopted its  mark, which is indistinguishable from IEP's mark.

IEP sued for trademark infringement and KPM's defense to date has been one of obstruction, obfuscation, and obstinacy. Seeking to cut through the weeds, IEP served simple discovery requests, including Requests for Admissions ("RFAs"), that relate to fundamental issues in the case such as whether the parties attend the same tradeshows (International Powder & Bulk Solids being one), have the same customers (we have identified an overlap of at least 48), and advertise in the same channels of trade (such as trade shows and Internet advertising).

KPM's evasive answers and bare denials necessitated IEP's Motion to Compel. KPM is

playing games by refusing to interpret plain English words such as "beyond," and instead interpreting them in such a way to justify their complete failure to provide discovery. Other responses are demonstrably false. At a minimum, KPM should have qualified its answers as required by the Rules.

KPM's Opposition Brief is misleading and deceptive. But perhaps more importantly it is proof that KPM failed to qualify its discovery answers because it now tries to do so. IEP should not be forced to move to compel to get discovery that is in KPM's possession. For example, KPM has taken the position throughout this case that it operates in a different industry because IEP is in "explosion protection." However, ***KPM specifically markets its products for fire and explosion protection*** (yet it has failed to produce such evidence).

Rather than respond fairly to the RFAs to simplify the issues, KPM has chosen to complicate the case. KPM should be compelled to serve amended responses. However, if the Court allows KPM's responses to stand, especially where they provably show KPM's lack of a sufficient inquiry, IEP intends to seek fees for proving these issues at summary judgment/trial.

<u>KPM's Responses to RFAs 3-6 and 13</u>

KPM is playing games rather than answering the RFAs as they are plainly written. KPM asserts that it is unable to respond to RFAs 3-6 and 13 because the meaning of "beyond" is unclear and ambiguous. An "answering party may assert lack of knowledge or information as a reason for failing to admit or deny only if the party states that it has made reasonable inquiry and that the information it knows or can readily obtain is insufficient to enable it to admit or deny." Fed. R. Civ. P. 36(a)(4). "[A] responding party cannot be allowed to make 'hair-splitting distinctions' with the goal of unfairly burdening the opposing party." *Wang v. Omni Hotels Mgmt. Corp.*, No. 3:18-cv-2000 (CSH), 2021 U.S. Dist. LEXIS 238424, at *9 (D. Conn. Dec. 14,

2021) (citing *Thalheim v. Eberheim*, 124 F.R.D. 34, 35 (D. Conn. 1988));  *see also Wang*, 2021 U.S. Dist. LEXIS 238424 at *26 ("Discovery is not the place for overly-nuanced, metaphysical distinctions"); *Nautilus Ins. Co. v. Operation Stand Down*, No. CA 09-192 ML, 2009 U.S. Dist. LEXIS 143252, at *5 (D.R.I. Dec. 11, 2009) (RFA respondent could "stipulate to any other meaning which it could admit" where denials did "not fairly meet the substance of the requests" because phrases such as "providing services" did not need definition).

KPM presumably does not want to respond to these RFAs because their trademark registration is for "laboratory" and "analytical" equipment (Dkt. 1-3 at 2), but they have expanded to operate in industrial manufacturing, shown by their marketing and trade show attendance. (*See* Exs. A, B.)

KPM admitted on the meet and confer that it could respond to these RFAs if it chose not to be obtuse about the definition of "beyond." (Dkt. 23-6, Meet and Confer Transcript, at 14:24-15:2; Dkt. 26 at 10.) KPM's own dictionary definition shows that beyond means "more than; in excess of." (Dkt. 26-1 at 4.) The Court should deem these RFAs admitted per Rule 36. However, to the extent the Court believes "beyond" is unclear, the only fair response to the RFA pursuant to Fed. R. Civ. P. 36 is for KPM to amend its response to provide a qualified denial. *See* Fed. R. Civ. P. 36(a)(6) ("On finding that an answer does not comply with this rule, the court may order either that the matter is admitted or that an amended answer be served"); *Wang*, 2021 U.S. Dist. LEXIS 238424 at *9 ("[A] responding party cannot be allowed to make 'hair-splitting distinctions' with the goal of unfairly burdening the opposing party") (internal citations omitted).

KPM's Responses to RFAs 1, 7-12, and 14-17

RFAs 7-12, and 14-17 seek KPM to admit, *inter alia*, that IEP and KPM market their products (1) in the same channels of trade, (2) to the same customers, (3) at the same trade

shows, (4) that the products can be used on the same production lines/overlap in functionality, and (5) that IEP's trademark is an indicator of source.

Discovery has shown that the parties have an overlap of at least 48 customers and likely market and target more of each other's customers. Keeler Decl. ¶ 6. Both parties market at the industry trade show International Powder & Bulk Solids[1] – the participants in which are publicly listed – which is how IEP became aware of KPM's infringing mark as set forth in the Complaint. (Exhibit A.) IEP and KPM sell the same types of products that are found on the same process lines – including **explosion and fire protection** infrared devices. (Exhibit B.) Finally, IEP's mark is incontestable, meaning that it acts as an indicator of source. *See* 15 U.S.C. § 1065.

KPM's bare denials[2] are demonstrably false and improper and show that KPM failed to conduct a reasonable inquiry. KPM did not respond to these requests to the best of their ability or in good faith by failing to specifically deny and admit portions of the requests. Fed. R. Civ. P. 36(a)(4); *see Wang*, 2021 U.S. Dist. LEXIS 238424 at *9; *Thalheim*, 124 F.R.D. at 34 ("When a request is denied, the court considers: "(1) whether the denial *fairly* meets the substance of the request, (2) whether *good faith* requires that the denial be qualified, and (3) whether any 'qualification' which has been supplied is a *good faith* qualification.") (emphasis original). To be clear, IEP has issue with the form of KPM's responses – largely bare denials – which the facts have shown should be at least qualified denials.

---

[1] KPM questioned IEP's employee Mr. Shea regarding IEP's attendance at trade shows in his individual capacity. KPM ignores that IEP pled that the IEP and KPM attend the International Powder & Bulk Solids in its complaint. (Dkt. 1 at ¶¶ 51, 62, 69; Dkt. 1-8.)

[2] Regardless of the falsity of its denials to these RFAs, KPM justified its denials to RFAs 7-9 as "channels of trade" as "subjective," and that it had "different meanings to different people." (Dkt. 23-6, Meet and Confer Transcript, at 22:12-14.) KPM again takes an overly nuanced approach which is improper under Rule 36. In RFA 8, KPM apparently does not understand the phrase "intend to expand the channels of trade they market goods and/or services." In RFA 12, KPM ignores the discovery to date that shows that the parties market and sell to at least 48 of the same customers.

