IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IEP TECHNOLOGIES, LLC,<br>     Plaintiff,<br><br>    v.<br><br>KPM ANALYTICS, INCORPORATED F/K/A STATERA ANALYTICS, INCORPORATED AND KPM ANALYTICS NORTH AMERICA CORPORATION F/K/A PROCESS SENSORS CORPORATION,<br>     Defendants. | Civil Action File No.:<br>1:21-cv-10417-RWZ |

**DEFENDANTS' MOTION FOR LEAVE TO AMEND ANSWER TO COMPLAINT TO ASSERT COUNTERCLAIMS AND TO EXTEND DISCOVERY**

Defendants, KPM Analytics, Incorporated f/k/a Statera Analytics, Incorporated and KPM Analytics North America Corporation f/k/a Process Sensors Corporation, hereby move to amend their Answer to the Complaint in accordance with Rules 13 and 16 of the Federal Rules of Civil Procedure so as to assert counterclaims against Plaintiff IEP Technologies, LLC. In support of its motion, Defendants refer the Court to Defendants' accompanying Memorandum of Law, which is hereby incorporated by reference, and to their proposed Amended Answer Including Counterclaims, which is attached as Exhibit A to their Memorandum.

Defendants' counsel informed Plaintiff's counsel that Defendants intended to file the present Motion. Plaintiff's counsel indicated that Plaintiff would oppose this Motion.

Wherefore, Defendants respectfully request that this Court grant this Motion and permit Defendants to file their Amended Answer and Counterclaims.

A Proposed Order granting this motion is attached herewith.

Respectfully submitted this 16th day of February, 2022.

/s/ N. Andrew Crain
Michael J. Lambert (BBO No. 632053)
*mlambert@sheehan.com*
**SHEEHAN PHINNEY BASS & GREEN PA**
28 State Street
22nd Floor
Boston, Massachusetts 02109
Telephone: 617.897.5637
Facsimile: 617.439.9363

Peter A. Nieves (*pro hac vice*)
*pnieves@sheehan.com*
**SHEEHAN PHINNEY BASS & GREEN PA**
1000 Elm Street
17th Floor
Manchester, New Hampshire 03101
Telephone: 603.627.8134
Facsimile: 603.641.2353

N. Andrew Crain (*pro hac vice*)
*a.crain@thip.law*
Robert D. Gravois (*pro hac vice*)
*r.gravois@thip.law*
Andrea P. Nguyen (*pro hac vice*)
*a.nguyen@thip.law*
**THOMAS HORSTEMEYER LLP**
3200 Windy Hill Rd SE
Suite 1600E
Atlanta, Georgia 30339
Telephone: 770.933.9500
Facsimile: 770.951.0933

*Attorneys for Defendants*

2

**LOCAL RULE 7.1(A)(2) CERTIFICATION**

In compliance with Local Rule 7.1(A)(2), the undersigned hereby certifies that counsel for Defendants conferred with Plaintiff's counsel in a good faith attempt to resolve or narrow the issues presented by this motion. Plaintiff did not, however, consent to the filing of this motion.

/s/ N. Andrew Crain
N. Andrew Crain

*Attorney for Defendants*

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IEP TECHNOLOGIES, LLC,<br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>KPM ANALYTICS, INCORPORATED F/K/A STATERA ANALYTICS, INCORPORATED AND KPM ANALYTICS NORTH AMERICA CORPORATION F/K/A PROCESS SENSORS CORPORATION,<br>　　　　　　Defendants. | Civil Action File No.:<br>1:21-cv-10417-RWZ |

**[PROPOSED]**
**ORDER**

For good cause shown, Defendants' Motion for Leave to Amend the Answer to Complaint to Assert Counterclaims and to Extend Discovery is hereby granted. Defendants' shall have three (3) days upon entry of this Order to file Defendants' Amended Answer and Counterclaims. Discovery shall be extended and shall close sixty (60) days from the filing of Defendants' Amended Answer and Counterclaims.

IT IS SO ORDERED.

Date: _____

_____
Rya W. Zobel
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IEP TECHNOLOGIES, LLC,<br>　　　　　　Plaintiff,<br><br>v.<br><br>KPM ANALYTICS, INCORPORATED F/K/A STATERA ANALYTICS, INCORPORATED AND KPM ANALYTICS NORTH AMERICA CORPORATION F/K/A PROCESS SENSORS CORPORATION,<br>　　　　　　Defendants. | Civil Action File No.:<br>1:21-cv-10417-RWZ |

## CERTIFICATE OF SERVICE

I hereby certify that on February 16, 2022, the foregoing was filed using the Court's ECF system, which will automatically send electronic notice of such filing to all attorneys of record.

　　　　　　　　　　　　　　　　　　*/s/ Robert D. Gravois*
　　　　　　　　　　　　　　　　　　Robert D. Gravois

　　　　　　　　　　　　　　　　　　*Attorney for Defendants*

3