# Exhibit B

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Saturday, February 27, 2021 11:01 PM |
| **To:** | trademark@whipgroup.com |
| **Subject:** | Official USPTO Notice of Acceptance/Acknowledgement Sections 8 and 15: U.S. Trademark RN 4648573: Miscellaneous Design: Docket/Reference No. 06229-T0050A |

**U.S. Serial Number:** 86249899
**U.S. Registration Number:** 4648573
**U.S. Registration Date:** Dec 2, 2014
**Mark:** Miscellaneous Design
**Owner:** IEP Technologies, LLC

Feb 27, 2021

## NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058. **The Section 8 declaration is accepted.**

## NOTICE OF ACKNOWLEDGEMENT UNDER SECTION 15

The declaration of incontestability filed for the above-identified registration meets the requirements of Section 15 of the Trademark Act, 15 U.S.C. §1065. **The Section 15 declaration is acknowledged.**

**The registration will remain in force for the class(es) listed below, unless canceled by an order of the Commissioner for Trademarks or a Federal Court, as long as the requirements for maintaining the registration are fulfilled as they become due.**

**Class(es):**
009, 037, 042

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

### REQUIREMENTS FOR MAINTAINING REGISTRATION

**WARNING: Your registration will be canceled if you do not file the documents below during the specified statutory time periods.**

**Requirements in the First Ten Years**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between the 9th and 10th years after the registration date. See 15 U.S.C. §§1058, 1059.

**Requirements in Successive Ten-Year Periods**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date. See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*\*\*THE USPTO IS NOT REQUIRED TO SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS. THE OWNER SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\***

To check the status of this registration, go to
https://tsdr.uspto.gov/#caseNumber=86249899&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch or contact the Trademark Assistance Center at 1-800-786-9199.

To view this notice and other documents for this registration on-line, go to
https://tsdr.uspto.gov/#caseNumber=86249899&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=documentSearch NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

* **For further information, including information on filing and maintenance requirements for U.S. trademark applications and registrations and required fees, please consult the USPTO website at https://www.uspto.gov/trademark/ or contact the Trademark Assistance Center at 1-800-786-9199.**

IEP004252

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1583 (Rev 05/2006)
OMB No. 0651-0055 (Exp 10/31/2021)

# Combined Declaration of Use and Incontestability under Sections 8 & 15

**The table below presents the data as entered.**

| Input Field | Entered |
| --- | --- |
| **REGISTRATION NUMBER** | 4648573 |
| **REGISTRATION DATE** | 12/02/2014 |
| **SERIAL NUMBER** | 86249899 |
| **MARK SECTION** | |
| MARK | Miscellaneous Mark (stylized and/or with design, see mark) |
| **ATTORNEY INFORMATION (current)** | |
| NAME | Stephen F. Ball |
| ATTORNEY BAR MEMBERSHIP NUMBER | NOT SPECIFIED |
| YEAR OF ADMISSION | NOT SPECIFIED |
| U.S. STATE/ COMMONWEALTH/ TERRITORY | NOT SPECIFIED |
| FIRM NAME | Whitmyer IP Group LLC |
| STREET | 600 Summer Street |
| CITY | Stamford |
| STATE | Connecticut |
| POSTAL CODE | 06901 |
| COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| PHONE | 203-703-0800 |
| FAX | 203-703-0801 |
| EMAIL | trademark@whipgroup.com |
| DOCKET/REFERENCE NUMBER | 06229-T0050A |
| **ATTORNEY INFORMATION (proposed)** | |
| NAME | Stephen F. Ball |
| ATTORNEY BAR MEMBERSHIP NUMBER | XXX |
| YEAR OF ADMISSION | XXXX |
| U.S. STATE/ COMMONWEALTH/ TERRITORY | XX |
| FIRM NAME | Whitmyer IP Group LLC |
| STREET | 600 Summer Street |
| CITY | Stamford |
| STATE | Connecticut |
| POSTAL CODE | 06901 |
| COUNTRY/REGION/JURISDICTION/U.S. | United States |

IEP004253

| TERRITORY | |
|---|---|
| PHONE | 203-703-0800 |
| FAX | 203-703-0801 |
| EMAIL | trademark@whipgroup.com |
| DOCKET/REFERENCE NUMBER | 06229-T0050A |

## CORRESPONDENCE INFORMATION (current)

| NAME | Stephen F. Ball |
|---|---|
| PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE | trademark@whipgroup.com |
| SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES) | NOT PROVIDED |
| DOCKET/REFERENCE NUMBER | 06229-T0050A |

