# Exhibit C

```
 1                  UNCERTIFIED ROUGH DRAFT
 2           The following transcript represents a realtime
 3    version of the deposition of JOHN SHEA taken on January 27,
 4    2022.
 5           The realtime/rough draft text is unedited and
 6    uncertified and may contain untranslated stenographic
 7    symbols, an occasional reporter's note, a misspelled proper
 8    name, and/or nonsensical word combinations.  All such
 9    entries will be corrected on the final certified
10    transcript, which we will delivered to you in accordance
11    with our standard delivery terms or on an expedited basis,
12    should you desire faster delivery.  This will serve as
13    notification that the final certified transcript will have
14    differences from the realtime/rough draft version,
15    including differing page and line number references.
16           Due to the need to proof and correct entries prior
17    to certification, you agree to use this realtime/rough
18    draft text only for the purpose of augmenting counsel's
19    notes and not to use or cite it in any court proceeding or
20    to distribute it to any other parties.                      08:51
21                                                                09:25
22
23
24
25
```

| | | |
|---|---|---|
| 1 | THE VIDEOGRAPHER:  This is the beginning of | 09:26 |
| 2 | the videotaped deposition of John Shea in the matter of IEP | 09:26 |
| 3 | Technologies, LLC, versus KPM Analytics, Incorporated. | 09:26 |
| 4 | Today's date is January 27, 2022.  The time is 9:26 Eastern. | 09:26 |
| 5 | Counsel, please introduce yourselves, after | 09:26 |
| 6 | which our court reporter will swear in the witness. | 09:26 |
| 7 | ATTORNEY GRAVOIS:  Good morning.  For the | 09:26 |
| 8 | defendants, I'm Robert Gravois with the law firm Thomas | 09:26 |
| 9 | Horstemeyer.  Also with me is Thomas Crain also for | 09:26 |
| 10 | defendants. | 09:26 |
| 11 | ATTORNEY KEELER:  For plaintiff, IEP | 09:26 |
| 12 | Technologies, this is Robert Keeler.  With me today is | 09:26 |
| 13 | Jasmine Gratton. | 09:27 |
| 14 | Thereupon: | 09:27 |
| 15 | JOHN SHEA, residing at ^ witness home address, | |
| 16 | ^ City, ^ State, being first duly sworn, as hereinafter | |
| 17 | certified, was examined and testified as follows: | 09:27 |
| 18 | BY ATTORNEY GRAVOIS: | 09:27 |
| 19 | Q    Good morning. | 09:27 |
| 20 | A    Good morning. | 09:27 |
| 21 | Q    Can you please state your full name and job title? | 09:27 |
| 22 | A    John Joseph Shea.  Job title is co president of | 09:27 |
| 23 | the business unit or BU explosion protection for IEP | 09:27 |
| 24 | Technologies. | 09:27 |
| 25 | Q    And what is your address? | 09:27 |

| | | |
|---|---|---|
| 1 | ends at 4314.  I'll represent to you this is the file | 02:46 |
| 2 | history of the trademark as produced to us by IEP.  And for | 02:47 |
| 3 | your background, it's reverse chronological order so the | 02:47 |
| 4 | stuff is on the top, the beginning of the document.  The old | 02:47 |
| 5 | stuff is on the bottom.  I want to refer you to page 4344. | 02:47 |
| 6 | What is depicted in 4304. | 02:47 |
| 7 |     A   The photograph on 4304 appears to be one of our | 02:47 |
| 8 | typical control panels used in our systems. | 02:47 |
| 9 |     Q   Does this have like a model number or any -- | 02:48 |
| 10 |     A   I'm sure it does, but I'm not -- I can't tell from | 02:48 |
| 11 | just this face panel itself. | 02:48 |
| 12 |     Q   Do you know when this photograph was taken? | 02:48 |
| 13 |     A   I do not. | 02:48 |
| 14 |     Q   Have you seen this photograph before? | 02:48 |
| 15 |     A   I have. | 02:48 |
| 16 |     Q   Do you recall when? | 02:48 |
| 17 |     A   I believe I have seen it a number of times, but I | 02:48 |
| 18 | can't say specifically when, though. | 02:48 |
| 19 |     Q   Was it in connection with this case? | 02:48 |
| 20 |     A   It has been in connection with this case, yes. | 02:48 |
| 21 |     Q   And what was that instance? | 02:48 |
| 22 |     A   I believe when I was reviewing the submittal. | 02:48 |
| 23 |     Q   Can you explain what you mean by that, the | 02:48 |
| 24 | submittal? | 02:48 |
| 25 |     A   This document that you have, I have seen before. | 02:48 |

