# Exhibit D

```
 1                 UNCERTIFIED ROUGH DRAFT
 2           The following transcript represents a realtime
 3   version of the deposition of DAVID GRANDAW taken on January
 4   26, 2022.
 5           The realtime/rough draft text is unedited and
 6   uncertified and may contain untranslated stenographic
 7   symbols, an occasional reporter's note, a misspelled proper
 8   name, and/or nonsensical word combinations.  All such
 9   entries will be corrected on the final certified
10   transcript, which we will delivered to you in accordance
11   with our standard delivery terms or on an expedited basis,
12   should you desire faster delivery.  This will serve as
13   notification that the final certified transcript will have
14   differences from the realtime/rough draft version,
15   including differing page and line number references.
16           Due to the need to proof and correct entries prior
17   to certification, you agree to use this realtime/rough
18   draft text only for the purpose of augmenting counsel's
19   notes and not to use or cite it in any court proceeding or
20   to distribute it to any other parties.
21
22
23
24
25
```

```
 1                THE VIDEOGRAPHER:  This is the beginning of    09:11
 2   media one in the deposition of Dave Grandaw in matter of E E  09:21
 3   P technologies voice KPM analytics case number 121 CV 10417   09:21
 4   R W Z.  Today's date is January 26, 2022.  And the time on    09:22
 5   the monitor is 9:23.  My name is Peter Cofrancesco.  I'm the  09:22
 6   videographer.  The court reporter is Jessica Noble.  We are   09:22
 7   here with Huseby global litigation.  Counsel, please          09:22
 8   introduce yourself after which the court reporter will swear  09:22
 9   in the witness.                                                09:22
10                ATTORNEY GRAVOIS:  Good morning.  My name is    09:22
11   Robert Gravois on behalf of the defendants from the law firm  09:22
12   of Thomas Horstemeyer.  With me is Andrew Craine, also        09:22
13   Thomas Horstemeyer, on behalf of the defendants.              09:22
14                ATTORNEY BALL:  Steve Ball for IEP.              09:22
15   Thereupon:                                                    09:22
16        DAVID GRANDAW, residing at ^ witness home address,
17   ^ City, ^ State, being first duly sworn, as hereinafter
18   certified, was examined and testified as follows:             09:22
19   DIRECT EXAMINATION BY ATTORNEY GRAVOIS:                       09:22
20        Q    Good morning.  Can you please state your full name  09:22
21   and job title?                                                09:22
22        A    David Wayne Grandaw.  I'm senior vice president of  09:22
23   sales.                                                        09:23
24        Q    At what company?                                    09:23
25        A    IEP Technologies.                                   09:23
```

UNCERTIFIED ROUGH DRAFT

| | | |
|---|---|---|
| 1 | the presence of the explosion but not the presence of the | 11:36 |
| 2 | gas? | 11:36 |
| 3 |     A    Presence of the deflagration. | 11:36 |
| 4 |     Q    And what's the distinction between the explosion | 11:36 |
| 5 | and the deflagration? | 11:36 |
| 6 |     ATTORNEY BALL:  Objection.  Form. | 11:36 |
| 7 |     THE WITNESS:  Okay.  We actually did address | 11:36 |
| 8 | this earlier.  Explosion means that the enclosure has torn | 11:36 |
| 9 | open, has ruptured open.  It's a deflagration prior to that | 11:37 |
| 10 | incident.  So we're sensing the deflagration or the ignition | 11:37 |
| 11 | and the combustion that's starting when an ignition source | 11:37 |
| 12 | reaches the fuel -- in this case vapor -- or gases or | 11:37 |
| 13 | sensing it and then somehow responding to that prior to the | 11:37 |
| 14 | enclosure rupturing open. | 11:37 |
| 15 | BY ATTORNEY GRAVOIS: | 11:37 |
| 16 |     Q    Thank you for clarifying that.  I think I remember | 11:37 |
| 17 | you discussing that earlier. | 11:37 |
| 18 |     Does IEP have any products that detect solids? | 11:37 |
| 19 |     ATTORNEY BALL:  Objection.  Form. | 11:38 |
| 20 |     THE WITNESS:  Can you clarify what you moon | 11:38 |
| 21 | by detecting solids. | 11:38 |
| 22 | BY ATTORNEY GRAVOIS: | 11:38 |
| 23 |     Q    Is it the same sort of issue where IEP is not | 11:38 |
| 24 | detecting the solid -- a solid?  It is detecting a | 11:38 |
| 25 | deflagration event? | 11:38 |

