# Exhibit A



February 24, 2022

Stephen F.W. Ball, Jr., Esq.                                   VIA Email
Whitmyer IP Group                                     sball@whipgroup.com
600 Summer Street
Stamford, CT 06901

        Re:     *IEP Techs., LLC v. KPM Analytics, Inc.*,
                  Civil Action No. 1:21-cv-10417-RWZ (D. Mass);
                  Matter No. 142103-7020

Dear Stephen:

I write in reference to IEP's Motion for Sanctions Pursuant to Fed. R. Civ. P. 11 that IEP served yesterday, February 23, 2022, pursuant to Rule 11(c)(2).

We have conducted a thorough examination of IEP's Rule 11 motion. In addition to being premature, we conclude that it is baseless, misleading, frivolous and—if filed with the Court—itself worthy of sanctions. Accordingly, we strongly encourage IEP to reconsider its position.

However, if IEP insists on ignoring KPM's warnings, then KPM hereby waives the 21-day safe harbor period set forth in Rule 11(c)(2), provided that IEP files the Rule 11 motion served on KPM yesterday by no later than tomorrow, February 25, 2022. If IEP does not file its Rule 11 motion by tomorrow, then we will understand that IEP has withdrawn all its claims of alleged Rule 11 violations. ***But if IEP proceeds and does file its Rule 11 motion, then KPM will oppose and will seek all available sanctions against IEP and its counsel when it prevails.***

Please let us know you have any comments or questions.

                                                         Sincerely,

                                                         N. Andrew Crain
                                                         a.crain@thip.law

NAC/mlm