# Exhibit F



600 Summer Street, Stamford, CT 06901
Tel: +1 203-703-0800
Website: www.whipgroup.com

January 14, 2022

VIA EMAIL **ONLY**
r.gravois@thip.law

Robert D. Gravois
Thomas Horstemeyer, LLP
3200 Windy Hill Road SE
Suite 1600E
Atlanta, GA 30339

Re:   WHIP File 06229-L0059A
      <u>IEP Technologies, LLC v. KPM Analytics, Incorporated, et al.</u>

Dear Mr. Gravois:

    You will receive a link to download the production of files bearing Bates numbers IEP004315-16, and IEP002274-3301. IEP002274 is being reproduced with its native document. The native document for IEP004247 is being provided as IEP004315.

    IEP's prior productions included metadata for the author of each document and the time and date each document was created and modified, so long as such metadata exists. If metadata for that document did not exist, it was not provided.

    IEP is finalizing its supplemental interrogatory responses, and intends to provide verified versions of the same in due course.

Sincerely,

Robert D. Keeler
rkeeler@whipgroup.com

SFB:RDK:jmb

c:  All Counsel