# Exhibit G



December 1, 2021

Robert D. Keeler, Esq.　　　　　　　　　　　　　　　　　　　　VIA Email
Stephen F.W. Ball, Jr., Esq.　　　　　　　　　　　　　　　sball@whipgroup.com
Whitmyer IP Group　　　　　　　　　　　　　　　　　　rkeeler@whipgroup.com
600 Summer Street　　　　　　　　　　　　　　　　　litigation@whipgroup.com
Stamford, CT 06901

　　　　Re:　*IEP Techs., LLC v. KPM Analytics North America Corp.*,
　　　　　　　Civil Action No. 1:21-cv-10417-RWZ (D. Mass);
　　　　　　　Matter No. 142103.7020

Dear Mr. Keeler and Mr. Ball:

In your letter of November 24, you contend that "some of KPM's discovery requests [are rendered] moot" based on your confirmation that IEP "is not seeking actual damages or disgorgement of profits for its federal trademark infringement claim." However, irrespective of the confirmation that IEP is not seeking actual damages or disgorgement of profits for its federal trademark infringement claim, which corresponds to Count I of the Complaint, IEP has other claims in the Complaint for which it claims to have sustained damages. Accordingly, KPM disagrees with any contention that KPM's financially-related discovery requests are moot and demands both full and complete responses and production of relevant documents.

Moreover, Count V of the Complaint pertains to M.G.L. c. 93A. Section 11 of this statute allows any person to bring an action under the statute who "suffers any loss of money or property, real or personal, as a result of" conduct deemed unlawful under § 2. Section 11 of the statute does permit a party to seek an injunction if that party "has not suffered any loss of money or property." But even then, the claimant pursuant to the statute must show that the "alleged unfair method of competition, act or practice *may* have the effect of causing such a loss of money or property." Therefore, KPM's financially-related discovery requests remain relevant for these additional reasons.

Further still, KPM's financially-related discovery requests are also relevant to other factors of IEP's allegations of trademark infringement, such as, for example,

Robert D. Keeler, Esq.
Stephen F.W. Ball, Jr., Esq.
December 1, 2021
Page 2 of 2

channels of trade, strength or weakness of the mark, sophistication of customers, and indications of use or non-use. Consequently, Defendants' financially-related discovery requests are clearly relevant and subject to immediate production. Please produce this requested information by December 8th, 2021 or confirm that IEP maintains its position of refusal to produce this information.

Additionally, as you know, on October 15, 2021, as a courtesy, KPM requested dates in early November for an in-person deposition of John Shea at the Boston offices of Sheehan Phinney. On October 25, you responded that Mr. Shea was only available remotely during that time. During our teleconference the next day, October 26, we asked you to please let us know if there was another date that Mr. Shea could be made available for an in-person deposition. To date, IEP has still not responded with any such dates. As such, please find attached herewith a Notice for Deposition for Mr. Shea scheduled for January 19, 2022 at Sheehan Phinney's Boston offices.

Please also find attached a Notice of Deposition for Dave Grandaw, scheduled for the next day, January 20, 2022, also at Sheehan Phinney's Boston offices. As previously and repeatedly communicated, we remain amendable to reschedule each of these depositions to another mutually-convenient time or location, and we are willing to discuss any other specific issues or concerns you may have, if any.

Finally, as previously indicated, KPM is in the process of supplementing its discovery responses now that additional documents have been produced. KPM anticipates supplementing its responses later this week.

Sincerely,

N. Andrew Crain
a.crain@thip.law

NAC/mlm

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IEP TECHNOLOGIES, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>KPM ANALYTICS, INC. f/k/a STATERA ANALYTICS INC. and KPM ANALYTICS NORTH AMERICA CORPORATION f/k/a PROCESS SENSORS CORPORATION,<br><br>    Defendants. | Civil Action File No.:<br><br>1:21-cv-10417-RWZ |

### NOTICE OF DEPOSITION OF DAVE GRANDAW

TO:    Dave Grandaw
        c/o Robert D. Keeler and Stephen F.W. Ball, Jr.
        WHITMYER IP GROUP
        600 Summer Street
        Stamford, CT 06901

PLEASE TAKE NOTICE THAT, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, including Rule 30(b)(1), Defendants KPM Analytics, Inc. f/k/a Statera Analytics Inc. and KPM Analytics North America Corporation f/k/a Process Sensors Corporation (collectively, "Defendants" or "KPM"), by and through its undersigned counsel, will take your oral deposition on

January 20, 2022 before a person duly authorized by law to administer oaths and to take depositions. The deposition will be taken for purposes of discovery and all other purposes allowed by law. You are required to attend.

The deposition will take place at the law office of Sheehan Phinney Bass & Green, P.A., 28 State Street, 22nd Floor, Boston, MA 02109, commencing at 9:00 a.m., and will continue from day to day thereafter until completed, excluding weekends and holidays. The deposition will be recorded by stenographic means and may also be recorded by videotape, videodisc, or other means.

