# EXHIBIT A



600 Summer Street, Stamford, CT 06901
Tel: +1 203-703-0800
Website: www.whipgroup.com

November 1, 2021

VIA EMAIL **ONLY**
a.crain@thip.law

Andrew Crain, Esq.
Thomas Horstemeyer, LLP
3200 Windy Hill Road SE
Suite 1600E
Atlanta, GA 30339

Re:   WHIP File 06229-L0059A
      <u>IEP Technologies, LLC v. KPM Analytics, Incorporated, et al.</u>

Dear Mr. Crain:

This follows up on the meet and confer held Tuesday, October 26.

We understand that KPM is preparing a document production responsive to IEP's Document Requests 1-8.

KPM agreed to supplement its responses to Interrogatories 1-5 to address the deficiencies identified in our letter. KPM also stated it would review its responses to Interrogatories 6-9 and consider supplementation.

IEP's position is that incorporation by reference (other than Rule 33(d)) in its responses to Interrogatories. 6-9 is improper. *See, e.g., Lawman v. city of San Francisco*, 159 F. Supp. 3d. 1130, 1140; *Autoridad de Carreteras y Transportacion v. Transcore Atlantic, Inc.*, 319 F.R.D. 433, 431 (D.P.R. 2016). Please let us know whether KPM will reconsider its position and provide complete responses to each interrogatory. Otherwise, please provide us with legal support for KPM's position.

In addition, KPM agreed to supplement its responses to Interrogatories 1-9 to include references to documents under Rule 33(d). IEP will similarly supplement its responses to KPM's Interrogatories to include references to documents under Rule 33(d).

We are surprised that KPM is unwilling to produce: (1) documents as individual files; and (2) associated metadata. These are required by the Court's ESI order. (Dkt. 19 at ¶¶ 7-9.) Please let us know whether KPM will reconsider its position or provide us with legal support for KPM's position.

Finally, we understand that KPM has withdrawn its request for the deposition of John Shea. This is surprising given that KPM just recently asked for dates in early November.

We are conferring with our client and will update you in due course regarding KPM's Document Requests 14, 15, 20, 23, 24, 27, 29, 30, 31, 33, 35, and 36, and Interrogatories 4, 7, 13, 14, 15, and 18.

Sincerely,

Robert D. Keeler
rkeeler@whipgroup.com