# EXHIBIT D



600 Summer Street, Stamford, CT 06901
Tel: +1 203-703-0800
Website: www.whipgroup.com

February 23, 2022

VIA EMAIL **ONLY**
a.crain@thip.law

Andrew Crain, Esq.
Thomas Horstemeyer, LLP
3200 Windy Hill Road SE, Suite 1600E
Atlanta, GA 30339

Re:     WHIP File 06229-L0059A
        IEP Technologies, LLC v. KPM Analytics, Incorporated et al.

Dear Mr. Crain:

        We write regarding several outstanding discovery issues.  First, regarding the 30(b)(6) deposition of KPM, your February 18 letter fails to designate witness(es) for Topics 1-10, 12-15, 17, 19, 23-27, and 29-33. KPM fails to identify whether it would produce a witness for Topic 34. Please confirm that it will and the identity of that witness. Regarding Topics 11 and 21, IEP will limit the topics as set forth on the next page. Please identify the KPM's witness for these topics.

        Regarding Topics 16 and 20, the identity of persons involved in the design of Defendants' Goods is relevant here. We note that KPM's initial disclosures state that Chris Pike "likely has knowledge of the design . . . of goods and services relating to Defendants' Marks." However, IEP will agree to remove the word "engineering," as shown on the next page.  Please confirm the identity of the witness KPM will produce for these topics.

        We do not understand KPM's objection to Topics 18, 22, or 28. Each of these topics are foundational to issues in this case, whether it be advertisements and who they target (Topic 18), sales reports (Topic 22), and financials related to products and services sold under Defendants' marks (Topic 28). Please confirm the identity of the witness KPM will produce for these topics, or provide your availability to meet and confer.

        In addition, please confirm whether KPM's document production is complete, whether KPM is withholding any documents for privilege, and serve verified interrogatory responses.

        Furthermore, pursuant to our February 10 letter, the parties agreed to extend the case schedule by 60 days for depositions currently noticed (including KPM, KPMNA, and Mssrs. Schumann and Pike) and for expert discovery. Please prepare a motion for a 60-day extension pursuant to the above.

        Finally, please confirm whether Chubb's document production is complete, and whether Chubb is withholding documents, including based on privilege or its objections to the subpoena.

                                            Sincerely,

                                            Robert D. Keeler
                                            rkeeler@whipgroup.com

c:      All Counsel (via email)

11. All communications with any governmental, regulatory, or similar body or entity, including the United States Patent and Trademark Office, related to any of Defendants' Goods.

20. The identity of all persons involved in the design, development, and formulation of Defendants' Goods and any other products and services sold or offered for sale under Defendants' Marks.

21. The identity of those entities that Defendants identifies as its competitors related to any of Defendants' Goods.