UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IEP Technologies, LLC,<br><br>      Plaintiff,<br><br>      v.<br><br>KPM Analytics, Incorporated f/k/a Statera Analytics Incorporated and KPM Analytics North America Corporation f/k/a Process Sensors Corporation,<br><br>      Defendants. | Civil Action No.<br>1:21-cv-10417-RWZ |

## JOINT MOTION FOR ENTRY OF SCHEDULING ORDER

Pursuant to the Court's March 29, 2022 Endorsed Order (Doc. 37) granting Defendants' Motion for Leave to Amend Answer to Complaint to Assert Counterclaims and to Extend Discovery, counsel for Plaintiff IEP Technologies, LLC ("IEP") and Defendants KPM Analytics, Incorporated f/k/a Statera Analytics Incorporated and KPM Analytics North America Corporation f/k/a Process Sensors Corporation (collectively, "KPM") jointly move for entry of a Scheduling Order setting the below deadlines.

| Event | Due Date |
|---|---|
| Fact Discovery Reopens | April 25, 2022 |
| Fact Discovery Closes | July 15, 2022 |
| Expert Opening Reports | August 19, 2022 |
| Expert Rebuttal Reports | September 30, 2022 |
| Expert Reply Reports | October 28, 2022 |
| Expert Depositions | November 18, 2022 |
| Dispositive and Daubert Motions | January 13, 2023 |
| Mediation | 30 Days After All Briefs on Dispositive and Daubert Motions Have Been Filed |

All parties reserve the right to challenge, if necessary, whether the scope of fact discovery

during the April 25, 2022 –July 15, 2022 period is limited to only issues relating to KPM's new counterclaims or defenses thereto. The parties agree that depositions that were noticed prior to February 25, 2022 and that have not yet been taken are not limited to only issues relating to KPM's new counterclaims or defenses thereto.

The Parties understand and agree that this proposed discovery schedule assumes the cooperation of the Parties, third-party witnesses, and the schedules and availability of experts. The Parties further agree that requests for additional time for discovery may be made and shall be reasonably agreed to in the event of delays occasioned by discovery disputes requiring a decision by the Court, the ongoing COVID-19 pandemic, language or geographic barriers (including the need to translate relevant documents), and/or the unavailability of fact or expert witness. The Parties further agree and stipulate to the discovery schedule above and herein, which the Parties agree shall be binding upon the Parties prior to entry of a Scheduling Order by the Court, subject to modifications thereto by the Court, if any.

For the Court's convenience, a Proposed Order containing the discovery schedule above is attached.

Dated: April 15, 2022                             Respectfully submitted,

| Counsel for Plaintiff, | Counsel for Defendants, |
|---|---|
| /s/ Robert D. Keeler | /s/ N. Andrew Crain |
| Stephen F.W. Ball, Jr. (BBO No. 670092) | Michael J. Lambert (BBO No. 632053) |
| Robert D. Keeler (*pro hac vice*) | mlambert@sheehan.com |
| Whitmyer IP Group, LLC | SHEEHAN PHINNEY BASS & GREEN PA |
| 600 Summer Street | 28 State Street, 22nd Floor |
| Stamford, CT 06901 | Boston, Massachusetts 02109 |
| Tel: 203-703-0800 | Telephone: 617.897.5637 |
| Fax: 203-703-0801 | Facsimile: 617.439.9363 |
| Email: sball@whipgroup.com | |
| rkeeler@whipgroup.com | Peter A. Nieves (*pro hac vice*) |
| litigation@whipgroup.com | pnieves@sheehan.com |
| | SHEEHAN PHINNEY BASS & GREEN PA |

|  | 1000 Elm Street, 17th Floor<br>Manchester, New Hampshire 03101<br>T: 603.627.8134/F: 603.641.2353<br><br>N. Andrew Crain (*pro hac vice*)<br>*a.crain@thip.law*<br>Robert D. Gravois (*pro hac vice*)<br>*r.gravois@thip.law*<br>THOMAS \| HORSTEMEYER, LLP<br>3200 Windy Hill Rd SE, Suite 1600E<br>Atlanta, Georgia 30339<br>Telephone: 770.933.9500 |
|---|---|

## LOCAL RULE 7.1(A)(2) CERTIFICATION

In compliance with Local Rule 7.1(A)(2), the undersigned hereby certifies that counsel for Plaintiff and Counsel for Defendants conferred in a good faith attempt to resolve or narrow the issues presented by this motion and that the parties consent to the filing of this motion.

/s/ N. Andrew Crain
N. Andrew Crain

*Attorney for Defendants*

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IEP Technologies, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KPM Analytics, Incorporated f/k/a Statera Analytics Incorporated and KPM Analytics North America Corporation f/k/a Process Sensors Corporation,<br><br>　　　　Defendants. | Civil Action No.<br>1:21-cv-10417-RWZ |

## CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2022, the foregoing was filed using the Court's ECF system, which will automatically send electronic notice of such filing to all attorneys of record.

　　　　　　　　　　　　　　　　/s/ N. Andrew Crain
　　　　　　　　　　　　　　　　N. Andrew Crain

　　　　　　　　　　　　　　　　*Attorney for Defendants*