UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| IEP Technologies, LLC, | |
|---|---|
| Plaintiff, | |
| v. | Civil Action No. 1:21-cv-10417-RWZ |
| KPM Analytics, Incorporated f/k/a Statera Analytics Incorporated and KPM Analytics North America Corporation f/k/a Process Sensors Corporation, | |
| Defendants. | |

**[PROPOSED]**
**SCHEDULING ORDER**

Upon review of the information contained in the Joint Motion for Entry of Revised Scheduling Order, the Court hereby ORDERS that the following schedule governs the parties in this case:

| Event | Due Date |
|---|---|
| Fact Discovery Reopens | April 25, 2022 |
| Fact Discovery Closes | July 15, 2022 |
| Expert Opening Reports | August 19, 2022 |
| Expert Rebuttal Reports | September 30, 2022 |
| Expert Reply Reports | October 28, 2022 |
| Expert Depositions | November 18, 2022 |
| Dispositive and Daubert Motions | January 13, 2022 |
| Mediation | 30 Days After All Briefs on Dispositive and Daubert Motions Have Been Filed |

The parties are permitted to challenge, if necessary, whether the scope of fact discovery during the April 25, 2022 – July 15, 2022 period is limited to only issues relating to KPM's new counterclaims or defenses thereto. Depositions that were noticed prior to February 25, 2022 and that have not yet been taken are not limited to issues relating to KPM's new counterclaims or

2

defenses thereto.

    This schedule assumes the cooperation of the Parties, third-party witnesses, and the schedules and availability of experts. Requests for additional time for discovery may be made, and shall be reasonably agreed to, in the event of delays occasioned by discovery disputes requiring a decision by the Court, the ongoing COVID-19 pandemic, language or geographic barriers (including the need to translate relevant documents), and/or the unavailability of fact or expert witness.

    IT IS SO ORDERED, this _____ day of April, 2022.

                                                           _____
                                                           Rya W. Zobel
                                                           United States District Judge