# EXHIBIT A



600 Summer Street, Stamford, CT 06901
Tel: +1 203-703-0800
Website: www.whipgroup.com

May 3, 2022

VIA EMAIL **ONLY**
r.gravois@thip.law

Robert D. Gravois
Thomas Horstemeyer, LLP
3200 Windy Hill Road SE
Suite 1600E
Atlanta, GA 30339

Re:   WHIP File 06229-L0059A
      IEP Technologies, LLC v. KPM Analytics, Incorporated et al.

Dear Mr. Gravois:

We write in response to your April 28 letter.

We are conferring with IEP regarding the issues identified in your letter and will provide an update regarding IEP's position in due course.

In addition, KPM has failed to identify any and all products that it sells, as required by at least Interrogatory No. 3 and RFP Nos. 4, 11, 13, and 14. Notably, KPM has failed to provide any documents concerning its fire and explosion protection products and their use in industrial process settings. Such information may also be responsive to at least Interrogatory Nos. 6, 8, 10, and 11. Please confirm that KPM will produce documents and supplement its Interrogatory responses to identify all products it sells, including information regarding its fire and explosion protection products.

KPM has also failed to provide documents sufficient to identify all trade fairs, trade shows, trade exhibitions, and trade expos that Defendants attend or plan to attend. Notably, KPM has not produced any documents showing its attendance at least at Powder Bulk & Solids 2016 or 2018. Please confirm a date certain by which these documents will be produced.

KPM also produced no assignments, licenses, etc. responsive to RFP No. 16. Please confirm a date certain by which these documents will be produced or confirm that they do not exist.

KPM has further failed to produce its document retention policy responsive to RFP No. 19. Please confirm a date certain by which this will be produced.

Further, please confirm the availability of KPM's witnesses in June for depositions, including Messrs. Schumann, Pike, and its 30(b)(6) designees.

Sincerely,

Robert D. Keeler
rkeeler@whipgroup.com

SFB:RDK:jbg
c:   All Counsel (via email)