# EXHIBIT B



600 Summer Street, Stamford, CT 06901
Tel: +1 203-703-0800
Website: www.whipgroup.com

May 17, 2022

VIA EMAIL **ONLY**
r.gravois@thip.law

Robert D. Gravois
Thomas Horstemeyer, LLP
3200 Windy Hill Road SE
Suite 1600E
Atlanta, GA 30339

Re:   WHIP File 06229-L0059A
      IEP Technologies, LLC v. KPM Analytics, Incorporated et al.

Dear Mr. Gravois:

We have not received a response to our May 3 letter regarding KPM's failure to produce discovery related to its fire and explosion protection products and their use in industrial process settings. Please immediately confirm KPM's availability to meet and confer regarding these issues, as this discovery should have been produced months ago.

Additionally, KPM's customer list appears to be incomplete. Greene Team is advertised as a customer of KPM on both the International Powder & Bulk Solids website[1] and the Process Sensors Corporation website.[2] KPM's infringing mark is prominently displayed on the products installed at Greene Team, as shown in the below-linked articles.

However, Greene Team is not listed in KPM-002063, the document identified by KPM in response to Interrogatory No. 3. Please immediately supplement KPM's interrogatory responses, including Interrogatory No. 3, and produce responsive documents to identify all KPM customers. Alternatively, please confirm KPM's availability to meet and confer regarding these issues.

Sincerely,

Robert D. Keeler
rkeeler@whipgroup.com

SFB:RDK:jbg

c:   All Counsel (via email)

---

[1] https://www.powderbulksolids.com/instrumentation-control/line-nir-sensors-improve-process-control-quality-control-safety
[2] https://www.processsensorsir.com/uploads/news/Greene_Team_In-line_Process_Control_of_Wood_Pellet_Production.pdf