# EXHIBIT E




# PSC-EX301-XT-CB5

Home / Products / Infrared Temperature Measurement / IR Temperature Sensors / PSC-EX301-XT-CB5

## A Tougher Alternative to Thermocouples

Intrinsically safe, self-contained, fixed focus two-wire sensor, the PSC-EX301-XT-CB5 is designed primarily for precise measurements of non-reflective surfaces in the -20 to 1000°C temperature range.



PSC-EX301-XT-CB5 Brochure

**INQUIRE**

### FAQs

- What type of IR temperature sensor should I buy?
- How do IR temperature sensors measure temperature?
- How to troubleshoot IR temperature sensors
- What factors impact IR temperature sensor performance?

**Contact Us**

**REQUEST A DEMO**

## Overview | Specs

An intrinsically safe, self-contained, fixed focus two-wire sensor, the PSC-EX301-XT-CB5 is designed primarily for precise measurements of non-reflective surfaces in the -20 to 1000°C temperature range. This remarkable sensor features a response time of 240ms and has excellent stability. When equipped with a sturdy Stainless Steel 316 housing, the sensor is ideally suited for hazardous conditions.

The applications for the PSC-EX301-XT-CB5 are varied and numerous. When used in condition monitoring of petrochemical furnaces, vessels and storage tanks, the sensor can accurately measure the temperature of mechanical surfaces and eliminate the need to replace easily damaged thermocouples. It can also be used to measure liquid surface temperatures. In paper and packaging production, the sensor's condition monitoring can eliminate a fire and explosion hazard due to the dust associated with the process. Coal and aggregates on conveyors also benefit from the watchful vigilance of the PSC-EX301-XT-CB5 sensor. It can eliminate a gas explosion risk when dealing with automotive painting solvents and painted surfaces. In addition to monitoring the temperature of surfaces on offshore platforms, the sensor can be used to measure the temperature of the sea's surface.

The rugged PSC-EX301-XT-CB5, when used in conjunction with an isolation barrier, satisfies the demand for an intrinsically safe infrared temperature sensor that can be used in hazardous areas for surface equipment including Class I, Div. I and II (for gas), and Class II, Div. I and II (for dust). This eliminates the need for bulky flameproof enclosures while providing highly accurate and repeatable readings.

The PSC-EX301-XT-CB5 sensor may be connected to a PC via the optional USB adapter and included Windows® compatible software. Configurable settings include emissivity, 4-20 mA temperature range, averaging, peak and valley hold processing and reflected energy compensation.

### Contact us to request a demo:

First name | Last name*

Company name*

Email* | Phone number

Country/Region*
Please Select

Message

KPM Analytics, Inc. is committed to protecting and respecting your privacy, and we'll only use your personal information to administer your account and to provide the products and services you requested from us. From time to time, we would like to contact you about our products and services, as well as other content that may be of interest to you. If you consent to us contacting you for this purpose, please tick below to say how you would like us to contact you:

☐ I agree to receive other communications from KPM Analytics, Inc. .

You can unsubscribe from these communications at any time. For more information on how to unsubscribe, our privacy practices, and how we are committed to protecting and respecting your privacy, please review our Privacy Policy.

By clicking submit below, you consent to allow KPM Analytics, Inc. to store and process the personal information submitted above to provide you the content requested.

protected by reCAPTCHA
Privacy - Terms

**SUBMIT**

---

**PRODUCTS**
- Infrared Temperature Measurement
- Near Infrared Moisture, Oil & Coat Weight Sensors
- Custom OEM Solutions

**INDUSTRIES & APPLICATIONS**
- Paper & Converting
- Food
- Wood
- Tobacco
- Steel
- Metals
- Cement & Lime
- Power

**SUPPORT**
- Repairs & RMA
- Contact Support
- FAQs
- Support Downloads
- Distributor Resources

**WHAT'S NEW**
**COMPANY**
**CONTACT**




© 2022 Process Sensors Corporation

Privacy Policy • Disclaimer