# EXHIBIT K

screenshot-web.archive.org-2022.01.27-14_17_08
http://web.archive.org/web/20171206165107/http://event.powderbulksolids.com/2018-exhibitors-list
27.01.2022



April 24-26, 2018
Donald E. Stephens Convention Center
Rosemont, IL



Expo    Conference    Become an Exhibitor/Sponsor    Travel & General Information

Exhibitor Directory    Code of Conduct

## 2018 Exhibitors List

| COMPANY | BOOTH |
|---|---|
| 4B Components Ltd. | 2549 |
| AAAmachine, Inc. | 1645 |
| AAF International | 2849 |
| ABC Polymer Industries | 2840 |
| Ability Fabricators Inc. | 1813 |
| Acrison Inc. | 1005 |
| ACS Valves | 2219 |
| Adaptive Engineering & Fabrication | 2149 |
| Admix, Inc. | 2824 |
| Aerzen USA Corporation | 2519 |
| Ag Growth International (AGI) | 2542 |
| Air Dynamics Industrial Systems Corporation | 1914 |
| Albarrie Environmental Services Ltd. | 2716 |
| ALMO Process | 1737 |
| Amec Foster Wheeler | 2640 |
| American Custom Drying | 2830 |
| American Fabric Filter Co. | 2930 |
| American Process Systems/Eirich Machines | 3541 |
| Andritz Inc. | 1829 |
| Anton Paar USA Inc. | 3502 |
| APEC | 2819 |
| APEL International Inc. | 2738 |
| Apex Instruments | 2845 |
| Applied Chemical Technology | 1452 |
| ARTECH ultrasonic systems AG | 3525 |
| Artisan Industries, Inc. | 1700 |
| ARVOS Inc. RAYMOND BARTLETT SNOW | 3727 |
| ATEX Explosion Protection, L.P. | 1705 |
| Atlantic Coast Crushers | 1261 |
| Auburn Systems | 1248 |
| Auger Fabrication, Inc. | 3937 |
| A-Ward | 3731 |
| Azo Inc. | 1445 |
| B&P Littleford Day, LLC | 2429 |
| B3 Systems | 2249 |
| Baker Risk | 3943 |
| Balcon Enterprises Inc | 2826 |
| Bauermeister, Inc. | 2025 |
| Beckman Coulter Life Sciences | 2841 |
| Bepex International | 1601 |
| Best Process Solutions | 3725 |
| Biomist, Inc. | 3601 |
| Black Forest Container Systems, LLC | 1442 |
| Blue Ocean Nova | 2929 |
| BM & M Screening Solutions | 1234 |
| Boss Products LLC | 3841 |

| Company | Number |
|---|---|
| Brabender Technologie Inc. | 2525 |
| Brookfield AMETEK | 2806 |
| BRUKS USA | 2740 |
| BS&B Pressure Safety Systems, LLC | 3524 |
| Buchi Corporation | 2808 |
| Buffalo Wire Works Company | 1551 |
| Buhler Aeroglide | 2402 |
| Bulk Conveyors, Inc. | 2945 |
| Bunting Magnetics Co. | 1432 |
| Bush & Wilton | 2828 |
| C&W Manufacturing and Sales Co. | 2145 |
| Cambelt International Corp. | 3927 |
| Cardinal Scale Manufacturing Company | 2706 |
| Carman Industries, Inc. | 3912 |
| Carolina Conveying Inc | 2749 |
| Carrier Vibrating Equipment Inc. | 1637 |
| Carter Day International | 2506 |
| Chantland MHS Co. | 2045 |
| CinchSeal | 3822 |
| CLARCOR Industrial Air | 2709 |
| Clarence Richard Co | 2745 |
| Cleveland Vibrator | 2931 |
| Clyde Bergemann Power Group Americas Inc. | 2704 |
| Cobalt Chains, Inc. | 1461 |
| Cog-Veyor Systems, Inc. | 4021 |
| Columbia/Okura, L.L.C. | 1033 |
| Concetti North America Corp. | 4116 |
| Continental Products Corp. | 3935 |
| Control Concepts USA | 2910 |
| Conveyor Components Company | 2439 |
| Coperion K-Tron | 1413 |
| Cordano Packaging Engineers | 3820 |
| Cousins Packaging Inc. | 3843 |
| CPM Roskamp Champion | 1020 |
| CPM Wolverine Proctor | 1030 |
| Crown Iron Works Co. | 1026 |
| CST Storage | 3611 |
| Custom Equipment Design, Inc. | 2449 |
| Custom Powder Systems | 3549 |
| Custom Processing Services | 2250 |
| CV Technology, Inc. | 1731 |
| Cyclonaire Corp | 3831 |
| Dandong Bettersize Instruments Ltd. | 3005 |
| Daxner Bulk Solids Technology | 3505 |
| DCL Inc. | 1328 |
| Dedert Corp. | 3645 |
| DEKRA Insight | 2604 |
| Delavan Limited | 2925 |
| Delfin Industrial | 3519 |
| Dinnissen Process Technology | 1912 |
| Dino - Lite Scopes (BigC) | 2941 |
| DMN, Inc. | 1015 |
| Donaldson Company | 2127 |
| Doyle Equipment Mfg. Co. | 2625 |
| DST America Inc. | 2638 |
| DualDraw LLC | 2607 |
| Dustcontrol Inc. | 2942 |
| Dynamic Air Inc. | 1405 |
| Eagle Microsystems | 2641 |
| Eastern Instruments | 2725 |