As such, the Court should either deem IEP's requests admitted, or order KPM to serve amended answers that fairly respond to IEP's requests. *See* Fed. R. Civ. P. 36(a)(6) ("On finding that an answer does not comply with this rule, the court may order either that the matter is admitted or that an amended answer be served"); 36(a)(4) ("A denial must fairly respond to the substance of the matter; and when good faith requires that a party qualify an answer or deny only a part of a matter, the answer must specify the part admitted and qualify or deny the rest."); *Thalheim*, 124 F.R.D. at 34.

However, to the extent that the Court believes that compelling KPM to amend its responses goes towards the accuracy and factual nature of KPM's responses, IEP requests that the Court reserve IEP's motion until after it has proven these facts at summary judgment or trial so that IEP may seek fees for making such proofs under Rule 37.

CONCLUSION

IEP respectfully requests that the Court deem KPM's evasive RFA responses admitted or order KPM to amend their responses. Alternatively, regarding RFAs 1, 7-12, and 14-17, IEP requests that the Court reserve IEP's motion until after it has proven these facts at summary judgment or trial.

Dated: _____                   Respectfully submitted,


                                          _____
                                          Stephen F.W. Ball, Jr. (BBO # 670092)
                                          Robert D. Keeler (*pro hac vice*)
                                          600 Summer Street
                                          Stamford, CT 06901
                                          Tel: 203-703-0800
                                          Fax: 203-703-0801
                                          Email: litigation@whipgroup.com
                                          sball@whipgroup.com
                                          rkeeler@whipgroup.com

                                          *Attorneys for Plaintiff*
                                          *IEP Technologies, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IEP Technologies, LLC,<br><br>        Plaintiff,<br><br>      v.<br><br>KPM Analytics, Incorporated f/k/a Statera Analytics Incorporated and KPM Analytics North America Corporation f/k/a Process Sensors Corporation,<br><br>        Defendants. | Civil Action No.<br>1:21-cv-10417-RWZ |

**DECLARATION OF ROBERT D. KEELER IN SUPPORT OF PLAINTIFF'S REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL DEFENDANTS' RESPONSES TO REQUESTS FOR ADMISSION**

I, Robert D. Keeler, declare as follows:

1.      I am a member of Whitmyer IP Group LLC, 600 Summer Street, Stamford, Connecticut 06901 and am admitted *Pro Hac Vice* in the above captioned action pursuant to the Court's Order dated June 11, 2021 (Doc. 13).

2.      I am one of the attorneys representing Plaintiff IEP Technologies, LLC, ("IEP" or "Plaintiff") in this case and, and I am familiar with the facts stated herein and, if called to testify, would competently testify thereto.

3.      This declaration is respectfully submitted in support of Plaintiff's Reply to Defendants' Opposition to Plaintiff's Motion to Compel Defendants' Responses to Requests for Admission.

4.      Attached hereto as Exhibit A is a true and correct copy of a screenshot of a two webpages showing Exhibitors Lists of the International Powder & Bulk Solids Conference of April 24-26, 2018, and the International Powder & Bulk Solids Conference of May 3-5, 2016.

5.     Attached hereto as Exhibit B is a true and correct copy of a screenshot of a Process Sensors Corporation's webpage for its IR Temperature Sensor product 'PSC-EX301-XT-CB5'.

6.     I have reviewed the information in the parties customer lists in documents bearing Bates numbers KPM-002063 and IEP004224 and determined that there are at least 48 overlapping customers based on those documents.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and accurate to the best of my knowledge.

February  , 2022                                    _____
Date                                                       Robert D. Keeler

# EXHIBIT A

screenshot-web.archive.org-2022.01.27-14_17_08
http://web.archive.org/web/20171206165107/http://event.powderbulksolids.com/2018-exhibitors-list
27.01.2022



**April 24-26, 2018**
Donald E. Stephens Convention Center
Rosemont, IL



| Expo | Conference | Become an Exhibitor/Sponsor | Travel & General Information |

Exhibitor Directory    Code of Conduct

# 2018 Exhibitors List

| COMPANY | BOOTH |
|---|---|
| 4B Components Ltd. | 2549 |
| AAAmachine, Inc. | 1645 |
| AAF International | 2849 |
| ABC Polymer Industries | 2840 |
| Ability Fabricators Inc. | 1813 |
| Acrison Inc. | 1005 |
| ACS Valves | 2219 |
| Adaptive Engineering & Fabrication | 2149 |
| Admix, Inc. | 2824 |
| Aerzen USA Corporation | 2519 |
| Ag Growth International (AGI) | 2542 |
| Air Dynamics Industrial Systems Corporation | 1914 |
| Albarrie Environmental Services Ltd. | 2716 |
| ALMO Process | 1737 |
| Amec Foster Wheeler | 2640 |
| American Custom Drying | 2830 |
| American Fabric Filter Co. | 2930 |
| American Process Systems/Eirich Machines | 3541 |
| Andritz Inc. | 1829 |
| Anton Paar USA Inc. | 3502 |
| APEC | 2819 |
| APEL International Inc. | 2738 |
| Apex Instruments | 2845 |
| Applied Chemical Technology | 1452 |
| ARTECH ultrasonic systems AG | 3525 |
| Artisan Industries, Inc. | 1700 |
| ARVOS Inc. RAYMOND BARTLETT SNOW | 3727 |
| ATEX Explosion Protection, L.P. | 1705 |
| Atlantic Coast Crushers | 1261 |
| Auburn Systems | 1248 |
| Auger Fabrication, Inc. | 3937 |
| A-Ward | 3731 |
| Azo Inc. | 1445 |
| B&P Littleford Day, LLC | 2429 |
| B3 Systems | 2249 |
| Baker Risk | 3943 |
| Balcon Enterprises Inc | 2826 |
| Bauermeister, Inc. | 2025 |
| Beckman Coulter Life Sciences | 2841 |
| Bepex International | 1601 |
| Best Process Solutions | 3725 |
| Biomist, Inc. | 3601 |
| Black Forest Container Systems, LLC | 1442 |
| Blue Ocean Nova | 2929 |
| BM & M Screening Solutions | 1234 |
| Boss Products LLC | 3841 |