## GOODS AND/OR SERVICES SECTION

| INTERNATIONAL CLASS | 009 |
|---|---|
| GOODS OR SERVICES | SAFETY EQUIPMENT FOR SUPPRESSION, ISOLATION AND VENTING OF EXPLOSIONS, NAMELY, EXPLOSIVE CONTAINMENT VESSELS AND STRUCTURAL PARTS THEREFOR; SAFETY HARDWARE SYSTEMS COMPRISED OF DETECTORS, ELECTRONIC CONTROL UNITS, SUPPRESSORS, ISOLATION VALVES, AND VENTS SOLD AS A UNIT FOR USE IN DETECTING EXPLOSIVES; COMPUTER HARDWARE, SOFTWARE, AND PERIPHERALS FOR OPERATING EXPLOSION SAFETY EQUIPMENT |

| SPECIMEN FILE NAME(S) | |
|---|---|
| ORIGINAL PDF FILE | SPN0-68189243134-20201118 135559705349_._06229-T0050A_Specimen_of_Use_Class_9.pdf |
| CONVERTED PDF FILE(S) (1 page) | \\TICRS\EXPORT18\IMAGEOUT 18\862\498\86249899\xml1\8150002.JPG |
| SPECIMEN DESCRIPTION | Trademark as used in commerce. |
| INTERNATIONAL CLASS | 037 |
| GOODS OR SERVICES | INSTALLATION AND MAINTENANCE OF SAFETY EQUIPMENT FOR DETECTION, PREVENTION, AND ABATEMENT OF EXPLOSIONS |

| SPECIMEN FILE NAME(S) | |
|---|---|
| ORIGINAL PDF FILE | SPN1-68189243134-20201118 135559705349_._06229-T0050A_-_Specimen_of_Use_-_Class_37.PDF |
| CONVERTED PDF FILE(S) (2 pages) | \\TICRS\EXPORT18\IMAGEOUT 18\862\498\86249899\xml1\8150003.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\862\498\86249899\xml1\8150004.JPG |
| SPECIMEN DESCRIPTION | Trademark as used in commerce. |
| INTERNATIONAL CLASS | 042 |
| GOODS OR SERVICES | NEW PRODUCT RESEARCH AND DESIGN SERVICES IN THE FIELD OF SAFETY EQUIPMENT AND HARDWARE |

| SPECIMEN FILE NAME(S) | |
|---|---|
| | SPN2-68189243134-20201118 135559705349_._06229-T0050A_- |

IEP004254

| ORIGINAL PDF FILE | Specimen_of_Use_Clas s_42.pdf |
|---|---|
| CONVERTED PDF FILE(S)<br>(1 page) | \\TICRS\EXPORT18\IMAGEOUT 18\862\498\86249899\xml1\<br>8150005.JPG |
| SPECIMEN DESCRIPTION | Trademark as used in commerce. |

## OWNER SECTION (current)

| | |
|---|---|
| NAME | IEP Technologies, LLC |
| MAILING ADDRESS | 417-1 South Street |
| CITY | Marlborough |
| STATE | Massachusetts |
| ZIP/POSTAL CODE | 01752 |
| COUNTRY/REGION/JURISDICTION/U.S.<br>TERRITORY | United States |

## OWNER SECTION (proposed)

| | |
|---|---|
| NAME | IEP Technologies, LLC |
| MAILING ADDRESS | 417-1 South Street |
| CITY | Marlborough |
| STATE | Massachusetts |
| ZIP/POSTAL CODE | 01752 |
| COUNTRY/REGION/JURISDICTION/U.S.<br>TERRITORY | United States |
| EMAIL | XXXX |

## LEGAL ENTITY SECTION (current)

| | |
|---|---|
| TYPE | limited liability company |
| STATE/COUNTRY/REGION/JURISDICTION/U.S.<br>TERRITORY WHERE LEGALLY ORGANIZED | Delaware |

## PAYMENT SECTION

| | |
|---|---|
| NUMBER OF CLASSES | 3 |
| NUMBER OF CLASSES PAID | 3 |
| COMBINED §§ 8 & 15 FILING FEE PER CLASS | 975 |
| TOTAL FEE PAID | 975 |

## SIGNATURE SECTION

| | |
|---|---|
| SIGNATURE | /John Shea/ |
| SIGNATORY'S NAME | john shea |
| SIGNATORY'S POSITION | Vice President |
| DATE SIGNED | 11/23/2020 |
| SIGNATORY'S PHONE NUMBER | 2037030800 |
| PAYMENT METHOD | CC |