UNCERTIFIED ROUGH DRAFT

| | | |
|---|---|---|
| 1 | Q   This large document that's marked as -- | 02:48 |
| 2 | A   Yes.  Yes. | 02:49 |
| 3 | Q   Have you seen it any other times besides that this | 02:49 |
| 4 | photograph in 4304? | 02:49 |
| 5 | A   I can't say specifically. | 02:49 |
| 6 | Q   You can't recall? | 02:49 |
| 7 | A   I don't recall. | 02:49 |
| 8 | Q   If you go to page 4301 at the top? | 02:49 |
| 9 | A   4301 at the top. | 02:49 |
| 10 | Q   You see third line down, filing date, April 11, | 02:49 |
| 11 | 2014.  Do you see that? | 02:49 |
| 12 | A   Yes. | 02:49 |
| 13 | Q   All right.  I'll represent to you that this image | 02:49 |
| 14 | in 4304 was submitted at the time of the filing of this | 02:49 |
| 15 | application on April 11, 2014.  Do you have any reason to | 02:49 |
| 16 | doubt that or disagree with it? | 02:49 |
| 17 | A   No, I do not. | 02:49 |
| 18 | Q   Okay.  If you turn to the next page on 4305, | 02:49 |
| 19 | that's a picture of IEP's website; correct?  An old version? | 02:50 |
| 20 | A   It appears to be, yes. | 02:50 |
| 21 | Q   And I don't know if you can see in the bottom | 02:50 |
| 22 | right, but there's a date on the image that's submitted and | 02:50 |
| 23 | it says 2014.  Can you see that? | 02:50 |
| 24 | A   I'll take your word for that one. | 02:50 |
| 25 | Q   Okay.  Do you have any reason to disagree that | 02:50 |

UNCERTIFIED ROUGH DRAFT

```
 1  that is a screen grab of that browser from 2014?                02:50
 2       A    Okay?                                                 02:50
 3       Q    Does it look like IEP's website looks for 2014?       02:50
 4       A    On or about.  I don't see any reason why it           02:50
 5  wouldn't.                                                       02:50
 6       Q    Do you remember signing a declaration for             02:50
 7  maintaining this trademark registration?                        02:51
 8       A    Not specifically, but I sign a number of them,        02:51
 9  so --                                                           02:51
10       Q    If you turn to page 4257, the beginning of a          02:51
11  declaration, do you see the -- let me know when you're on       02:51
12  that page.                                                      02:51
13       A    Okay.                                                 02:51
14       Q    Can you see the heading of the document is            02:51
15  combined declaration of use and incontestability under          02:51
16  sections 8 and 15.  Do you see that?                            02:51
17       A    Yes.                                                  02:51
18       Q    And then if you turn to page 4259, there's            02:51
19  actually a declaration with little check boxes.                 02:52
20       A    Okay.                                                 02:52
21       Q    Do you see that?  And then below the check boxes,     02:52
22  there's -- it says, "Signature /John Shea/ date 11/23/2020?     02:52
23       A    Yes.                                                  02:52
24       Q    Do you remember signing that?                         02:52
25       A    I don't.                                              02:52
```