UNCERTIFIED ROUGH DRAFT

```
 1        A    IEP provides equipment that senses for a            11:38
 2   deflagration or a potential ignition source in solids.        11:38
 3        Q    And how does it detect -- or what is a product      11:38
 4   that detects a potential ignition source?  Is it the spark    11:39
 5   detection you were referring to earlier?                      11:39
 6        A    It would be the infrared sensor or it could be a    11:39
 7   pressure-activated explosion detector.                        11:39
 8        Q    Does IEP have dust detectors or provide dust        11:39
 9   detectors?                                                    11:39
10             ATTORNEY BALL:  Objection.  Form.                   11:39
11             THE WITNESS:  Could you clarify what you            11:39
12   mean by "dust detector"?                                      11:39
13   BY ATTORNEY GRAVOIS:                                          11:39
14        Q    Same issue as we've been previously discussing?     11:39
15        A    Meaning the presence of dust?                       11:39
16        Q    Does it detect the presence of dust?                11:39
17        A    We do not have sensors that detect the presence of  11:39
18   dust.                                                         11:39
19        Q    Does IEP provide sensors that detect the presence   11:39
20   of explosives?                                                11:40
21        A    We do not.                                          11:40
22        Q    On the bottom of 2015, there is a box -- blue box   11:40
23   with white text.  You can go ahead and read that to           11:40
24   yourself.                                                     11:40
25        Q    Okay.  Is it fair to say that that blue text in     11:40
```

```
 1   that box is a mission statement of IEP?                          11:40
 2                ATTORNEY BALL:  Objection.  Form.                   11:41
 3                THE WITNESS:  I don't know that I would             11:41
 4   characterize it as a mission statement.                          11:41
 5   BY ATTORNEY GRAVOIS:                                             11:41
 6        Q    What would you characterize it as?                     11:41
 7        A    A long-term goal.                                      11:41
 8        Q    I think we're done with that document, so you can      11:41
 9   put it away if it's in your way.  We may have covered this a     11:41
10   little bit earlier, but to speed things up, does IEP segment     11:42
11   its products and services into different categories?             11:42
12                ATTORNEY BALL: Objection.  Form.  Can you           11:42
13   just clarify what you mean by setting.                           11:42
14   BY ATTORNEY GRAVOIS:                                             11:42
15        Q    Okay.  Earlier I think we discussed the -- I'll        11:42
16   list what I have here?  Explosion protection systems,            11:42
17   material testing/laboratory, static controls, spark              11:42
18   detection systems.  Is that all of them?                         11:42
19        A    It is, although explosion protection has some          11:43
20   categories as you saw in one of the exhibits.                    11:43
21        Q    Does IEP do engine explosion detection or provide      11:43
22   products and services for engine explosion detection?            11:43
23        A    We provide products that will respond to an            11:43
24   engine explosion and to mitigate damage to that engine or        11:43
25   its exhaust.                                                     11:44
```

```
 1      A    No.                                                    11:51
 2      Q    Why did IEP begin offering E&G products?               11:52
 3      A    Hoerbiger has been selling E&G products for            11:52
 4 decades.  The decision was made that this particular product    11:52
 5 was a safety product, so it should actually fall under the      11:52
 6 safety division and not under whatever division it was          11:52
 7 residing in prior to -- prior to the formation of Hoerbiger     11:52
 8 safety.                                                         11:52
 9           ATTORNEY BALL:  We've been going over an              11:52
10 hour.  Whenever there's a good braking point.                   11:52
11           ATTORNEY GRAVOIS:  Take a break.                      11:52
12           THE VIDEOGRAPHER:  Off the record.  11:52.            11:52
13 BY ATTORNEY GRAVOIS:                                            11:52
14      Q    ?                                                     11:53
15           THE VIDEOGRAPHER:  On the record, 12:12.              12:12
16 BY ATTORNEY GRAVOIS:                                            12:12
17      Q    Mr. Grandaw we're back from a short break.  Do you    12:12
18 have any changes you would like to make to your previous        12:12
19 testimony?                                                      12:12
20      A    No.                                                   12:12
21      Q    During the break, did you talk to your attorney       12:12
22 about any of your previous deposition testimony or testimony    12:12
23 you intend to give today?                                       12:12
24      A    I did not.                                            12:13
25      Q    Does IEP do R and D, research and design?             12:13
```