This 1st day of December, 2021.

/s/ N. Andrew Crain
Michael J. Lambert (BBO No. 632053)
*mlambert@sheehan.com*
SHEEHAN PHINNEY BASS & GREEN PA
28 State Street
22nd Floor
Boston, Massachusetts 02109
Telephone: 617.897.5637
Facsimile: 617.439.9363

Peter A. Nieves (*pro hac vice*)
*pnieves@sheehan.com*
SHEEHAN PHINNEY BASS & GREEN PA
1000 Elm Street
17th Floor
Manchester, New Hampshire 03101
Telephone: 603.627.8134
Facsimile: 603.641.2353

        N. Andrew Crain (*pro hac vice*)
        *a.crain@thip.law*
        Robert D. Gravois (*pro hac vice*)
        *r.gravois@thip.law*
        THOMAS | HORSTEMEYER, LLP
        3200 Windy Hill Rd SE
        Suite 1600E
        Atlanta, Georgia 30339
        Telephone: 770.933.9500

        *Counsel for Defendants*

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IEP TECHNOLOGIES, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>KPM ANALYTICS, INC. f/k/a STATERA ANALYTICS INC. and KPM ANALYTICS NORTH AMERICA CORPORATION f/k/a PROCESS SENSORS CORPORATION,<br><br>    Defendants. | Civil Action File No.:<br><br>1:21-cv-10417-RWZ |

## CERTIFICATE OF SERVICE

I certify that I have this day served the foregoing NOTICE OF DEPOSITION OF DAVE GRANDAW via electronic mail upon all counsel of record.

This 1st day of December, 2021.

                                                    /s/ N. Andrew Crain
                                                    *Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IEP TECHNOLOGIES, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>KPM ANALYTICS, INC. f/k/a STATERA ANALYTICS INC. and KPM ANALYTICS NORTH AMERICA CORPORATION f/k/a PROCESS SENSORS CORPORATION,<br><br>    Defendants. | Civil Action File No.:<br><br>1:21-cv-10417-RWZ |

## NOTICE OF DEPOSITION OF JOHN SHEA

TO:   John Shea
        c/o Robert D. Keeler and Stephen F.W. Ball, Jr.
        WHITMYER IP GROUP
        600 Summer Street
        Stamford, CT 06901

PLEASE TAKE NOTICE THAT, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, including Rule 30(b)(1), Defendants KPM Analytics, Inc. f/k/a Statera Analytics Inc. and KPM Analytics North America Corporation f/k/a Process Sensors Corporation (collectively, "Defendants" or "KPM"), by and through its undersigned counsel, will take your oral deposition on

January 19, 2022 before a person duly authorized by law to administer oaths and to take depositions. The deposition will be taken for purposes of discovery and all other purposes allowed by law. You are required to attend.

The deposition will take place at the law office of Sheehan Phinney Bass & Green, P.A., 28 State Street, 22nd Floor, Boston, MA 02109, commencing at 9:00 a.m., and will continue from day to day thereafter until completed, excluding weekends and holidays. The deposition will be recorded by stenographic means and may also be recorded by videotape, videodisc, or other means.

This 1st day of December, 2021.

/s/ N. Andrew Crain
Michael J. Lambert (BBO No. 632053)
*mlambert@sheehan.com*
SHEEHAN PHINNEY BASS & GREEN PA
28 State Street
22nd Floor
Boston, Massachusetts 02109
Telephone: 617.897.5637
Facsimile: 617.439.9363

Peter A. Nieves (*pro hac vice*)
*pnieves@sheehan.com*
SHEEHAN PHINNEY BASS & GREEN PA
1000 Elm Street
17th Floor
Manchester, New Hampshire 03101
Telephone: 603.627.8134
Facsimile: 603.641.2353

3

                N. Andrew Crain (*pro hac vice*)
                *a.crain@thip.law*
                Robert D. Gravois (*pro hac vice*)
                *r.gravois@thip.law*
                THOMAS | HORSTEMEYER, LLP
                3200 Windy Hill Rd SE
                Suite 1600E
                Atlanta, Georgia 30339
                Telephone: 770.933.9500

                *Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IEP TECHNOLOGIES, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>KPM ANALYTICS, INC. f/k/a STATERA ANALYTICS INC. and KPM ANALYTICS NORTH AMERICA CORPORATION f/k/a PROCESS SENSORS CORPORATION,<br><br>    Defendants. | Civil Action File No.:<br><br>1:21-cv-10417-RWZ |

## CERTIFICATE OF SERVICE

I certify that I have this day served the foregoing NOTICE OF DEPOSITION OF JOHN SHEA via electronic mail upon all counsel of record.

This 1st day of December, 2021.

                                                /s/ N. Andrew Crain
                                              *Counsel for Defendants*