| Company | Number |
|---|---|
| EBM Manufacturing | 2726 |
| EBRO Armaturen USA | 2435 |
| Ekato Corp. | 2917 |
| Elcan Industries | 1326 |
| Electro-Sensors Inc. | 2634 |
| Emerson Automation Solutions | 3818 |
| Endecotts Ltd. | 2642 |
| ErectaStep | 3500 |
| Eriez Magnetics | 2016 |
| Eurus Blower, Inc. | 2935 |
| Everlasting Valve Company | 1036 |
| Exponent | 2918 |
| Factory Cat (RPS) | 3810 |
| Faulkner Industrial | 1064 |
| Fauske & Associates, LLC | 1252 |
| Feeco International Inc. | 1500 |
| Festo Corporation | 2939 |
| Fike Corporation | 3513 |
| Flamex, Inc. | 2445 |
| FloAero Inc. | 1338 |
| Flottweg Separation Technology | 2934 |
| FLOWSERVE | 2920 |
| Flow Valves International | 2611 |
| FL Smidth, Inc. | 2815 |
| FormPak | 3847 |
| Fortress Technology Inc. | 2307 |
| Franklin Miller Inc. | 2748 |
| Freeman Technology | 2534 |
| Fres-Co System USA, Inc. | 4142 |
| Freund-Vector Corporation | 2617 |
| Fristam Pumps, Inc | 2838 |
| Fritsch Milling and Sizing, USA Inc | 2518 |
| Fujisaki Electric c/o Daiichi Jitsugyo | 3732 |
| G. Bopp USA, Inc. | 2538 |
| G2 Material Handling Inc. | 1343 |
| Gamajet Cleaning Systems Inc. | 2245 |
| Gardner Denver | 1629 |
| GEA North America | 1021 |
| Gelpac Distribution | 2649 |
| General Kinematics Corporation | 1436 |
| General Magnaplate Corporation | 2630 |
| Genius Solutions | 2438 |
| Gerard Daniel Worldwide | 2807 |
| Gericke USA, Inc. | 4126 |
| Gilson Company, Inc. | 2710 |
| Global-Pak Inc. | 2530 |
| Grandview Media Group | 2949 |
| Great Western Mfg Co., Inc. | 2339 |
| GreCon, Inc. | 3717 |
| GTS-ECHO | 2645 |
| H.C. DAVIS SONS MFG. CO. | 2243 |
| H&H Design & Mfg | 3721 |
| HafcoVac | 2637 |
| HaF Equipment | 3008 |
| Hamer-Fischbein | 1545 |
| Hayes & Stolz Industrial Manufacturing Co., LLC | 2502 |
| HECHT Technologie | 1605 |
| Herding Filtration | 1027 |
| Horiba Instruments, Inc. | 3520 |
| Hosokawa Micron Powder Systems | 1837 |

IEP004444

| Company | Number |
|---|---|
| Houston Vibrator | 2734 |
| Howden Roots LLC | 2231 |
| H-P Products Inc. | 1400 |
| **IEP Technologies** | 3635 |
| IFil USA | 1037 |
| IG Industrial Plastics | 1453 |
| IGSP Co., Ltd. | 2940 |
| Imperial Industries Inc. | 3639 |
| IMS Group USA | 3617 |
| Industrial Accessories Company | 2741 |
| Industrial Controls Company | 2811 |
| Industrial Magnetics, Inc. | 1304 |
| Industrial Screw Conveyors | 1032 |
| Innovative Process Applications | 3504 |
| Inpro/Seal | 1260 |
| International Process Equipment Co. | 1356 |
| IVEC Systems | 1060 |
| J & M Industrial, Inc. | 2541 |
| Jacob Tubing LP | 2005 |
| Jenike & Johanson, Inc. | 1401 |
| JENSEN HUGHES | 3503 |
| Jet Pulverizer Co. | 2448 |
| K.R. Komarek Inc. | 2714 |
| Kaeser Compressors, Inc. | 2415 |
| Kahler Automation Corp. | 2919 |
| Kalenborn Abresist Corp | 2302 |
| Kason Corp. | 2107 |
| Kemutec Group Inc. | 1342 |
| Kennametal Inc | 3625 |
| Kett US | 2720 |
| Key International, Inc. | 2434 |
| Kice Industries Inc. | 1945 |
| Kocotek | 1735 |
| Komline-Sanderson | 2207 |
| Koppern Equipment, Inc. | 2345 |
| KROHNE, Inc. | 2810 |
| Kuriyama of America Inc | 2621 |
| KWS Manufacturing Co., LTD. | 1226 |
| Lachenmeier | 2715 |
| Laidig Systems Inc. | 2544 |
| Lancaster Products | 3828 |
| Langston Companies de Mexico | 2829 |
| Laser Technology | 2337 |
| LB Industrial Systems | 3814 |
| Lewellyn Technology Inc. | 2911 |
| Lorenz Conveying Products | 2325 |
| Macawber Engineering | 1334 |
| Magnetic Products, Inc. | 1012 |
| Magnum Systems | 1214 |
| Maljohn Company Ltd. | 3510 |
| MALVERN PANALYTICAL | 2736 |
| Marietta Silos LLC | 2928 |
| Marion Process Solutions | 2009 |
| Martin Engineering USA | 2419 |
| Masterduct, Inc. | 2729 |
| Matcon, Ltd. | 1344 |
| Material Transfer & Storage, Inc. | 3917 |
| Maxi-Lift Inc. | 2938 |
| McLanahan Corporation | 4128 |
| Mechanical & Ceramic Solutions | 2903 |
| MECO Seal Div. of Woodex Bearing Co. | 2711 |