| | |
|---|---|
| Brabender Technologie Inc. | 2525 |
| Brookfield AMETEK | 2806 |
| BRUKS USA | 2740 |
| BS&B Pressure Safety Systems, LLC | 3524 |
| Buchi Corporation | 2808 |
| Buffalo Wire Works Company | 1551 |
| Buhler Aeroglide | 2402 |
| Bulk Conveyors, Inc. | 2945 |
| Bunting Magnetics Co. | 1432 |
| Bush & Wilton | 2828 |
| C&W Manufacturing and Sales Co. | 2145 |
| Cambelt International Corp. | 3927 |
| Cardinal Scale Manufacturing Company | 2706 |
| Carman Industries, Inc. | 3912 |
| Carolina Conveying Inc | 2749 |
| Carrier Vibrating Equipment Inc. | 1637 |
| Carter Day International | 2506 |
| Chantland MHS Co. | 2045 |
| CinchSeal | 3822 |
| CLARCOR Industrial Air | 2709 |
| Clarence Richard Co | 2745 |
| Cleveland Vibrator | 2931 |
| Clyde Bergemann Power Group Americas Inc. | 2704 |
| Cobalt Chains, Inc. | 1461 |
| Cog-Veyor Systems, Inc. | 4021 |
| Columbia/Okura, L.L.C. | 1033 |
| Concetti North America Corp. | 4116 |
| Continental Products Corp. | 3935 |
| Control Concepts USA | 2910 |
| Conveyor Components Company | 2439 |
| Coperion K-Tron | 1413 |
| Cordano Packaging Engineers | 3820 |
| Cousins Packaging Inc. | 3843 |
| CPM Roskamp Champion | 1020 |
| CPM Wolverine Proctor | 1030 |
| Crown Iron Works Co. | 1026 |
| CST Storage | 3611 |
| Custom Equipment Design, Inc. | 2449 |
| Custom Powder Systems | 3549 |
| Custom Processing Services | 2250 |
| CV Technology, Inc. | 1731 |
| Cyclonaire Corp | 3831 |
| Dandong Bettersize Instruments Ltd. | 3005 |
| Daxner Bulk Solids Technology | 3505 |
| DCL Inc. | 1328 |
| Dedert Corp. | 3645 |
| DEKRA Insight | 2604 |
| Delavan Limited | 2925 |
| Delfin Industrial | 3519 |
| Dinnissen Process Technology | 1912 |
| Dino - Lite Scopes (BigC) | 2941 |
| DMN, Inc. | 1015 |
| Donaldson Company | 2127 |
| Doyle Equipment Mfg. Co. | 2625 |
| DST America Inc. | 2638 |
| DualDraw LLC | 2607 |
| Dustcontrol Inc. | 2942 |
| Dynamic Air Inc. | 1405 |
| Eagle Microsystems | 2641 |
| Eastern Instruments | 2725 |

| | |
|---|---|
| EBM Manufacturing | 2726 |
| EBRO Armaturen USA | 2435 |
| Ekato Corp. | 2917 |
| Elcan Industries | 1326 |
| Electro-Sensors Inc. | 2634 |
| Emerson Automation Solutions | 3818 |
| Endecotts Ltd. | 2642 |
| ErectaStep | 3500 |
| Eriez Magnetics | 2015 |
| Eurus Blower, Inc. | 2935 |
| Everlasting Valve Company | 1036 |
| Exponent | 2918 |
| Factory Cat (RPS) | 3810 |
| Faulkner Industrial | 1064 |
| Fauske & Associates, LLC | 1252 |
| Feeco International Inc. | 1500 |
| Festo Corporation | 2939 |
| Fike Corporation | 3513 |
| Flamex, Inc. | 2445 |
| FloAero Inc. | 1338 |
| Flottweg Separation Technology | 2934 |
| FLOWSERVE | 2920 |
| Flow Valves International | 2611 |
| FL Smidth, Inc. | 2815 |
| FormPak | 3847 |
| Fortress Technology Inc. | 2307 |
| Franklin Miller Inc. | 2748 |
| Freeman Technology | 2534 |
| Fres-Co System USA, Inc. | 4142 |
| Freund-Vector Corporation | 2617 |
| Fristam Pumps, Inc | 2838 |
| Fritsch Milling and Sizing, USA Inc | 2518 |
| Fujisaki Electric c/o Daiichi Jitsugyo | 3732 |
| G. Bopp USA, Inc. | 2538 |
| G2 Material Handling Inc. | 1343 |
| Gamajet Cleaning Systems Inc. | 2245 |
| Gardner Denver | 1629 |
| GEA North America | 1021 |
| Gelpac Distribution | 2649 |
| General Kinematics Corporation | 1436 |
| General Magnaplate Corporation | 2630 |
| Genius Solutions | 2438 |
| Gerard Daniel Worldwide | 2807 |
| Gericke USA, Inc. | 4126 |
| Gilson Company, Inc. | 2710 |
| Global-Pak Inc. | 2530 |
| Grandview Media Group | 2949 |
| Great Western Mfg Co., Inc. | 2339 |
| GreCon, Inc. | 3717 |
| GTS-ECHO | 2645 |
| H.C. DAVIS SONS MFG. CO. | 2243 |
| H&H Design & Mfg | 3721 |
| HafcoVac | 2637 |
| HaF Equipment | 3008 |
| Hamer-Fischbein | 1545 |
| Hayes & Stolz Industrial Manufacturing Co., LLC | 2502 |
| HECHT Technologie | 1605 |
| Herding Filtration | 1027 |
| Horiba Instruments, Inc. | 3520 |
| Hosokawa Micron Powder Systems | 1837 |

| | |
|---|---|
| Houston Vibrator | 2734 |
| Howden Roots LLC | 2231 |
| H-P Products Inc. | 1400 |
| IEP Technologies | 3635 |
| iFII USA | 1037 |
| IG Industrial Plastics | 1453 |
| IGSP Co., Ltd. | 2940 |
| Imperial Industries Inc. | 3639 |
| IMS Group USA | 3617 |
| Industrial Accessories Company | 2741 |
| Industrial Controls Company | 2811 |
| Industrial Magnetics, Inc. | 1304 |
| Industrial Screw Conveyors | 1032 |
| Innovative Process Applications | 3504 |
| Inpro/Seal | 1260 |
| International Process Equipment Co. | 1356 |
| IVEC Systems | 1060 |
| J & M Industrial, Inc. | 2541 |
| Jacob Tubing LP | 2005 |
| Jenike & Johanson, Inc. | 1401 |
| JENSEN HUGHES | 3503 |
| Jet Pulverizer Co. | 2448 |
| K.R. Komarek Inc. | 2714 |
| Kaeser Compressors, Inc. | 2415 |
| Kahler Automation Corp. | 2919 |
| Kalenborn Abresist Corp | 2302 |
| Kason Corp. | 2107 |
| Kemutec Group Inc. | 1342 |
| Kennametal Inc | 3625 |
| Kett US | 2720 |
| Key International, Inc. | 2434 |
| Kice Industries Inc. | 1945 |
| Kocotek | 1735 |
| Komline-Sanderson | 2207 |
| Koppern Equipment, Inc. | 2345 |
| KROHNE, Inc. | 2810 |
| Kuriyama of America Inc | 2621 |
| KWS Manufacturing Co., LTD. | 1226 |
| Lachenmeier | 2715 |
| Laidig Systems Inc. | 2544 |
| Lancaster Products | 3828 |
| Langston Companies de Mexico | 2829 |
| Laser Technology | 2337 |
| LB Industrial Systems | 3814 |
| Lewellyn Technology Inc. | 2911 |
| Lorenz Conveying Products | 2325 |
| Macawber Engineering | 1334 |
| Magnetic Products, Inc. | 1012 |
| Magnum Systems | 1214 |
| Maljohn Company Ltd. | 3510 |
| MALVERN PANALYTICAL | 2736 |
| Marietta Silos LLC | 2928 |
| Marion Process Solutions | 2009 |
| Martin Engineering USA | 2419 |
| Masterduct, Inc. | 2729 |
| Matcon, Ltd. | 1344 |
| Material Transfer & Storage, Inc. | 3917 |
| Maxi-Lift Inc. | 2938 |
| McLanahan Corporation | 4128 |
| Mechanical & Ceramic Solutions | 2903 |
| MECO Seal Div. of Woodex Bearing Co. | 2711 |