## FILING INFORMATION

| | |
|---|---|
| SUBMIT DATE | Mon Nov 23 16:41:36 ET 2020 |
| | |

IEP004255

| | |
|---|---|
| **TEAS STAMP** | USPTO/S08N15-XX.XXX.XXX.X XX-20201123164136434411-4 648573-750168ed9d1b06458e b592ef7147fffac6746932a54 8d9c5591cb5ca8184ddd85-CC -41344947-202011181355597 05349 |

IEP004256

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1583 (Rev 05/2006)
OMB No. 0651-0055 (Exp 10/31/2021)

# Combined Declaration of Use and Incontestability under Sections 8 & 15
# To the Commissioner for Trademarks:

**REGISTRATION NUMBER:** 4648573
**REGISTRATION DATE:** 12/02/2014

**MARK:** (Stylized and/or with Design, Miscellaneous Mark (see, <u>mark</u>))

**Current:** The owner, IEP Technologies, LLC, a limited liability company legally organized under the laws of Delaware, having an address of
 417-1 South Street
 Marlborough, Massachusetts 01752
 United States

**Proposed:** The owner, IEP Technologies, LLC, a limited liability company legally organized under the laws of Delaware, having an address of
 417-1 South Street
 Marlborough, Massachusetts 01752
 United States
 XXXX
is filing a Combined Declaration of Use and Incontestability under Sections 8 & 15.

For International Class 009, the mark is in use in commerce on or in connection with **all** of the goods/**all** of the services, or to indicate membership in the collective membership organization, listed in the existing registration for this specific class: SAFETY EQUIPMENT FOR SUPPRESSION, ISOLATION AND VENTING OF EXPLOSIONS, NAMELY, EXPLOSIVE CONTAINMENT VESSELS AND STRUCTURAL PARTS THEREFOR; SAFETY HARDWARE SYSTEMS COMPRISED OF DETECTORS, ELECTRONIC CONTROL UNITS, SUPPRESSORS, ISOLATION VALVES, AND VENTS SOLD AS A UNIT FOR USE IN DETECTING EXPLOSIVES; COMPUTER HARDWARE, SOFTWARE, AND PERIPHERALS FOR OPERATING EXPLOSION SAFETY EQUIPMENT; **and** the mark has been continuously used in commerce for five (5) consecutive years after the date of registration, or the date of publication under Section 12(c), and is still in use in commerce on or in connection with **all** goods/**all** services, or to indicate membership in the collective membership organization, listed in the existing registration for this class. Also, no final decision adverse to the owner's claim of ownership of such mark for those goods/services, or to indicate membership in the collective membership organization, exists, or to the owner's right to register the same or to keep the same on the register; and, no proceeding involving said rights pending and not disposed of in either the U.S. Patent and Trademark Office or the courts exists.

The owner is submitting one(or more) specimen(s) for this class showing the mark as used in commerce on or in connection with any item in this class, consisting of a(n) Trademark as used in commerce..

**Original PDF file:**
<u>SPN0-68189243134-20201118 135559705349 _. 06229-T005 0A_Specimen_of_Use_Class_9.pdf</u>
**Converted PDF file(s)** (1 page)
<u>Specimen File1</u>

For International Class 037, the mark is in use in commerce on or in connection with **all** of the goods/**all** of the services, or to indicate membership in the collective membership organization, listed in the existing registration for this specific class: INSTALLATION AND MAINTENANCE OF SAFETY EQUIPMENT FOR DETECTION, PREVENTION, AND ABATEMENT OF EXPLOSIONS; **and** the mark has been continuously used in commerce for five (5) consecutive years after the date of registration, or the date of publication under Section 12(c), and is still in use in commerce on or in connection with **all** goods/**all** services, or to indicate membership in the collective membership organization, listed in the existing registration for this class. Also, no final decision adverse to the owner's claim of ownership of such mark for those goods/services, or to indicate membership in the collective membership organization, exists, or to the owner's right to register the same or to keep the same on the register; and, no proceeding involving said rights pending and not disposed of in either the U.S. Patent and Trademark Office or the courts exists.

The owner is submitting one(or more) specimen(s) for this class showing the mark as used in commerce on or in connection with any item in this class, consisting of a(n) Trademark as used in commerce..