UNCERTIFIED ROUGH DRAFT

```
 1         Q    Do you have any reason to doubt that you signed    02:52
 2   that?                                                          02:52
 3         A    I do.                                               02:52
 4         Q    Why is that?                                        02:52
 5         A    It's not my phone number.  So I'm not sure if it    02:52
 6   was signed by counsel on my behalf.                            02:52
 7         Q    Do you recognize that phone number?                 02:52
 8         A    Not off the top of my head I don't.                 02:53
 9         Q    Do you know that area code, what it is?             02:53
10         A    I do not.                                           02:53
11         Q    I'm just going to Google it.  2037030800,           02:53
12   according to Google is whit mire IP group.                     02:53
13         A    Okay.                                               02:53
14         Q    So do you believe that counsel signed your name on  02:53
15   your behalf?                                                   02:53
16         A    I don't know.                                       02:53
17         Q    Do you have a habit of signing or printing your     02:53
18   name and legal documents with John -- the "J" in John and      02:54
19   the "S" in Shea not capitalized, or do you typically           02:54
20   capitalize them?                                               02:54
21         A    My name is typically capitalize.                    02:54
22         Q    When you print your name you typically capitalize   02:54
23   it?                                                            02:54
24         A    I typically do.  But honestly with things that are  02:54
25   on, you know, stored on -- sometimes it pretypes it for you.   02:54
```

UNCERTIFIED ROUGH DRAFT

```
 1   If it comes up and if it's lower case then you can hit --            02:54
 2   drop it in.  If I'm typing it in individually, then I would          02:54
 3   typically capitalize it.                                             02:54
 4        Q    But when it says signatories phone (203) 703-0800,         02:54
 5   that's not your phone number, correct?                               02:54
 6        A    That's not my phone number.                                02:54
 7        Q    Do you know if you've ever signed a document using         02:55
 8   the format /John Shea/ as shown here on 4259?                        02:55
 9        A    I believe I have.                                          02:55
10        Q    You have.  Can you think of another instance when          02:55
11   you've done that?                                                    02:55
12        A    Without specifics, I do recall situations where            02:55
13   with an electronic document they want you to put a slash             02:55
14   before and a slash at the end.  I can't tell you where, but          02:55
15   I know I've seen that somewhere before.                              02:55
16        Q    Do you have any reason to doubt that you signed            02:55
17   this declaration?                                                    02:55
18        A    I don't recall signing this declaration.                   02:55
19        Q    Do you know if the photograph that's on 4260 is            02:55
20   the same photograph that's on 4304 that we previously                02:56
21   discussed?                                                           02:56
22        A    It appears to be the same image.                           02:56
23        Q    You see on the left side there's like a brown --           02:57
24        A    Yes.                                                       02:57
25        Q    -- object?                                                 02:57
```

| | | | |
|---|---|---|---|
| 1 | | Do you know what that is? | 02:57 |
| 2 | A | I do not. | 02:57 |
| 3 | Q | Looks like a wallet maybe, something? | 02:57 |
| 4 | A | I do not. | 02:57 |
| 5 | Q | So you agree that what's shown in 4304 is the same | 02:57 |
| 6 | photograph as in 4260?  Looks -- | | 02:57 |
| 7 | A | It's the same image. | 02:57 |
| 8 | Q | If you had signed the declaration that's on 4259, | 02:57 |
| 9 | would you have read the statements in those check boxes | | 02:57 |
| 10 | before you signed it? | | 02:57 |
| 11 | A | I would have. | 02:57 |
| 12 | Q | If you read the first check box -- go ahead and | 02:57 |
| 13 | read that to yourself? | | 02:57 |
| 14 | A | Just the first one? | 02:57 |
| 15 | Q | Yeah.  Go ahead.  Read the first one? | 02:57 |
| 16 | A | Okay. | 02:58 |
| 17 | Q | So would you have signed this declaration if this | 02:58 |
| 18 | first check box was untrue? | | 02:58 |
| 19 | A | If the first box was untrue, I would not have | 02:58 |
| 20 | checked it.  I may have still signed it, but I would not | | 02:58 |
| 21 | have checked that it was true. | | 02:58 |
| 22 | Q | Do you remember checking any of these boxes? | 02:58 |
| 23 | A | I do not recall checking these boxes. | 02:58 |
| 24 | Q | And the second check box says unless the owner has | 02:58 |
| 25 | specifically claimed excusable nonuse, the specimens shows | | 02:58 |