UNCERTIFIED ROUGH DRAFT

|    |   |   |       |
|----|---|---|-------|
| 1  | A | We do. | 12:13 |
| 2  | Q | And can you provide a high level description of | 12:13 |
| 3  | the R and D that IEP does? | | 12:13 |
| 4  | A | Most of our R and D is done on taking existing | 12:13 |
| 5  | product lines and finding ways that we can expand the limits | | 12:13 |
| 6  | of their applicability.  We also try to develop new products | | 12:13 |
| 7  | or products that the market is looking for. | | 12:13 |
| 8  | Q | Does IEP do any R and D -- start that over. | 12:14 |
| 9  | | Does IEP provide any R and D services to other | 12:14 |
| 10 | companies? | | 12:14 |
| 11 | A | None that I'm aware of. | 12:14 |
| 12 | Q | Would you expect to be aware of IEP providing that | 12:14 |
| 13 | services based on your role in the company? | | 12:14 |
| 14 | A | In the future, yes.  But I just received this | 12:14 |
| 15 | change in -- these additional responsibilities back in the | | 12:14 |
| 16 | fall. | | 12:15 |
| 17 | Q | But you're not aware of IEP providing R and D | 12:15 |
| 18 | services to another company at this time? | | 12:15 |
| 19 | A | That is correct. | 12:15 |
| 20 | Q | If IEP did provide such services, how would you | 12:15 |
| 21 | expect that to show up in IEP's financial records? | | 12:15 |
| 22 | A | I don't know how that would be done. | 12:15 |
| 23 | Q | If you wanted to find out if IEP has provided R | 12:15 |
| 24 | and D services for other companies, how would you go about | | 12:15 |
| 25 | doing that? | | 12:15 |

```
 1      A    I would contact our head of R and D in Europe and    12:15
 2   ask the question.                                             12:16
 3      Q    And who is that?                                      12:16
 4      A    Emanuel, one "M," Hummel.                             12:16
 5      Q    Can you spell that last name?                         12:16
 6      A    H-u-m-m-e-l.                                          12:16
 7      Q    Does IEP conduct any market research?                 12:16
 8      A    Yes.                                                  12:16
 9      Q    What kind of market research does it do?              12:16
10      A    We contract with a company out of Chicago to do       12:16
11   research on website visibility.                               12:17
12      Q    What do you mean by website visibility?               12:17
13      A    How easy it is for someone to find IEP when           12:17
14   they're looking for various types of explosion protection     12:17
15   solutions.                                                    12:17
16      Q    What's the name of that company that provides that   12:17
17   service?                                                      12:17
18      A     John knows better than I.  I believe it's Davis,    12:17
19   Harrison, and Dion.  I believe it's DHD.                      12:17
20      Q    But John Shea would know better?                      12:18
21      A    He would.                                             12:18
22      Q    Does IEP conduct any other market research?           12:18
23      A    Can you clarify what you mean by market research?     12:18
24      Q    Well, what do you understand market research to       12:18
25   mean?                                                         12:18
```

UNCERTIFIED ROUGH DRAFT