| Company | Number |
|---|---|
| MECO Seal Div. of Woodex Bearing Co. | 2711 |
| Mercury Scientific, Inc. | 3723 |
| Meridian Manufacturing Inc. | 2535 |
| Merrick Industries, Inc. | 3006 |
| Metalfab, Inc. | 2205 |
| Metso Minerals | 3007 |
| Mettler-Toledo Product Inspection | 2503 |
| Micromeritics Instrument Corp. | 2802 |
| Microtrac Inc. | 4039 |
| Midwestern Industries | 2225 |
| Mintai Precision Co., Ltd. | 3533 |
| Mixer Systems/Dustmaster Enviro Systems Div. | 2440 |
| Modern Process Equipment | 3605 |
| MoistTech Corp. | 2707 |
| Moisture Register Products | 2615 |
| Mollers North America, Inc. | 3816 |
| Monitor Technologies LLC | 2407 |
| Morris Coupling | 1745 |
| MSK Covertech, Inc. | 1244 |
| Munters Corporation-Dehumidification | 2349 |
| National Bulk Equipment, Inc. | 1613 |
| National Filter Media Company | 1443 |
| Nederman MikroPul | 3813 |
| NERAK Systems, Inc. | 2213 |
| NETZSCH Premier Technologies, LLC. | 1807 |
| Neuman & Esser Grinding & Classifying USA, Inc. | 3926 |
| Newson Gale, Inc. | 3840 |
| Nilfisk CFM | 1201 |
| Nisshin Engineering Inc. | 1355 |
| Nolin Steel | 2914 |
| NOL-TEC Systems, Inc. | 1045 |
| Nordfab Ducting | 3709 |
| Nordic Air Filtration | 2835 |
| Orbis Machinery, Llc | 3812 |
| Oseco | 1303 |
| Palamatic Process | 2539 |
| Particle Sizing Systems | 2403 |
| Paul O. Abbe | 1238 |
| Pawling Engineered Products | 1360 |
| PCME Altech | 2504 |
| Pebco, Inc | 2442 |
| PEMA - Process Equipment Manufacturers Association | 1707 |
| Pentair Flow & Filtration | 2035 |
| PhilChem | 2936 |
| Posi-flate | 1010 |
| Powder Process-Solutions | 1937 |
| Procedyne Corp. | 3826 |
| Process Sensors Corp. | 2635 |
| Progressive Products Inc | 2540 |
| PTI | 2618 |
| Pulva Corporation | 3516 |
| Puritan Magnetics | 2143 |
| R.P.S. Engineering, Inc. | 1361 |
| Rapat Corp. | 1600 |
| Readco Kurimoto, LLC | 2619 |
| Rechner Electronics Ind. Inc. | 2731 |
| REMBE, Inc. | 1218 |
| Renold Ajax Inc. | 2115 |
| Rice Lake Weighing Systems | 2037 |
| RICO Sicherheitstechnik AG | 3811 |
| Rosta USA Corp. | 1250 |

| Company | Number |
|---|---|
| Rotex Global LLC | 1621 |
| Rotolok Valves Inc. | 2627 |
| Russell Finex Inc. | 1805 |
| Ruwac USA | 2909 |
| RX4CleanAir/Hastings Air Energy Control, Inc | 4131 |
| S. Howes Co., Inc. | 2123 |
| Saint Gobain Ceramics | 2510 |
| Schenck Process LLC | 1429 |
| Schust Engineering | 2834 |
| Schutte-Buffalo Hammer Mill | 2603 |
| Scientific Dust Collectors | 2902 |
| Scott Equipment Company | 1224 |
| Screw Conveyor Corporation | 3913 |
| Semi-Bulk Systems | 1352 |
| Sensortech Systems, Inc. | 2915 |
| Sentry Equipment Corp. | 2203 |
| Sequoia Scientific, Inc | 2703 |
| Sew-Eurodrive | 4017 |
| Shanghai Everspring Filtration Technology, Co. Ltd. | 2821 |
| SHE HUI MACHINERY | 2839 |
| SICK Inc. | 2916 |
| Siemens Product Lifecycle Mgmt | 3011 |
| Siftex | 1256 |
| SilverBack Products | 2739 |
| Silverson Machines, Inc. | 2744 |
| Sioux Steel Co/Dust Suppression Hopper | 2644 |
| SMC Corporation of America | 1421 |
| Smico Manufacturing | 1821 |
| Snyder Industries, Inc. | 3523 |
| Sodimate Inc. | 2629 |
| Solberg Manufacturing Inc. | 2315 |
| Solimar Pneumatics | 2631 |
| SPEC Engineering | 1319 |
| Spraying Systems Co. | 2527 |
| SPX Flow, Inc. | 2818 |
| Stedman Machine Company | 1327 |
| Sterivalves srl | 4042 |
| Sturtevant, Inc. | 1636 |
| Sutton Industrial Products llc | 2906 |
| SWECO, a business of M-I LLC | 1204 |
| Sympatec Inc. | 1460 |
| Syncro USA LLC | 3728 |
| Syntron Material Handling, LLC | 2515 |
| Tank Connection | 1721 |
| Tapco Inc. | 1704 |
| Tarmac International, Inc | 3629 |
| Tarsco Bolted Tank | 2719 |
| Tawi USA, Inc. | 2329 |
| Technogenia Inc. | 2836 |
| Tecweigh / Tecnetics Industries, Inc. | 2237 |
| Telsonic Ultrasonics, Inc. | 2311 |
| Tema Systems, Inc. | 2319 |
| The Bulk Bag Company | 2718 |
| Thomas & Muller Systems | 3733 |
| Tiger-Vac Inc. | 2620 |
| Tivar 88/Lawrence Industries | 1351 |
| TMI USA. Corp. | 3832 |
| Towne Machine Tool Co. Inc. | 2924 |
| TranPak Inc. | 2944 |
| Tri-Mer Corp. | 3512 |