| | |
|---|---|
| MECO Seal Div. of Woodex Bearing Co. | 2711 |
| Mercury Scientific, Inc. | 3723 |
| Meridian Manufacturing Inc. | 2535 |
| Merrick Industries, Inc. | 3006 |
| Metalfab, Inc. | 2205 |
| Metso Minerals | 3007 |
| Mettler-Toledo Product Inspection | 2503 |
| Micromeritics Instrument Corp. | 2802 |
| Microtrac Inc. | 4039 |
| Midwestern Industries | 2225 |
| Mintai Precision Co., Ltd. | 3533 |
| Mixer Systems/Dustmaster Enviro Systems Div. | 2440 |
| Modern Process Equipment | 3605 |
| MoistTech Corp. | 2707 |
| Moisture Register Products | 2615 |
| Mollers North America, Inc. | 3816 |
| Monitor Technologies LLC | 2407 |
| Morris Coupling | 1745 |
| MSK Covertech, Inc. | 1244 |
| Munters Corporation-Dehumidification | 2349 |
| National Bulk Equipment, Inc. | 1613 |
| National Filter Media Company | 1443 |
| Nederman MikroPul | 3813 |
| NERAK Systems, Inc. | 2213 |
| NETZSCH Premier Technologies, LLC. | 1807 |
| Neuman & Esser Grinding & Classifying USA, Inc. | 3926 |
| Newson Gale, Inc. | 3840 |
| Nilfisk CFM | 1201 |
| Nisshin Engineering Inc. | 1355 |
| Nolin Steel | 2914 |
| NOL-TEC Systems, Inc. | 1045 |
| Nordfab Ducting | 3709 |
| Nordic Air Filtration | 2835 |
| Orbis Machinery, Llc | 3812 |
| Oseco | 1303 |
| Palamatic Process | 2539 |
| Particle Sizing Systems | 2403 |
| Paul O. Abbe | 1238 |
| Pawling Engineered Products | 1360 |
| PCME Altech | 2504 |
| Pebco, Inc | 2442 |
| PEMA - Process Equipment Manufacturers Association | 1707 |
| Pentair Flow & Filtration | 2035 |
| PhilChem | 2936 |
| Posi-flate | 1010 |
| Powder Process-Solutions | 1937 |
| Procedyne Corp. | 3826 |
| Process Sensors Corp. | 2635 |
| Progressive Products Inc | 2540 |
| PTI | 2618 |
| Pulva Corporation | 3516 |
| Puritan Magnetics | 2143 |
| R.P.S. Engineering, Inc. | 1361 |
| Rapat Corp. | 1600 |
| Readco Kurimoto, LLC | 2619 |
| Rechner Electronics Ind. Inc. | 2731 |
| REMBE, Inc. | 1218 |
| Renold Ajax Inc. | 2115 |
| Rice Lake Weighing Systems | 2037 |
| RICO Sicherheitstechnik AG | 3811 |
| Rosta USA Corp. | 1250 |

| | |
|---|---|
| Rotex Global LLC | 1621 |
| Rotolok Valves Inc. | 2627 |
| Russell Finex Inc. | 1805 |
| Ruwac USA | 2909 |
| RX4CleanAir/Hastings Air Energy Control, Inc | 4131 |
| S. Howes Co., Inc. | 2123 |
| Saint Gobain Ceramics | 2510 |
| Schenck Process LLC | 1429 |
| Schust Engineering | 2834 |
| Schutte-Buffalo Hammer Mill | 2603 |
| Scientific Dust Collectors | 2902 |
| Scott Equipment Company | 1224 |
| Screw Conveyor Corporation | 3913 |
| Semi-Bulk Systems | 1352 |
| Sensortech Systems, Inc. | 2915 |
| Sentry Equipment Corp. | 2203 |
| Sequoia Scientific, Inc | 2703 |
| Sew-Eurodrive | 4017 |
| Shanghai Everspring Filtration Technology, Co. Ltd. | 2921 |
| SHE HUI MACHINERY | 2839 |
| SICK Inc. | 2916 |
| Siemens Product Lifecycle Mgmt | 3011 |
| Siftex | 1256 |
| SilverBack Products | 2739 |
| Silverson Machines, Inc. | 2744 |
| Sioux Steel Co/Dust Suppression Hopper | 2644 |
| SMC Corporation of America | 1421 |
| Smico Manufacturing | 1821 |
| Snyder Industries, Inc. | 3523 |
| Sodimate Inc. | 2629 |
| Solberg Manufacturing Inc. | 2315 |
| Solimar Pneumatics | 2631 |
| SPEC Engineering | 1319 |
| Spraying Systems Co. | 2527 |
| SPX Flow, Inc. | 2818 |
| Stedman Machine Company | 1327 |
| Sterivalves srl | 4042 |
| Sturtevant, Inc. | 1636 |
| Sutton Industrial Products llc | 2906 |
| SWECO, a business of M-I LLC | 1204 |
| Sympatec Inc. | 1460 |
| Syncro USA LLC | 3728 |
| Syntron Material Handling, LLC | 2515 |
| Tank Connection | 1721 |
| Tapco Inc. | 1704 |
| Tarmac International, Inc | 3629 |
| Tarsco Bolted Tank | 2719 |
| Tawi USA, Inc. | 2329 |
| Technogenia Inc. | 2836 |
| Tecweigh / Tecnetics Industries, Inc. | 2237 |
| Telsonic Ultrasonics, Inc. | 2311 |
| Tema Systems, Inc. | 2319 |
| The Bulk Bag Company | 2718 |
| Thomas & Muller Systems | 3733 |
| Tiger-Vac Inc. | 2620 |
| Tivar 88/Lawrence Industries | 1351 |
| TMI USA. Corp. | 3832 |
| Towne Machine Tool Co. Inc. | 2924 |
| TranPak Inc. | 2944 |
| Tri-Mer Corp. | 3512 |

| | |
|---|---|
| Tuf-Lok International | 1006 |
| Turnkey Processing Solutions | 2825 |
| Tuthill Vacuum & Blower Systems | 2728 |
| UBM Canon Events | 100x |
| Ultra Industries, Inc. | 2735 |
| Union Process Inc. | 2335 |
| UniTrak Corporation Ltd. | 2425 |
| UWT Level Controls USA | 2027 |
| Vac-U-Max | 1316 |
| Van Tongeren America, LLC | 2639 |
| Ventilex USA Inc. | 1652 |
| VetterTec Inc. | 2248 |
| Vibco | 2545 |
| Vibra Screw | 1815 |
| Virto Group/Cuccolini srl | 1049 |
| VitaFlex | 4133 |
| Volkmann | 1620 |
| Vortex Valves North America | 2135 |
| W.S. Tyler | 3002 |
| WAM, Inc. | 1437 |
| Whirlwind Engineering | 4044 |
| WL Port-Land Systems, Inc. | 2831 |
| Wm. W. Meyer & Sons, Inc. | 1845 |
| Wyssmont Co., Inc. | 1000 |
| Yamato Corporation | 3928 |
| Yargus Manufacturing Inc. | 2507 |
| Young Industries | 1941 |
| | Updated November 29, 2017 |