**Original PDF file:**
SPN1-68189243134-20201118 135559705349_._06229-T005 0A_-_Specimen_of_Use_-_Cl ass_37.PDF

IEP004257

<u>SPN1-68189243134-20201118 135559705349 _. 06229-T005 0A _- _ Specimen_of_Use_-_ Cl ass_37.PDF</u>
**Converted PDF file(s)** (2 pages)
<u>Specimen File1</u>
<u>Specimen File2</u>

For International Class 042, the mark is in use in commerce on or in connection with **all** of the goods/**all** of the services, or to indicate membership in the collective membership organization, listed in the existing registration for this specific class: NEW PRODUCT RESEARCH AND DESIGN SERVICES IN THE FIELD OF SAFETY EQUIPMENT AND HARDWARE; **and** the mark has been continuously used in commerce for five (5) consecutive years after the date of registration, or the date of publication under Section 12(c), and is still in use in commerce on or in connection with **all** goods/**all** services, or to indicate membership in the collective membership organization, listed in the existing registration for this class. Also, no final decision adverse to the owner's claim of ownership of such mark for those goods/services, or to indicate membership in the collective membership organization, exists, or to the owner's right to register the same or to keep the same on the register; and, no proceeding involving said rights pending and not disposed of in either the U.S. Patent and Trademark Office or the courts exists.

The owner is submitting one(or more) specimen(s) for this class showing the mark as used in commerce on or in connection with any item in this class, consisting of a(n) Trademark as used in commerce..

**Original PDF file:**
<u>SPN2-68189243134-20201118 135559705349 _. 06229-T005 0A _- _ Specimen_of_Use_Clas s_42.pdf</u>
**Converted PDF file(s)** (1 page)
<u>Specimen File1</u>

The owner's/holder's current attorney information: Stephen F. Ball. Stephen F. Ball of Whitmyer IP Group LLC, is located at

      600 Summer Street
      Stamford, Connecticut 06901
      United States
The docket/reference number is 06229-T0050A.

The phone number is 203-703-0800.

The fax number is 203-703-0801.

The email address is trademark@whipgroup.com

The owner's/holder's proposed attorney information: Stephen F. Ball. Stephen F. Ball of Whitmyer IP Group LLC, is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, is located at

      600 Summer Street
      Stamford, Connecticut 06901
      United States
The docket/reference number is 06229-T0050A.

The phone number is 203-703-0800.

The fax number is 203-703-0801.

The email address is trademark@whipgroup.com

Stephen F. Ball submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.

**Correspondence Information (current):**
      Stephen F. Ball
      PRIMARY EMAIL FOR CORRESPONDENCE: trademark@whipgroup.com
      SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): NOT PROVIDED

The docket/reference number is 06229-T0050A.

A fee payment in the amount of $975 will be submitted with the form, representing payment for 3 class(es), plus any additional grace period fee, if necessary.

**Declaration**

☑ Unless the owner has specifically claimed excusable nonuse, the mark is in use in commerce on or in connection with the goods/services or to indicate membership in the collective membership organization identified above, as evidenced by the attached specimen(s).

☑ Unless the owner has specifically claimed excusable nonuse, the specimen(s) shows the mark as currently used in commerce on or in connection with the goods/services/collective membership organization.

☑ The mark has been in continuous use in commerce for five consecutive years after the date of registration, or the date of publication under 15 U.S.C. § 1062(c), and is still in use in commerce on or in connection with all goods/services, or to indicate membership in the collective membership organization, listed in the existing registration.

☑ There has been no final decision adverse to the owner's claim of ownership of such mark for such goods/services, or to indicate membership in the collective membership organization, or to the owner's right to register the same or to keep the same on the register.

☑ There is no proceeding involving said rights pending and not finally disposed of either in the United States Patent and Trademark Office or in a court.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of this submission and the registration, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

Signature: /John Shea/   Date: 11/23/2020
Signatory's Name: john shea
Signatory's Position: Vice President
Signatory's Phone: 2037030800

Mailing Address (**current**):
  Whitmyer IP Group LLC
  600 Summer Street
  Stamford, Connecticut 06901

Mailing Address (**proposed**):
  Whitmyer IP Group LLC
  600 Summer Street
  Stamford, Connecticut 06901

Serial Number: 86249899
Internet Transmission Date: Mon Nov 23 16:41:36 ET 2020
TEAS Stamp: USPTO/S08N15-XX.XXX.XXX.XXX-202011231641
36434411-4648573-750168ed9d1b06458eb592e
f7147fffac6746932a548d9c5591cb5ca8184ddd
85-CC-41344947-20201118135559705349

IEP004259

Specimen of Use
06229-T0050A
International Class 9



6/26/2020                                        nimbus screenshot app print



## System Engineering

IEP Technologies is staffed with a seasoned group of system engineers to design explosion protection solutions for each application. The systems engineers from IEP Technologies use advanced computer modeling tools to help design a solution best suited for each application. Development of customized system drawings, manuals, and after-market support are performed daily by this team of professionals.