UNCERTIFIED ROUGH DRAFT

```
 1  the marks as currently used in commerce or in connection       02:58
 2  with the goods/services collective membership organization.    02:58
 3  You agree with what I just read there?                         02:59
 4       A    Yes.                                                 02:59
 5       Q    And you see -- you agree what's on 4260 was          02:59
 6  submitted as a specimen?                                       02:59
 7       A    I do.                                                02:59
 8       Q    And you agree that the photograph that is shown on   02:59
 9  4260 would have to have been taken in 2014 or earlier for it   02:59
10  to have also appeared on 4304; right?                          02:59
11       A    To be the same photograph, correct.                  02:59
12       Q    It couldn't have been taken in 2019 or 2018 or       02:59
13  2020; correct?                                                 02:59
14       A    I don't believe so.                                  02:59
15       Q    Do you see the last check box?  It says the          02:59
16  signatory being warned that willful false statements and the   02:59
17  like are punishable by fine or imprisonment and goes on a      03:00
18  little further and that such willful false statements and     03:00
19  the like my jeopardize the validity of this submission and    03:00
20  registration.  What do you understand that to mean?           03:00
21       A    That what we're stating is true and if it's not      03:00
22  true, that it would call into question the -- whatever we      03:00
23  were attesting to, I guess.                                    03:00
24       Q    Can you turn to 4261, please.                        03:00
25       A    Yes.                                                 03:00
```

| | | |
|---|---|---|
| 1 | Q  Does that appear to be IEP's website around the | 03:00 |
| 2 | 2020 time frame? | 03:00 |
| 3 | A  I don't see a reason why it wouldn't be. | 03:00 |
| 4 | Q  On the top left, you see there's -- it's dated | 03:01 |
| 5 | actually? | 03:01 |
| 6 | A  Mm-hmm. | 03:01 |
| 7 | Q  Do you have a reason to doubt that date? | 03:01 |
| 8 | A  I don't. | 03:01 |
| 9 | Q  Do you know why in 2020 you submitted a photograph | 03:01 |
| 10 | from 2014 and then a copy of the website from 2020? | 03:01 |
| 11 | ATTORNEY KEELER:  I'm just going to cautious | 03:01 |
| 12 | the witness not to reveal any attorney-client | 03:01 |
| 13 | communications. | 03:01 |
| 14 | THE WITNESS:  I would have to go back and | 03:01 |
| 15 | read this document and what you have asked me is regarding | 03:01 |
| 16 | certain sections, but I'd have to see how this fits into | 03:01 |
| 17 | context before I could give you an answer on it. | 03:01 |
| 18 | BY ATTORNEY GRAVOIS: | 03:01 |
| 19 | Q  Did you select the specimens that were submitted | 03:01 |
| 20 | to the patent office in connection with your declaration of | 03:01 |
| 21 | 11/23/2020? | 03:01 |
| 22 | A  I don't recall. | 03:01 |
| 23 | Q  On page 4260, there's -- above the photograph, it | 03:02 |
| 24 | says specimen of use and there's additional text, | 03:02 |
| 25 | international Class 9? | 03:02 |