| Exhibitor | Booth |
|---|---|
| Tuf-Lok International | 1006 |
| Turnkey Processing Solutions | 2825 |
| Tuthill Vacuum & Blower Systems | 2728 |
| UBM Canon Events | 100x |
| Ultra Industries, Inc. | 2735 |
| Union Process Inc. | 2335 |
| UniTrak Corporation Ltd. | 2425 |
| UWT Level Controls USA | 2027 |
| Vac-U-Max | 1316 |
| Van Tongeren America, LLC | 2639 |
| Ventilex USA Inc. | 1652 |
| VetterTec Inc. | 2248 |
| Vibco | 2545 |
| Vibra Screw | 1815 |
| Virto Group/Cuccolini srl | 1049 |
| VitaFlex | 4133 |
| Volkmann | 1620 |
| Vortex Valves North America | 2135 |
| W.S. Tyler | 3002 |
| WAM, Inc. | 1437 |
| Whirlwind Engineering | 4044 |
| WL Port-Land Systems, Inc. | 2831 |
| Wm. W. Meyer & Sons, Inc. | 1845 |
| Wyssmont Co., Inc. | 1000 |
| Yamato Corporation | 3928 |
| Yargus Manufacturing Inc. | 2507 |
| Young Industries | 1941 |

Updated November 29, 2017

**Register Now**



UBM

Exhibitor Directory   FAQs
Floor Plan            Contact Us
Exhibitor Center      News/Press
Privacy

#powdershow
© 2017 UBM All Rights Reserved

IEP004448

screenshot-web.archive.org-2022.01.27-14_18_49
http://web.archive.org/web/20160423161243/http://event.powderbulksolids.com/exhibitors?search_api_views_fulltext=&page=2
27.01.2022



**May 3-5, 2016**
Donald E. Stephens Convention Center
Rosemont, IL

Register

Expo | Conference | Become an Exhibitor/Sponsor | Travel & General Information
Interested in Exhibiting | Exhibitor Directory | Exhibitor Tools

## Exhibitor Directory

3 4 A B C D E F G H I J K L M N O P Q R S T U V W Y Z

**Exhibitor Pavilion**: - All Exhibitors -
**Keywords**: - All Keywords -
**Exhibitor Name**:

Apply   Reset

Submit   Submit

| Exhibitors sort ascending | Booth | Keywords |
|---|---|---|
| HafcoVac | 2639 | Dust Collection and Air Pollution Control |
| Hamer-Fischbein | 3927 | Packaging and Bagging Equipment, Scales |
| Hansentek | 2739 | Dust Collection and Air Pollution Control Accessories, Explosion Suppression, Safety Equipment, Valves and Gates and Airlocks |
| Hardy Pro-Air Service | 2916 | |
| Hayes & Stolz Industrial Manufacturing Company LLC | 2511 | Mechanical Conveying Elevators, Mixers and Blenders, Valves and Gates and Airlocks |
| Heinkel Group (Bolz-Comber-Heinkel) | 2649 | Dryers, Mixers and Blenders, Separation, Size Reduction |
| Herding Filtration LLC | 1737 | Dust Collection and Air Pollution Control, Dust Collection and Air Pollution Control Accessories, Equipment, Pneumatic Conveyors |
| Heyl & Patterson Inc. | 1201 | Dryers, Material Handling and Transportation, Size Reduction, Thermal Solids Processors |
| Homer City Automation Inc. | 2818 | Feeders |
| HORIBA Instruments Inc. | 3520 | Equipment, Fracking Industry, Particle Technology and Characterization, Powder Flow Technology |
| Hosokawa Micron Powder Systems | 1937 | Dryers, Mixers and Blenders, Separation, Size Reduction |
| Houston Vibrator | 2936 | |
| Howden Roots LLC | 3519 | Equipment, Material Handling and Transportation, Pneumatic Conveying Accessories, Pneumatic Conveyors |
| Hub City Inc. | 1333 | Mechanical Conveying Accessories |
| Iconotech | 3830 | Packaging and Bagging Containers, Packaging and Bagging Equipment |
| IEP Technologies Inc. | 3605 | Electrostatic Problems and Hazards, Explosion Suppression, Particle Technology and Characterization, Safety Services |
| iFIL USA | 1033 | Bags, Dust Collection and Air Pollution Control, Efficiency, Pneumatic Conveying Accessories |
| IG Industrial Plastics | 3845 | Bags |
| IGS Industries Inc. | 2538 | Efficiency, Equipment, Services |
| Imperial Industries Inc. | 2907 | |