**Register Now**



Exhibitor Directory    FAQs
Floor Plan    Contact Us
Exhibitor Center    News/Press
Privacy

#powdershow
© 2017 UBM All Rights Reserved

*screenshot-web.archive.org-2022.01.27-14_18_49*
*http://web.archive.org/web/20160423161243/http://event.powderbulksolids.com/exhibitors?search_api_views_fulltext=&page=2*
*27.01.2022*



**May 3-5, 2016**
Donald E. Stephens Convention Center
Rosemont, IL

Register

| Expo | Conference | Become an Exhibitor/Sponsor | Travel & General Information |

Interested in Exhibiting    Exhibitor Directory    Exhibitor Tools

# Exhibitor Directory

3 4 A B C D E F G H I J K L M N O P Q R S T U V W Y Z

| Exhibitor Pavilion | Keywords | Exhibitor Name | | |
|---|---|---|---|---|
| - All Exhibitors - | - All Keywords - | | Apply | Reset |

Submit    Submit

| Exhibitors  sort ascending | Booth | Keywords |
|---|---|---|
| HafcoVac | 2639 | Dust Collection and Air Pollution Control |
| Hamer-Fischbein | 3927 | Packaging and Bagging Equipment, Scales |
| Hansentek | 2739 | Dust Collection and Air Pollution Control Accessories, Explosion Suppression, Safety Equipment, Valves and Gates and Airlocks |
| Hardy Pro-Air Service | 2916 | |
| Hayes & Stolz Industrial Manufacturing Company LLC | 2511 | Mechanical Conveying Elevators, Mixers and Blenders, Valves and Gates and Airlocks |
| Heinkel Group (Bolz-Comber-Heinkel) | 2649 | Dryers, Mixers and Blenders, Separation, Size Reduction |
| Herding Filtration LLC | 1737 | Dust Collection and Air Pollution Control, Dust Collection and Air Pollution Control Accessories, Equipment, Pneumatic Conveyers |
| Heyl & Patterson Inc. | 1201 | Dryers, Material Handling and Transportation, Size Reduction, Thermal Solids Processors |
| Homer City Automation Inc. | 2818 | Feeders |
| HORIBA Instruments Inc. | 3520 | Equipment, Fracking Industry, Particle Technology and Characterization, Powder Flow Technology |
| Hosokawa Micron Powder Systems | 1937 | Dryers, Mixers and Blenders, Separation, Size Reduction |
| Houston Vibrator | 2936 | |
| Howden Roots LLC | 3519 | Equipment, Material Handling and Transportation, Pneumatic Conveying Accessories, Pneumatic Conveyors |
| Hub City Inc. | 1333 | Mechanical Conveying Accessories |
| Iconotech | 3830 | Packaging and Bagging Containers, Packaging and Bagging Equipment |
| IEP Technologies Inc. | 3605 | Electrostatic Problems and Hazards, Explosion Suppression, Particle Technology and Characterization, Safety Services |
| iFIL USA | 1033 | Bags, Dust Collection and Air Pollution Control, Efficiency, Pneumatic Conveying Accessories |
| IG Industrial Plastics | 3845 | Bags |
| IGS Industries Inc. | 2538 | Efficiency, Equipment, Services |
| Imperial Industries Inc. | 2907 | |

| | | |
|---|---|---|
| **IMS Group USA** | 3728 | Bags, Packaging and Bagging Equipment, Powder Flow Technology, Services |
| **Industrial Air Solutions** | 3507 | Dust Collection and Air Pollution Control, Dust Collection and Air Pollution Control Accessories, Explosion Suppression, Pneumatic Conveyors |
| **Industrial Controls Co.** | 2711 | Explosion Suppression, Instrumentation and Control, Quality, Safety Equipment |
| **Industrial Magnetics Inc.** | 1304 | Magnetic Separation |
| **Industrial Screw Conveyors Inc.** | 3937 | Material Handling and Transportation, Mixers and Blenders |
| **Industrial Screw Conveyors Inc.** | 1030 | Feeders, Material Handling and Transportation, Mixers and Blenders, Packaging and Bagging Equipment |
| **Inpro/Seal** | 1036 | Accessories |
| **International Process Equipment Co.** | 1344 | Crushers, Dryers, Explosion Suppression, Size Reduction Mills |
| **ioKinetic LLC** | 3512 | Efficiency, OSHA Regulation, Safety Services, Services |
| **IPM Systems** | 2939 | Equipment, Feeders, Mechanical Conveyors, Packaging and Bagging Equipment |
| **ISL Asia Technologies Pte. Ltd.** | 3831 | Containers, Equipment, Material Handling and Transportation, Powder Flow Technology |
| **IVEC® Systems** | 1260 | Dust Collection and Air Pollution Control, Dust Collection and Air Pollution Control Accessories, Efficiency |
| **J & M Industrial** | 2949 | Dust Collection and Air Pollution Control, Feeders, Mechanical Conveyors, Screening Equipment |
| **Jacob Tubing LP** | 2005 | Dust Collection and Air Pollution Control Accessories, Material Handling and Transportation, Pneumatic Conveying Accessories, Valves and Gates and Airlocks |
| **Jenike & Johanson Inc.** | 1401 | Material Handling and Transportation, Services, Storage Facilities and Systems |
| **Jet Pulverizer Co.** | 2448 | Size Reduction, Size Reduction Accessories, Size Reduction Mills |
| **John King USA Inc.** | 3516 | Mechanical Conveying Accessories |
| **Jones Fab and Machine** | 1060 | Mechanical Conveying Accessories, Mechanical Conveying Elevators, Mechanical Conveyors, Pneumatic Conveyors |
| **Jumbocel Systems Inc.** | 3024 | Bags, Material Handling and Transportation, Packaging and Bagging Containers, Packaging and Bagging Equipment |
| **K.R. Komarek Inc.** | 2714 | Equipment, Particle Enlargers and Formers |
| **Kaeser Compressors Inc.** | 2415 | Equipment, Material Handling and Transportation, Pneumatic Conveying Accessories |
| **Kahler Automation Corp.** | 4130 | Instrumentation and Control, Material Handling and Transportation, Meters and Gauges, Mixers and Blenders |
| **Kalenborn Abresist Corp.** | 3549 | Dust Collection and Air Pollution Control Accessories, Mechanical Conveying Accessories, Pneumatic Conveying Accessories, Services |
| **Kalenborn Abresist Corp.** | 3549 | Dust Collection and Air Pollution Control Accessories, Materials, Mechanical Conveying Accessories, Pneumatic Conveying Accessories |
| **Kason Corp.** | 2107 | Dryers, Mixers and Blenders, Screening Equipment, Size Reduction |
| **Kek-Gardner / Kason Corp.** | 2107 | Dryers, Mixers and Blenders, Screening Equipment, Size Reduction |
| **Kemutec Group Inc.** | 2027 | Mixers and Blenders, Screening Equipment, Size Reduction, Valves and Gates and Airlocks |