## Field Service

IEP Technologies has the largest factory field service team in the industry. The field service group provides extensive coverage to support explosion protection installations across the globe. The field service technicians perform: initial system checkouts/commissioning, routine system inspections, and emergency service if needed.

## Service Centers

Industrial processes must minimize downtime to remain profitable, even in the event of a suppressed explosion. For this reason, IEP Technologies has numerous authorized Service Centers to provide both a local resource for spare parts and 24 hour, 7 days/week emergency response capabilities.



Concerned about your **explosion risk**?
Get an expert's opinion now!                    [ Contact Us ]



chrome-extension://bpconcjcammlapcogcnnelfmaeghhagj/edit.html                                    1/2

IEP004261

6/26/2020                                            nimbus screenshot app print

What's This Solution                    Careers
Privacy Policy                          Sales & Service Contacts
                                        Knowledge Center

IEP004262

11/17/2020                                    nimbus screenshot app print

screenshot-www.ieptechnologies.com-2020.11.17-17_35_59
https://www.ieptechnologies.com/whats-the-solution/materials-testing
17.11.2020



IEP004263

**ROUTING SHEET TO POST REGISTRATION (PRU)**

**Registration Number:**   4648573



**Serial Number:**   86249899



**RAM Sale Number:  4648573**

**RAM Accounting Date:  20201123**

**Total Fees:**       $975

Note:  Process in accordance with Post Registration Standard Operating Procedure (SOP)

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Number of Classes Paid | Total Fee |
|---|---|---|---|---|---|---|
| §8 affidavit | 7205 | 20201123 | $125 | 3 | 3 | $375 |
| §15 affidavit | 7208 | 20201123 | $200 | 3 | 3 | $600 |

Physical Location: MADCD- NO PHYSICAL FILE

Lost Case Flag: False

In TICRS (AM-FLG-IN-TICRS): True

**Transaction Date:**     20201123



IEP004264

Specimen of Use
06229-T0050A
International Class 9



IEP004265

6/26/2020 nimbus screenshot app print

screenshot-www.ieptechnologies.com-2020.06.26-16_54_58
https://www.ieptechnologies.com/whats-the-solution/service-support
26.06.2020



## System Engineering

IEP Technologies is staffed with a seasoned group of system engineers to design explosion protection solutions for each application. The systems engineers from IEP Technologies use advanced computer modeling tools to help design a solution best suited for each application. Development of customized system drawings, manuals, and after-market support are performed daily by this team of professionals.

## Field Service

IEP Technologies has the largest factory field service team in the industry. The field service group provides extensive coverage to support explosion protection installations across the globe. The field service technicians perform: initial system checkouts/commissioning, routine system inspections, and emergency service if needed.

## Service Centers

Industrial processes must minimize downtime to remain profitable, even in the event of a suppressed explosion. For this reason, IEP Technologies has numerous authorized Service Centers to provide both a local resource for spare parts and 24 hour, 7 days/week emergency response capabilities.



Concerned about your **explosion risk**?
Get an expert's opinion now!

Contact Us



chrome-extension://bpconcjcammlapcogcnnelfmaeghhagj/edit.html 1/2

IEP004266

6/26/2020                                        nimbus screenshot app print

What's The Solution                Careers
Privacy Policy                     Sales & Service Contacts
                                   Knowledge Center

IEP004267

11/17/2020                                        nimbus screenshot app print

screenshot-www.ieptechnologies.com-2020.11.17-17_35_59
https://www.ieptechnologies.com/whats-the-solution/materials-testing
17.11.2020



IEP004268

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 12/31/2014)

## Trademark/Service Mark Application, Principal Register

**Serial Number: 86249899**
**Filing Date: 04/11/2014**

## To the Commissioner for Trademarks:

**MARK:** (Stylized and/or Design, see mark)
The applicant is not claiming color as a feature of the mark. The mark consists of a hexagonal shape.
The applicant, IEP Technologies, LLC, a limited liability company legally organized under the laws of Delaware, having an address of
    417-1 South Street
    Marlborough, Massachusetts 01752
    United States