UNCERTIFIED ROUGH DRAFT

| | | |
|---|---|---|
| 1 | A   Mm-hmm. | 03:02 |
| 2 | Q   Did you add that text to that photograph or that | 03:02 |
| 3 | specimen? | 03:02 |
| 4 | A   I don't recall. | 03:02 |
| 5 | Q   Do you know what 06229-T0050A is? | 03:02 |
| 6 | A   Offhand, I do not know. | 03:02 |
| 7 | Q   Do you think it could be a docket number for this | 03:02 |
| 8 | law firm? | 03:02 |
| 9 | ATTORNEY KEELER:  Objection to form. | 03:02 |
| 10 | THE WITNESS:  I don't -- I'm not familiar | 03:02 |
| 11 | with that number. | 03:02 |
| 12 | ATTORNEY GRAVOIS:  Let's go on a | 03:02 |
| 13 | regulartively short break.  I think we're almost done here. | 03:02 |
| 14 | ATTORNEY KEELER:  Okay.  We've been going | 03:03 |
| 15 | two hours, so. | 03:03 |
| 16 | THE VIDEOGRAPHER:  Time is 3:03 p.m. we're | 03:03 |
| 17 | off the record. | 03:03 |
| 18 | (Exhibit # was marked for identification.) | 03:27 |
| 19 | (Exhibit # was marked for identification.) | 03:27 |
| 20 | THE VIDEOGRAPHER:  We can go back on the | 03:27 |
| 21 | record. | 03:27 |
| 22 | THE VIDEOGRAPHER:  The time is 327, p.m. we | 03:27 |
| 23 | are back on the record. | 03:27 |
| 24 | ATTORNEY GRAVOIS: | 03:27 |
| 25 | BY ATTORNEY GRAVOIS: | 03:27 |

UNCERTIFIED ROUGH DRAFT

```
 1      Q    Welcome back, Mr. Shea.  Do you have any            03:27
 2   corrections to the testimony that you've given earlier      03:27
 3   today?                                                      03:27
 4      A    No I don't believe so.                              03:27
 5      Q    During the break did you discuss your prior         03:27
 6   testimony with your attorneys or any employees at the law   03:27
 7   firm?                                                       03:27
 8      A    I did not.                                          03:27
 9      Q    Did you discuss any of your anticipated testimony   03:27
10   today during the break?                                     03:27
11      A    I did not.                                          03:27
12      Q    I want to circle back to the IR detector.  I think  03:28
13   you described it as a red tubular product earlier?          03:28
14      A    Yeah.                                               03:28
15      Q    Is that a product called a UV/IR flame detector?    03:28
16      A    I believe it is, yes.                               03:28
17      Q    And is it correct that the UV/IR flame detector is  03:28
18   designed to respond in milliseconds to the ultraviolet and  03:28
19   infrared light emitted from a flame source?                 03:28
20      A    I believe so.                                       03:28
21      Q    And is it also true that the primary application    03:28
22   for the UV/IR flame detectors is for the protection of      03:28
23   occupied areas having gas or flammable vapor hazards?       03:28
24      A    Primary protection, I believe so.  Primary          03:29
25   application, not primary protection.                        03:29
```

UNCERTIFIED ROUGH DRAFT

| | | | |
|---|---|---|---|
| 1 | Q | Does IEP make detectors for use in detecting | 03:29 |
| 2 | explosives? | | 03:29 |
| 3 | A | We do not. | 03:29 |
| 4 | Q | Mr. Shea, are you aware of any loss of sales as a | 03:29 |
| 5 | result of KPM or Process Sensors? | | 03:29 |
| 6 | | ATTORNEY KEELER: Objection to form. | 03:29 |
| 7 | | THE WITNESS: In regards to them in what | 03:29 |
| 8 | way? | | 03:29 |
| 9 | BY ATTORNEY GRAVOIS: | | 03:29 |
| 10 | Q | In any way. | 03:29 |
| 11 | A | I'm not. | 03:29 |
| 12 | Q | Are you aware of any loss of customers as a result | 03:29 |
| 13 | of KPM or Process Sensors? | | 03:29 |
| 14 | A | I am not. | 03:30 |
| 15 | Q | Do you have an estimate on the financial damages | 03:30 |
| 16 | you believe IEP has suffered as a result of KPM or Process | | 03:30 |
| 17 | Sensors? | | 03:30 |
| 18 | A | Could you repeat the question? | 03:30 |
| 19 | Q | Do you have an estimate of the financial damages | 03:30 |
| 20 | you believe IEP has suffered as a result of KPM or Process | | 03:30 |
| 21 | Sensors? | | 03:30 |
| 22 | | ATTORNEY KEELER: Objection to form can you | 03:30 |
| 23 | define estimate. | | 03:30 |
| 24 | BY ATTORNEY GRAVOIS: | | 03:30 |
| 25 | Q | What do you understand estimate to mean? | 03:30 |

UNCERTIFIED ROUGH DRAFT