| Company | Booth | Categories |
|---|---|---|
| IMS Group USA | 3728 | Bags, Packaging and Bagging Equipment, Powder Flow Technology, Services |
| Industrial Air Solutions | 3507 | Dust Collection and Air Pollution Control, Dust Collection and Air Pollution Control Accessories, Explosion Suppression, Pneumatic Conveyors |
| Industrial Controls Co. | 2711 | Explosion Suppression, Instrumentation and Control, Quality, Safety Equipment |
| Industrial Magnetics Inc. | 1304 | Magnetic Separation |
| Industrial Screw Conveyors Inc. | 3937 | Material Handling and Transportation, Mixers and Blenders |
| Industrial Screw Conveyors Inc. | 1030 | Feeders, Material Handling and Transportation, Mixers and Blenders, Packaging and Bagging Equipment |
| Inpro/Seal | 1036 | Accessories |
| International Process Equipment Co. | 1344 | Crushers, Dryers, Explosion Suppression, Size Reduction Mills |
| ioKinetic LLC | 3512 | Efficiency, OSHA Regulation, Safety Services, Services |
| IPM Systems | 2939 | Equipment, Feeders, Mechanical Conveyors, Packaging and Bagging Equipment |
| ISL Asia Technologies Pte. Ltd. | 3831 | Containers, Equipment, Material Handling and Transportation, Powder Flow Technology |
| IVEC® Systems | 1260 | Dust Collection and Air Pollution Control, Dust Collection and Air Pollution Control Accessories, Efficiency |
| J & M Industrial | 2949 | Dust Collection and Air Pollution Control, Feeders, Mechanical Conveyors, Screening Equipment |
| Jacob Tubing LP | 2005 | Dust Collection and Air Pollution Control Accessories, Material Handling and Transportation, Pneumatic Conveying Accessories, Valves and Gates and Airlocks |
| Jenike & Johanson Inc. | 1401 | Material Handling and Transportation, Services, Storage Facilities and Systems |
| Jet Pulverizer Co. | 2448 | Size Reduction, Size Reduction Accessories, Size Reduction Mills |
| John King USA Inc. | 3516 | Mechanical Conveying Accessories |
| Jones Fab and Machine | 1060 | Mechanical Conveying Accessories, Mechanical Conveying Elevators, Mechanical Conveyors, Pneumatic Conveyors |
| Jumbocel Systems Inc. | 3024 | Bags, Material Handling and Transportation, Packaging and Bagging Containers, Packaging and Bagging Equipment |
| K.R. Komarek Inc. | 2714 | Equipment, Particle Enlargers and Formers |
| Kaeser Compressors Inc. | 2415 | Equipment, Material Handling and Transportation, Pneumatic Conveying Accessories |
| Kahler Automation Corp. | 4130 | Instrumentation and Control, Material Handling and Transportation, Meters and Gauges, Mixers and Blenders |
| Kalenborn Abresist Corp. | 3549 | Dust Collection and Air Pollution Control Accessories, Mechanical Conveying Accessories, Pneumatic Conveying Accessories, Services |
| Kalenborn Abresist Corp. | 3549 | Dust Collection and Air Pollution Control Accessories, Materials, Mechanical Conveying Accessories, Pneumatic Conveying Accessories |
| Kason Corp. | 2107 | Dryers, Mixers and Blenders, Screening Equipment, Size Reduction |
| Kek-Gardner / Kason Corp. | 2107 | Dryers, Mixers and Blenders, Screening Equipment, Size Reduction |
| Kemutec Group Inc. | 2027 | Mixers and Blenders, Screening Equipment, Size Reduction, Valves and Gates and Airlocks |

| Company | Booth | Categories |
|---|---|---|
| Kett US | 2910 | Instrumentation and Control, Instrumentation and Control Analyzers, Meters and Gauges, Mixers and Blenders |
| Key International Inc. | 2434 | Crushers, Mixers and Blenders, Valves and Gates and Airlocks |
| Kice Industries Inc. | 2035 | Dust Collection and Air Pollution Control, Pneumatic Conveyors, Separation, Valves and Gates and Airlocks |
| Koppern Equipment Inc. | 2345 | Crushers |
| KROHNE Inc. | 2640 | Instrumentation and Control, Meters and Gauges |
| KSU-Bulk Solids Innovation Center | 1443 | Material Handling and Transportation |
| Kuriyama of America Inc. | 2525 | Dust Collection and Air Pollution Control Accessories, Pneumatic Conveying Accessories, Safety Equipment |
| KWS Manufacturing Company Ltd. | 1226 | Mechanical Conveying Elevators, Mechanical Conveyors, Mixers and Blenders |
| Lachenmeier | 2814 | Material Handling and Transportation, Materials, Packaging and Bagging Containers, Packaging and Bagging Equipment |
| Lancaster Products | 3826 | Crushers, Material Handling and Transportation, Mixers and Blenders, Mixers and Blenders Accessories |
| Laser Technology | 2927 | Instrumentation and Control, Instrumentation and Control Analyzers, Meters and Gauges, Storage Facilities and Systems |
| LCI Corp. | 3525 | Dryers, Feeders, Powder Flow Technology, Thermal Solids Processors |
| Lewellyn Technology | 2637 | Safety Services, Services |
| Lödige Maschinenbau GmbH | 2929 | Dryers, Mixers and Blenders |
| Lorenz Conveying Products | 2325 | Pneumatic Conveying Accessories, Valves and Gates and Airlocks |
| Ludman Industries | 2811 | |
| Luxme International Ltd. | 3841 | Material Handling and Transportation, Mechanical Conveying Accessories, Mechanical Conveyors, Packaging and Bagging Equipment |
| Macawber Engineering | 1244 | |
| Magnum Systems | 1214 | Packaging and Bagging Equipment, Pneumatic Conveyors, Valves and Gates and Airlocks, Weighing Systems |
| Maljohn Company Ltd. | 3510 | |
| Marion Process Solutions | 2009 | Dryers, Mixers and Blenders, Mixers and Blenders Accessories |
| Martin Engineering | 2825 | Dust Collection and Air Pollution Control, Material Handling and Transportation, Screening Equipment, Services |
| Matcon | 1545 | Containers, Efficiency, Mixers and Blenders, Packaging and Bagging Equipment |
| Material Transfer & Storage Inc. | 3917 | Equipment, Material Handling and Transportation, Packaging and Bagging Equipment, Weighing Systems |
| Material Transfer & Storage Inc. | 3917 | Equipment, Material Handling and Transportation, Packaging and Bagging Equipment, Weighing Systems |
| Material Transfer & Storage Inc. | 3917 | Equipment, Material Handling and Transportation, Packaging and Bagging Equipment, Weighing Systems |
| Material Transfer & Storage Inc. | 3917 | Equipment, Material Handling and Transportation, Packaging and Bagging Equipment, Weighing Systems |