| | | |
|---|---|---|
| Kett US | 2910 | Instrumentation and Control, Instrumentation and Control Analyzers, Meters and Gauges, Mixers and Blenders |
| Key International Inc. | 2434 | Crushers, Mixers and Blenders, Valves and Gates and Airlocks |
| Kice Industries Inc. | 2035 | Dust Collection and Air Pollution Control, Pneumatic Conveyors, Separation, Valves and Gates and Airlocks |
| Koppern Equipment Inc. | 2345 | Crushers |
| KROHNE Inc. | 2640 | Instrumentation and Control, Meters and Gauges |
| KSU-Bulk Solids Innovation Center | 1443 | Material Handling and Transportation |
| Kuriyama of America Inc. | 2525 | Dust Collection and Air Pollution Control Accessories, Pneumatic Conveying Accessories, Safety Equipment |
| KWS Manufacturing Company Ltd. | 1226 | Mechanical Conveying Elevators, Mechanical Conveyors, Mixers and Blenders |
| Lachenmeier | 2814 | Material Handling and Transportation, Materials, Packaging and Bagging Containers, Packaging and Bagging Equipment |
| Lancaster Products | 3826 | Crushers, Material Handling and Transportation, Mixers and Blenders, Mixers and Blenders Accessories |
| Laser Technology | 2927 | Instrumentation and Control, Instrumentation and Control Analyzers, Meters and Gauges, Storage Facilities and Systems |
| LCI Corp. | 3525 | Dryers, Feeders, Powder Flow Technology, Thermal Solids Processors |
| Lewellyn Technology | 2637 | Safety Services, Services |
| Lödige Maschinenbau GmbH | 2929 | Dryers, Mixers and Blenders |
| Lorenz Conveying Products | 2325 | Pneumatic Conveying Accessories, Valves and Gates and Airlocks |
| Ludman Industries | 2811 | |
| Luxme International Ltd. | 3841 | Material Handling and Transportation, Mechanical Conveying Accessories, Mechanical Conveyors, Packaging and Bagging Equipment |
| Macawber Engineering | 1244 | |
| Magnum Systems | 1214 | Packaging and Bagging Equipment, Pneumatic Conveyors, Valves and Gates and Airlocks, Weighing Systems |
| Maljohn Company Ltd. | 3510 | |
| Marion Process Solutions | 2009 | Dryers, Mixers and Blenders, Mixers and Blenders Accessories |
| Martin Engineering | 2825 | Dust Collection and Air Pollution Control, Material Handling and Transportation, Screening Equipment, Services |
| Matcon | 1545 | Containers, Efficiency, Mixers and Blenders, Packaging and Bagging Equipment |
| Material Transfer & Storage Inc. | 3917 | Equipment, Material Handling and Transportation, Packaging and Bagging Equipment, Weighing Systems |
| Material Transfer & Storage Inc. | 3917 | Equipment, Material Handling and Transportation, Packaging and Bagging Equipment, Weighing Systems |
| Material Transfer & Storage Inc. | 3917 | Equipment, Material Handling and Transportation, Packaging and Bagging Equipment, Weighing Systems |
| Material Transfer & Storage Inc. | 3917 | Equipment, Material Handling and Transportation, Packaging and Bagging Equipment, Weighing Systems |

| Company | Code | Categories |
|---|---|---|
| Materials Handling Equipment Co. (MHE) | 1744 | Equipment, Instrumentation and Control, Mechanical Conveying Elevators, Mechanical Conveyors |
| Maxi-Lift Inc. | 2828 | Mechanical Conveying Accessories, Mechanical Conveying Elevators |
| MD+DI | 3037 | |
| Mechanical & Ceramic Solutions Inc. | 2716 | Dust Collection and Air Pollution Control, Mechanical Conveyors, Pneumatic Conveyors, Separation |
| MECO Seal, a Div. of Woodex Bearing Co. | 2911 | Dryers, Mechanical Conveying Accessories, Mixers and Blenders, Mixers and Blenders Accessories |
| MEDTEC China Online | 3037 | |
| Mercury Scientific Inc. | 3719 | Instrumentation and Control Analyzers, Particle Technology and Characterization, Powder Flow Technology, Quality |
| Meridian Manufacturing Inc. | 2535 | Storage Facilities and Systems |
| Merrick Industries Inc. | 1744 | Feeders, Scales, Weighing Systems |
| Metalfab Inc. | 2708 | Equipment, Feeders, Storage Facilities and Systems, Weighing Systems |
| METTLER TOLEDO | 1700 | Quality, Safety Equipment, Screening Equipment, Weighing Systems |
| Micromeritics® Instrument Corp. | 2302 | Instrumentation and Control Analyzers, Particle Technology and Characterization |
| Microtrac Inc. | 4021 | Instrumentation and Control, Particle Technology and Characterization |
| Midwestern Industries Inc. | 2225 | Equipment, Screening Equipment |
| Mitsumi Technical Industry | 2534 | Auxiliary Storage Equipment, Equipment, Powder Flow Technology, Valves and Gates and Airlocks |
| Mixer Systems/DustMASTER® Enviro Systems Div. | 2738 | Mixers and Blenders |
| Modern Process Equipment Corp. | 3513 | Mechanical Conveyors, Size Reduction, Size Reduction Mills |
| MoistTech Corp. | 2745 | |
| Moisture Register Products dba Finna Group | 2615 | Instrumentation and Control, Instrumentation and Control Analyzers, Meters and Gauges |
| Mollers North America Inc. | 3816 | Material Handling and Transportation, Mechanical Conveyors, Packaging and Bagging Equipment |
| Monitor Technologies LLC | 2407 | Auxiliary Storage Equipment, Dust Collection and Air Pollution Control, Instrumentation and Control, Instrumentation and Control Analyzers |
| Morris Coupling Co. | 1745 | Accessories, Material Handling and Transportation, Mechanical Conveying Accessories, Pneumatic Conveying Accessories |
| motan Inc. | 1815 | Dryers, Material Handling and Transportation, Mixers and Blenders, Pneumatic Conveyors |
| Movex Inc. | 3506 | Dust Collection and Air Pollution Control, Dust Collection and Air Pollution Control Accessories |
| MPI (formerly Magnetic Products Inc.) | 1006 | Magnetic Separation, Separation, Weighing Systems |
| MSK Covertech Inc. | 4044 | Mechanical Conveyors, Packaging and Bagging Equipment |