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

    International Class 009:  SAFETY EQUIPMENT FOR SUPPRESSION, ISOLATION AND VENTING OF EXPLOSIONS; NAMELY, EXPLOSIVE CONTAINMENT VESSELS AND STRUCTURAL PARTS THEREFOR; SAFETY HARDWARE SYSTEMS COMPRISED OF DETECTORS, ELECTRONIC CONTROL UNITS, SUPPRESSORS, ISOLATION VALVES, AND VENTS SOLD AS A UNIT FOR USE IN DETECTING EXPLOSIVES; COMPUTER HARDWARE, SOFTWARE, AND PERIPHERALS FOR OPERATING EXPLOSION SAFETY EQUIPMENT

In International Class 009, the mark was first used by the applicant or the applicant's related company or licensee or predecessor in interest at least as early as 03/03/2014, and first used in commerce at least as early as 03/03/2014, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods and/or services, consisting of a(n) digital photograph of goods.
Specimen File1

    International Class 037:  INSTALLATION AND MAINTENANCE OF SAFETY EQUIPMENT FOR DETECTION, PREVENTION, AND ABATEMENT OF EXPLOSIONS

In International Class 037, the mark was first used by the applicant or the applicant's related company or licensee or predecessor in interest at least as early as 07/31/2013, and first used in commerce at least as early as 07/31/2013, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods and/or services, consisting of a(n) screen shots of website.
Specimen File1
Specimen File2

    International Class 042:  NEW PRODUCT RESEARCH AND DESIGN SERVICES IN THE FIELD OF SAFETY EQUIPMENT AND HARDWARE

In International Class 042, the mark was first used by the applicant or the applicant's related company or licensee or predecessor in interest at least as early as 07/31/2013, and first used in commerce at least as early as 07/31/2013, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods and/or services, consisting of a(n) screen shots of website.
Specimen File1
Specimen File2

The applicant's current Attorney Information:
    Andy I. Corea and Stephen F.W. Ball, Jr., Stephen P. McNamara, Gene S. Winter, Wesley W. Whitmyer, Jr., Richard J. Basile, Todd M. Oberdick, David W. Aldrich, Fritz L. Schweitzer, Jr., Fritz L. Schweitzer III, Steven B. Simonis, Benjamin J. Lehberger, Benjamin C. White; Roy D. Gross, Tatyana Voloshchuk, Walter B. Welsh, Michael J. Kosma, Alyson J. DiLena, Bojuan Deng, Lori L. Benavente, Jonathan A. Winter and Michael A. Lavine of St. Onge Steward Johnston & Reens LLC

IEP004301

986 Bedford Street
Stamford, Connecticut 06905-5619
United States
The attorney docket/reference number is 06229-T0050A.

The applicant's current Correspondence Information:

Andy I. Corea
St. Onge Steward Johnston & Reens LLC
986 Bedford Street
Stamford, Connecticut 06905-5619
2033246155(phone)
2033271096(fax)
tm-pto@ssjr.com (authorized)

A fee payment in the amount of $975 has been submitted with the application, representing payment for 3 class(es).

## Declaration

The signatory believes that: if the applicant is filing the application under 15 U.S.C. Section 1051(a), the applicant is the owner of the trademark/service mark sought to be registered; the applicant or the applicant's related company or licensee is using the mark in commerce on or in connection with the goods/services in the application, and such use by the applicant's related company or licensee inures to the benefit of the applicant; the specimen(s) shows the mark as used on or in connection with the goods/services in the application; and/or if the applicant filed an application under 15 U.S.C. Section 1051(b), Section 1126(d), and/or Section 1126(e), the applicant is entitled to use the mark in commerce; the applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the goods/services in the application. The signatory believes that to the best of the signatory's knowledge and belief, no other person has the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion or mistake, or to deceive. The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements and the like may jeopardize the validity of the application or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

## Declaration Signature

Signature: /Randy Davis/   Date: 04/11/2014
Signatory's Name: Randy Davis
Signatory's Position: President, CEO
RAM Sale Number: 86249899
RAM Accounting Date: 04/14/2014

Serial Number: 86249899
Internet Transmission Date: Fri Apr 11 15:18:43 EDT 2014
TEAS Stamp: USPTO/BAS-XX.XX.XX.XXX-20140411151843513
134-86249899-5001c23b44f976ed197f884be2e
91fa8fe299e6233f84c44c43f191fb10dac1-CC-
1527-20140408093551768159



IEP004303



IEP004304



IEP004305





IEP004307





IEP004309



IEP004310



IEP004311



IEP004312



IEP004313



IEP004314