| Company | Booth | Categories |
|---|---|---|
| Materials Handling Equipment Co. (MHE) | 1744 | Equipment, Instrumentation and Control, Mechanical Conveying Elevators, Mechanical Conveyors |
| Maxi-Lift Inc. | 2828 | Mechanical Conveying Accessories, Mechanical Conveying Elevators |
| MD+DI | 3037 | |
| Mechanical & Ceramic Solutions Inc. | 2716 | Dust Collection and Air Pollution Control, Mechanical Conveyors, Pneumatic Conveyors, Separation |
| MECO Seal, a Div. of Woodex Bearing Co. | 2911 | Dryers, Mechanical Conveying Accessories, Mixers and Blenders, Mixers and Blenders Accessories |
| MEDTEC China Online | 3037 | |
| Mercury Scientific Inc. | 3719 | Instrumentation and Control Analyzers, Particle Technology and Characterization, Powder Flow Technology, Quality |
| Meridian Manufacturing Inc. | 2535 | Storage Facilities and Systems |
| Merrick Industries Inc. | 1744 | Feeders, Scales, Weighing Systems |
| Metalfab Inc. | 2708 | Equipment, Feeders, Storage Facilities and Systems, Weighing Systems |
| METTLER TOLEDO | 1700 | Quality, Safety Equipment, Screening Equipment, Weighing Systems |
| Micromeritics® Instrument Corp. | 2302 | Instrumentation and Control Analyzers, Particle Technology and Characterization |
| Microtrac Inc. | 4021 | Instrumentation and Control, Particle Technology and Characterization |
| Midwestern Industries Inc. | 2225 | Equipment, Screening Equipment |
| Mitsumi Technical Industry | 2534 | Auxiliary Storage Equipment, Equipment, Powder Flow Technology, Valves and Gates and Airlocks |
| Mixer Systems/DustMASTER® Enviro Systems Div. | 2738 | Mixers and Blenders |
| Modern Process Equipment Corp. | 3513 | Mechanical Conveyors, Size Reduction, Size Reduction Mills |
| MoistTech Corp. | 2745 | |
| Moisture Register Products dba Finna Group | 2615 | Instrumentation and Control, Instrumentation and Control Analyzers, Meters and Gauges |
| Mollers North America Inc. | 3816 | Material Handling and Transportation, Mechanical Conveyors, Packaging and Bagging Equipment |
| Monitor Technologies LLC | 2407 | Auxiliary Storage Equipment, Dust Collection and Air Pollution Control, Instrumentation and Control, Instrumentation and Control Analyzers |
| Morris Coupling Co. | 1745 | Accessories, Material Handling and Transportation, Mechanical Conveying Accessories, Pneumatic Conveying Accessories |
| motan Inc. | 1815 | Dryers, Material Handling and Transportation, Mixers and Blenders, Pneumatic Conveyors |
| Movex Inc. | 3506 | Dust Collection and Air Pollution Control, Dust Collection and Air Pollution Control Accessories |
| MPI (formerly Magnetic Products Inc.) | 1006 | Magnetic Separation, Separation, Weighing Systems |
| MSK Covertech Inc. | 4044 | Mechanical Conveyors, Packaging and Bagging Equipment |



‹ previous   1   2   3   4   5   next ›

Register Now

IEP004435



Exhibitor Directory  FAQs
Floor Plan  Contact Us
Exhibitor Center  News/Press
Privacy

#powdershow
© 2016 UBM Canon All Rights Reserved

IEP004436



**INTERNATIONAL POWDER & BULK SOLIDS CONFERENCE & EXHIBITION**
Celebrate 40 Years of Powder • 1976-2016

May 3-5, 2016
Donald E. Stephens Convention Center
Rosemont, IL

Register

Expo | Conference | Become an Exhibitor/Sponsor | Travel & General Information
Interested in Exhibiting | Exhibitor Directory | Exhibitor Tools

## Exhibitor Directory

3 4 A B C D E F G H I J K L M N O P Q R S T U V W Y Z

**Exhibitor Pavilion**: - All Exhibitors -
**Keywords**: - All Keywords -
**Exhibitor Name**:

Apply    Reset

Submit    Submit

| Exhibitors (sort ascending) | Booth | Keywords |
|---|---|---|
| MTE - Control Systems International | 3008 | Instrumentation and Control, Mechanical Conveying Accessories, Packaging and Bagging Equipment, Storage Facilities and Systems |
| Munters Corp. | 2503 | Accessories, Dryers, Mechanical Conveying Accessories, Pneumatic Conveying Accessories |
| National Bulk Equipment Inc. (NBE) | 1613 | Material Handling and Transportation, Packaging and Bagging Equipment, Separation, Weighing Systems |
| National Filter Media Co. | 2502 | Dust Collection and Air Pollution Control, Dust Collection and Air Pollution Control Accessories |
| NDC Technologies | 2627 | Equipment, Instrumentation and Control, Instrumentation and Control Analyzers, Meters and Gauges |
| Nederman MikroPul | 3525 | Dust Collection and Air Pollution Control, Scrubbers |
| NERAK Systems Inc. | 2213 | Mechanical Conveying Elevators |
| NETZSCH Premier Technologies LLC | 2439 | Mixers and Blenders, Quality, Size Reduction, Size Reduction Mills |
| Neuman & Esser Grinding & Classifying USA Inc. | 2725 | Equipment, Size Reduction, Size Reduction Accessories, Size Reduction Mills |
| Newson Gale Inc. | 1551 | Electrostatic Problems and Hazards, Safety Equipment |
| Nightstick by Bayco Products Inc. | 3031 | Safety Equipment |
| Nilfisk Inc., Industrial Vacuum Div. | 3500 | Dust Collection and Air Pollution Control, Equipment, Pneumatic Conveyors, Safety Equipment |
| Nisshin Engineering Inc. | 2135 | Feeders, Separation, Services, Size Reduction Mills |
| Nol-Tec Systems Inc. | 1049 | Dust Collection and Air Pollution Control, Fugitive Combustibles, Instrumentation and Control, Pneumatic Conveyors |
| Nolin Steel | 3010 | Equipment, Mechanical Conveying Elevators, Screening Equipment, Separation |
| Nordfab Ducting | 3723 | Dust Collection and Air Pollution Control, Dust Collection and Air Pollution Control Accessories |
| Norres NA | 2830 | Dust Collection and Air Pollution Control, Material Handling and Transportation, Pneumatic Conveying Accessories, Screening Media |
| Ohkawara Kakohki Company Ltd. | 2135 | Dryers, Equipment, Particle Technology and Characterization, Powder Flow Technology |