‹ previous   1   2   3   4   5   next ›

Register Now



Exhibitor Directory
Floor Plan
Exhibitor Center
Privacy

FAQs
Contact Us
News/Press

#powdershow
© 2016 UBM Canon All Rights Reserved

screenshot-web.archive.org-2022.01.27-14_16_14
http://web.archive.org/web/20160423161521/http://event.powderbulksolids.com/exhibitors?search_api_views_fulltext=&page=3
27.01.2022



**May 3-5, 2016**
Donald E. Stephens Convention Center
Rosemont, IL

Register

| Expo | Conference | Become an Exhibitor/Sponsor | Travel & General Information |

Interested in Exhibiting    Exhibitor Directory    Exhibitor Tools



# Exhibitor Directory

3 4 A B C D E F G H I J K L M N O P Q R S T U V W Y Z

Exhibitor Pavilion
- All Exhibitors -

Keywords
- All Keywords -

Exhibitor Name

Apply    Reset

Submit    Submit

**Exhibitors** sort ascending | Booth | Keywords
--- | --- | ---
MTE - Control Systems International | 3008 | Instrumentation and Control, Mechanical Conveying Accessories, Packaging and Bagging Equipment, Storage Facilities and Systems
Munters Corp. | 2503 | Accessories, Dryers, Mechanical Conveying Accessories, Pneumatic Conveying Accessories
National Bulk Equipment Inc. (NBE) | 1613 | Material Handling and Transportation, Packaging and Bagging Equipment, Separation, Weighing Systems
National Filter Media Co. | 2502 | Dust Collection and Air Pollution Control, Dust Collection and Air Pollution Control Accessories
NDC Technologies | 2627 | Equipment, Instrumentation and Control, Instrumentation and Control Analyzers, Meters and Gauges
Nederman MikroPul | 3525 | Dust Collection and Air Pollution Control, Scrubbers
NERAK Systems Inc. | 2213 | Mechanical Conveying Elevators
NETZSCH Premier Technologies LLC | 2439 | Mixers and Blenders, Quality, Size Reduction, Size Reduction Mills
Neuman & Esser Grinding & Classifying USA Inc. | 2725 | Equipment, Size Reduction, Size Reduction Accessories, Size Reduction Mills
Newson Gale Inc. | 1551 | Electrostatic Problems and Hazards, Safety Equipment
Nightstick by Bayco Products Inc. | 3031 | Safety Equipment
Nilfisk Inc., Industrial Vacuum Div. | 3500 | Dust Collection and Air Pollution Control, Equipment, Pneumatic Conveyors, Safety Equipment
Nisshin Engineering Inc. | 2135 | Feeders, Separation, Services, Size Reduction Mills
Nol-Tec Systems Inc. | 1049 | Dust Collection and Air Pollution Control, Fugitive Combustibles, Instrumentation and Control, Pneumatic Conveyors
Nolin Steel | 3010 | Equipment, Mechanical Conveying Elevators, Screening Equipment, Separation
Nordfab Ducting | 3723 | Dust Collection and Air Pollution Control, Dust Collection and Air Pollution Control Accessories
Norres NA | 2830 | Dust Collection and Air Pollution Control, Material Handling and Transportation, Pneumatic Conveying Accessories, Screening Media
Ohkawara Kakohki Company Ltd. | 2135 | Dryers, Equipment, Particle Technology and Characterization, Powder Flow Technology

| Company | Number | Categories |
|---|---|---|
| Orbis Machinery LLC | 3732 | Dryers, Equipment, Mixers and Blenders, Size Reduction Mills |
| Orthman Conveying Systems | 2826 | Biomass and Biofuels, Material Handling and Transportation, Mechanical Conveying Elevators, Mechanical Conveyors |
| Oseco | 2807 | Dust Collection and Air Pollution Control, Explosion Suppression, Material Handling and Transportation, Safety Equipment |
| Packaging Digest | 3037 | |
| Particle Sizing Systems | 2403 | Instrumentation and Control Analyzers, Particle Technology and Characterization |
| Paul O. Abbe | 1234 | Dryers, Mixers and Blenders, Size Reduction Mills |
| Pawling Engineered Products | 1360 | |
| PCME Altech | 2903 | Dust Collection and Air Pollution Control, Dust Collection and Air Pollution Control Accessories, Instrumentation and Control Analyzers, Particle Technology and Characterization |
| PEBCO® Inc. | 2934 | Material Handling and Transportation, Powder Flow Technology, Valves and Gates and Airlocks |
| PEMA - Process Equipment Manufacturers' Assn. | 1833 | Media and Associations |
| Pentair Flow & Filtration Solutions | 2143 | Dust Collection and Air Pollution Control, Dust Collection and Air Pollution Control Accessories, Efficiency |
| PhilChem | 2919 | Mixers and Blenders, Packaging and Bagging Equipment, Size Reduction |
| PlasticsToday | 3037 | |
| Porvair Filtration Group Ltd. | 2942 | Materials, Separation |
| Posi-flate | 1012 | Valves and Gates and Airlocks |
| Powder & Bulk Solids | 3037 | |
| Powder Process-Solutions | 1343 | Equipment, Magnetic Separation, Packaging and Bagging Equipment, Pneumatic Conveyors |
| Powder Processing & Technology | 2918 | Services |
| POWTECH | 1748 | Services |
| Prater Industries | 1304 | Feeders, Separation, Size Reduction, Valves and Gates and Airlocks |
| Procedyne Corp. | 4037 | Dryers, Equipment, Services, Thermal Solids Processors |
| Process Sensors Corp. | 2703 | Equipment, Instrumentation and Control, Instrumentation and Control Analyzers, Quality |
| Processing Magazine | 4137 | Media and Associations |
| Progressive Products Inc. | 2542 | Equipment, Pneumatic Conveying Accessories, Size Reduction, Valves and Gates and Airlocks |
| Pulva Corp. | 3729 | Crushers, Feeders, Size Reduction, Size Reduction Mills |
| Puritan Magnetics | 2243 | Magnetic Separation |
| Qmed.com - Find Qualified Medical Device Suppliers | 3037 | |
| Rapat Corp. | 1601 | Material Handling and Transportation, Mechanical Conveyors |
| Raymond Bartlett Snow/ARVOS Group | 3731 | Size Reduction Mills, Thermal Solids Processors |
| Readco Kurimoto LLC | 2610 | Mixers and Blenders, Separation |
| Rechner Electronics Ind. Inc. | 2645 | Feeders, Instrumentation and Control, Material Handling and Transportation, Mixers and Blenders Accessories |