| Company | Booth | Categories |
|---|---|---|
| Orbis Machinery LLC | 3732 | Dryers, Equipment, Mixers and Blenders, Size Reduction Mills |
| Orthman Conveying Systems | 2826 | Biomass and Biofuels, Material Handling and Transportation, Mechanical Conveying Elevators, Mechanical Conveyors |
| Oseco | 2807 | Dust Collection and Air Pollution Control, Explosion Suppression, Material Handling and Transportation, Safety Equipment |
| Packaging Digest | 3037 | |
| Particle Sizing Systems | 2403 | Instrumentation and Control Analyzers, Particle Technology and Characterization |
| Paul O. Abbe | 1234 | Dryers, Mixers and Blenders, Size Reduction Mills |
| Pawling Engineered Products | 1360 | |
| PCME Altech | 2903 | Dust Collection and Air Pollution Control, Dust Collection and Air Pollution Control Accessories, Instrumentation and Control Analyzers, Particle Technology and Characterization |
| PEBCO® Inc. | 2934 | Material Handling and Transportation, Powder Flow Technology, Valves and Gates and Airlocks |
| PEMA - Process Equipment Manufacturers' Assn. | 1833 | Media and Associations |
| Pentair Flow & Filtration Solutions | 2143 | Dust Collection and Air Pollution Control, Dust Collection and Air Pollution Control Accessories, Efficiency |
| PhilChem | 2919 | Mixers and Blenders, Packaging and Bagging Equipment, Size Reduction |
| Plastics Today | 3037 | |
| Porvair Filtration Group Ltd. | 2942 | Materials, Separation |
| Posi-flate | 1012 | Valves and Gates and Airlocks |
| Powder & Bulk Solids | 3037 | |
| Powder Process-Solutions | 1343 | Equipment, Magnetic Separation, Packaging and Bagging Equipment, Pneumatic Conveyors |
| Powder Processing & Technology | 2918 | Services |
| POWTECH | 1748 | Services |
| Prater Industries | 1304 | Feeders, Separation, Size Reduction, Valves and Gates and Airlocks |
| Procedyne Corp. | 4037 | Dryers, Equipment, Services, Thermal Solids Processors |
| **Process Sensors Corp.** | 2703 | Equipment, Instrumentation and Control, Instrumentation and Control Analyzers, Quality |
| Processing Magazine | 4137 | Media and Associations |
| Progressive Products Inc. | 2542 | Equipment, Pneumatic Conveying Accessories, Size Reduction, Valves and Gates and Airlocks |
| Pulva Corp. | 3729 | Crushers, Feeders, Size Reduction, Size Reduction Mills |
| Puritan Magnetics | 2243 | Magnetic Separation |
| Qmed.com - Find Qualified Medical Device Suppliers | 3037 | |
| Rapat Corp. | 1601 | Material Handling and Transportation, Mechanical Conveyors |
| Raymond Bartlett Snow/ARVOS Group | 3731 | Size Reduction Mills, Thermal Solids Processors |
| Readco Kurimoto LLC | 2610 | Mixers and Blenders, Separation |
| Rechner Electronics Ind. Inc. | 2645 | Feeders, Instrumentation and Control, Material Handling and Transportation, Mixers and Blenders Accessories |