| | | |
|---|---|---|
| REMBE® Inc. | 1218 | Explosion Suppression, Safety Equipment, Valves and Gates and Airlocks, Weighing Systems |
| Renold Ajax Inc. | 2115 | Feeders, Material Handling and Transportation, Mechanical Conveyors, Packaging and Bagging Equipment |
| Rice Lake Weighing Systems | 3639 | Instrumentation and Control, Scales, Weighing Systems |
| Robatel Inc. | 2808 | Separation |
| Robert Ober & Associates LLC | 2920 | Material Handling and Transportation, Mixers and Blenders, Pneumatic Conveyors, Storage Facilities and Systems |
| Rocky DEM Inc. | 2718 | Efficiency, Material Handling and Transportation, Particle Technology and Characterization, Powder Flow Technology |
| Romaco North America | 3501 | Dryers, Particle Enlargers and Formers |
| Rosta USA Corp. | 1347 | Crushers, Feeders, Screening Equipment |
| Rotex Global LLC | 2045 | Equipment, Screening Equipment, Screening Media, Separation |
| Rotolok Valves Inc. | 1449 | Dust Collection and Air Pollution Control Accessories, Pneumatic Conveying Accessories, Valves and Gates and Airlocks |
| Rotool Dust Collection Systems | 4145 | Dust Collection and Air Pollution Control |
| Royal Chemical Co. | 3028 | |
| RPS Engineering Inc. | 1361 | Materials |
| Russell Finex Inc. | 2319 | Magnetic Separation, Quality, Screening Equipment, Separation |
| Ruwac USA | 2944 | Dust Collection and Air Pollution Control, Dust Collection and Air Pollution Control Accessories, Equipment, Safety Equipment |
| S. Howes Company Inc. | 2123 | Mechanical Conveyors, Mixers and Blenders, Screening Equipment, Size Reduction |
| Saint-Gobain Ceramic Materials | 2506 | Mechanical Conveying Accessories, Mixers and Blenders Accessories, Pneumatic Conveying Accessories, Size Reduction Accessories |
| Schust Engineering | 2619 | Dust Collection and Air Pollution Control, Dust Collection and Air Pollution Control Accessories |
| Schwing Bioset | 2704 | Dryers, Equipment, Mechanical Conveyors, Storage Facilities and Systems |
| Scientific Dust Collectors | 2810 | Dust Collection and Air Pollution Control, Dust Collection and Air Pollution Control Accessories, Scrubbers |
| Scott Equipment Co. | 1224 | Dryers, Mixers and Blenders, Separation, Size Reduction |
| Scott Turbon Mixer Inc. | 1622 | Mixers and Blenders, Mixers and Blenders Accessories |
| Screw Conveyor Corp. | 3913 | Mechanical Conveying Elevators, Mechanical Conveyors |
| Semi-Bulk Systems | 1356 | Mixers and Blenders, Mixers and Blenders Accessories, Pneumatic Conveyors, Powder Flow Technology |
| Sentry Equipment Corp. | 2203 | Mechanical Conveying Accessories, Pneumatic Conveying Accessories, Powder Flow Technology, Quality |
| SEW-Eurodrive | 4017 | Material Handling and Transportation |
| Shanghai Everspring Filtration Technology Company Ltd. | 4140 | Dust Collection and Air Pollution Control, Pneumatic Conveying Accessories, Screening Media, Separation |
| Sifter Parts & Service Inc. | 3943 | Dust Collection and Air Pollution Control, Dust |

| Silter Parts & Service Inc. | 3843 | Collection and Air Pollution Control Accessories, Screening Equipment, Separation |
|---|---|---|
| Siftex Equipment Company Inc. | 2921 | Accessories, Dust Collection and Air Pollution Control Accessories, Mixers and Blenders Accessories, Screening Equipment |
| Silverson Machines Inc. | 3834 | Mixers and Blenders |
| Sioux Steel Co. | 2545 | Dust Collection and Air Pollution Control, Equipment, Material Handling and Transportation, Storage Facilities and Systems |
| Sisneros Bros. Mfg. | 1034 | |
| SMC Corp. of America | 1238 | Dust Collection and Air Pollution Control Accessories, Electrostatic Problems and Hazards, Instrumentation and Control, Pneumatic Conveying Accessories |
| Smoot | 1214 | Instrumentation and Control, Pneumatic Conveying Accessories, Pneumatic Conveyors, Valves and Gates and Airlocks |
| Sodimate Inc. | 2729 | Feeders, Material Handling and Transportation, Mechanical Conveyors, Powder Flow Technology |
| Solberg Filtration | 2315 | Dust Collection and Air Pollution Control, Pneumatic Conveying Accessories, Separation |
| Solimar Pneumatics | 2731 | Dust Collection and Air Pollution Control Accessories, Pneumatic Conveying Accessories, Powder Flow Technology, Storage Facilities and Systems |
| Sonoco Protective Solutions | 4131 | Material Handling and Transportation, Packaging and Bagging Containers |
| SPEC Engineering | 1319 | Explosion Suppression, Material Handling and Transportation, Mixers and Blenders, Powder Flow Technology |
| Spraying Systems Co.® | 1303 | Accessories, Dryers, Equipment, Particle Technology and Characterization |
| SPX Flow Inc. | 2231 | Dryers, Equipment, Powder Flow Technology, Separation |
| Stedman Machine Co. | 1327 | Crushers, Size Reduction, Size Reduction Accessories, Size Reduction Mills |
| Steele Solutions Inc. | 3811 | Auxiliary Storage Equipment, Storage Facilities and Systems |
| Sterling Systems & Controls Inc. | 1304 | Feeders, Material Handling and Transportation, Weighing Systems |
| Stone Packaging | 2337 | Bags, Packaging and Bagging Equipment, Scales, Weighing Systems |
| Sturtevant Inc. | 1437 | Crushers, Separation, Services, Size Reduction Mills |
| SWECO, a business of M-I LLC | 1204 | Screening Equipment, Separation, Size Reduction, Size Reduction Mills |
| Sympatec Inc. | 2635 | Instrumentation and Control Analyzers, Particle Technology and Characterization |
| Syncro USA LLC | 3025 | Auxiliary Storage Equipment, Feeders, Pneumatic Conveyors, Powder Flow Technology |
| Takasago Industry Company Ltd. | 2435 | Dryers, Particle Enlargers and Formers, Particle Technology and Characterization, Thermal Solids Processors |
| Tank Connection | 1721 | Auxiliary Storage Equipment, Material Handling and Transportation, Mixers and Blenders, Storage Facilities and Systems |

‹ previous | 1 | 2 | 3 | 4 | 5 | next ›



Register Now



Exhibitor Directory
Floor Plan
Exhibitor Center
Privacy

FAQs
Contact Us
News/Press

**#powdershow**
© 2016 UBM Canon All Rights Reserved

# EXHIBIT B

screenshot-processsensorsir.com-2022.02.07-11_47_18
https://processsensorsir.com/products/infrared-temperature-measurement/ir-temperature-sensors/psc-ex301-xt-cb5
07.02.2022



   

Near Infrared Moisture, Oil &
Coat Weight Sensors

Custom OEM Solutions

Paper & Converting

Food

Wood

Tobacco

Steel

Metals

Cement & Lime

Power

FAQs

Support Downloads

Distributor Resources

**CONTACT**

© 2022 Process Sensors Corporation

Privacy Policy  •  Disclaimer