| Company | Booth | Categories |
|---|---|---|
| REMBE® Inc. | 1218 | Explosion Suppression, Safety Equipment, Valves and Gates and Airlocks, Weighing Systems |
| Renold Ajax Inc. | 2115 | Feeders, Material Handling and Transportation, Mechanical Conveyors, Packaging and Bagging Equipment |
| Rice Lake Weighing Systems | 3639 | Instrumentation and Control, Scales, Weighing Systems |
| Robatel Inc. | 2808 | Separation |
| Robert Ober & Associates LLC | 2920 | Material Handling and Transportation, Mixers and Blenders, Pneumatic Conveyors, Storage Facilities and Systems |
| Rocky DEM Inc. | 2718 | Efficiency, Material Handling and Transportation, Particle Technology and Characterization, Powder Flow Technology |
| Romaco North America | 3501 | Dryers, Particle Enlargers and Formers |
| Rosta USA Corp. | 1347 | Crushers, Feeders, Screening Equipment |
| Rotex Global LLC | 2045 | Equipment, Screening Equipment, Screening Media, Separation |
| Rotolok Valves Inc. | 1449 | Dust Collection and Air Pollution Control Accessories, Pneumatic Conveying Accessories, Valves and Gates and Airlocks |
| Rotool Dust Collection Systems | 4145 | Dust Collection and Air Pollution Control |
| Royal Chemical Co. | 3028 | |
| RPS Engineering Inc. | 1361 | Materials |
| Russell Finex Inc. | 2319 | Magnetic Separation, Quality, Screening Equipment, Separation |
| Ruwac USA | 2944 | Dust Collection and Air Pollution Control, Dust Collection and Air Pollution Control Accessories, Equipment, Safety Equipment |
| S. Howes Company Inc. | 2123 | Mechanical Conveyors, Mixers and Blenders, Screening Equipment, Size Reduction |
| Saint-Gobain Ceramic Materials | 2506 | Mechanical Conveying Accessories, Mixers and Blenders Accessories, Pneumatic Conveying Accessories, Size Reduction Accessories |
| Schust Engineering | 2619 | Dust Collection and Air Pollution Control, Dust Collection and Air Pollution Control Accessories |
| Schwing Bioset | 2704 | Dryers, Equipment, Mechanical Conveyors, Storage Facilities and Systems |
| Scientific Dust Collectors | 2810 | Dust Collection and Air Pollution Control, Dust Collection and Air Pollution Control Accessories, Scrubbers |
| Scott Equipment Co. | 1224 | Dryers, Mixers and Blenders, Separation, Size Reduction |
| Scott Turbon Mixer Inc. | 1622 | Mixers and Blenders, Mixers and Blenders Accessories |
| Screw Conveyor Corp. | 3913 | Mechanical Conveying Elevators, Mechanical Conveyors |
| Semi-Bulk Systems | 1356 | Mixers and Blenders, Mixers and Blenders Accessories, Pneumatic Conveyors, Powder Flow Technology |
| Sentry Equipment Corp. | 2203 | Mechanical Conveying Accessories, Pneumatic Conveying Accessories, Powder Flow Technology, Quality |
| SEW-Eurodrive | 4017 | Material Handling and Transportation |
| Shanghai Everspring Filtration Technology Company Ltd. | 4140 | Dust Collection and Air Pollution Control, Pneumatic Conveying Accessories, Screening Media, Separation |
| Sifter Parts & Service Inc | 3943 | Dust Collection and Air Pollution Control, Dust |

| Company | Booth | Categories |
|---|---|---|
| Sifter Parts & Service Inc. | | Collection and Air Pollution Control Accessories, Screening Equipment, Separation |
| Siftex Equipment Company Inc. | 2921 | Accessories, Dust Collection and Air Pollution Control Accessories, Mixers and Blenders Accessories, Screening Equipment |
| Silverson Machines Inc. | 3834 | Mixers and Blenders |
| Sioux Steel Co. | 2545 | Dust Collection and Air Pollution Control, Equipment, Material Handling and Transportation, Storage Facilities and Systems |
| Sisneros Bros. Mfg. | 1034 | |
| SMC Corp. of America | 1238 | Dust Collection and Air Pollution Control Accessories, Electrostatic Problems and Hazards, Instrumentation and Control, Pneumatic Conveying Accessories |
| Smoot | 1214 | Instrumentation and Control, Pneumatic Conveying Accessories, Pneumatic Conveyors, Valves and Gates and Airlocks |
| Sodimate Inc. | 2729 | Feeders, Material Handling and Transportation, Mechanical Conveyors, Powder Flow Technology |
| Solberg Filtration | 2315 | Dust Collection and Air Pollution Control, Pneumatic Conveying Accessories, Separation |
| Solimar Pneumatics | 2731 | Dust Collection and Air Pollution Control Accessories, Pneumatic Conveying Accessories, Powder Flow Technology, Storage Facilities and Systems |
| Sonoco Protective Solutions | 4131 | Material Handling and Transportation, Packaging and Bagging Containers |
| SPEC Engineering | 1319 | Explosion Suppression, Material Handling and Transportation, Mixers and Blenders, Powder Flow Technology |
| Spraying Systems Co.® | 1303 | Accessories, Dryers, Equipment, Particle Technology and Characterization |
| SPX Flow Inc. | 2231 | Dryers, Equipment, Powder Flow Technology, Separation |
| Stedman Machine Co. | 1327 | Crushers, Size Reduction, Size Reduction Accessories, Size Reduction Mills |
| Steele Solutions Inc. | 3811 | Auxiliary Storage Equipment, Storage Facilities and Systems |
| Sterling Systems & Controls Inc. | 1304 | Feeders, Material Handling and Transportation, Weighing Systems |
| Stone Packaging | 2337 | Bags, Packaging and Bagging Equipment, Scales, Weighing Systems |
| Sturtevant Inc. | 1437 | Crushers, Separation, Services, Size Reduction Mills |
| SWECO, a business of M-I LLC | 1204 | Screening Equipment, Separation, Size Reduction, Size Reduction Mills |
| Sympatec Inc. | 2635 | Instrumentation and Control Analyzers, Particle Technology and Characterization |
| Syncro USA LLC | 3025 | Auxiliary Storage Equipment, Feeders, Pneumatic Conveyors, Powder Flow Technology |
| Takasago Industry Company Ltd. | 2435 | Dryers, Particle Enlargers and Formers, Particle Technology and Characterization, Thermal Solids Processors |
| Tank Connection | 1721 | Auxiliary Storage Equipment, Material Handling and Transportation, Mixers and Blenders, Storage Facilities and Systems |



‹ previous   1   2   3   **4**   5   next ›



Register Now

IEP004440



Register Now

Exhibitor Directory
Floor Plan
Exhibitor Center
Privacy

FAQs
Contact Us
News/Press

#powdershow
© 2016 UBM Canon All Rights Reserved

IEP004441