IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IEP TECHNOLOGIES, LLC,<br>　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>KPM ANALYTICS, INCORPORATED F/K/A STATERA ANALYTICS, INCORPORATED AND KPM ANALYTICS NORTH AMERICA CORPORATION F/K/A PROCESS SENSORS CORPORATION,<br>　　　　　　　　Defendants. | Civil Action File No.:<br>1:21-cv-10417-RWZ |

**DEFENDANTS' MOTION TO COMPEL PLAINTIFF'S PRODUCTION OF DOCUMENTS AND INTERROGATORY RESPONSE**

Pursuant to the Federal Rules of Civil Procedure Rule 37 and Local Rule 37.1, Defendants KPM Analytics Incorporated F/K/A Statera Analytics and KPM Analytics North America Corporation F/K/A Process Sensors Corporation (collectively, "Defendants" or "KPM"), hereby move for an order compelling Plaintiff IEP Technologies, LLC ("Plaintiff" or "IEP"), to provide full and proper responses to Requests for Production Nos. 70 and 71 and to Interrogatory No. 4.

Plaintiff refuses to produce materials responsive to KPM's Requests for Production Nos. 70 and 71—two requests compliant with the Court's ESI Order (Doc. 19). Plaintiff also refuses to supplement its response to Interrogatory No. 4 subsequent to and in view of the filing of Defendants' Amended Answer and Counterclaims, which raised new issues requiring supplementation of Interrogatory No. 4. Thus, Defendants respectfully move this Court to compel Plaintiff's responses to the identified Requests for Production and to Defendants' Interrogatory No. 4.

A Proposed Order is filed with this Motion.

Respectfully submitted this 24th day of June, 2022.

/s/ N. Andrew Crain
Michael J. Lambert (BBO No. 632053)
mlambert@sheehan.com
**SHEEHAN PHINNEY BASS & GREEN PA**
28 State Street
22nd Floor
Boston, Massachusetts 02109
Telephone: 617.897.5637
Facsimile: 617.439.9363

Peter A. Nieves (*pro hac vice*)
pnieves@sheehan.com
**SHEEHAN PHINNEY BASS & GREEN PA**
1000 Elm Street
17th Floor
Manchester, New Hampshire 03101
Telephone: 603.627.8134
Facsimile: 603.641.2353

N. Andrew Crain (*pro hac vice*)
a.crain@thip.law
Robert D. Gravois (*pro hac vice*)
r.gravois@thip.law
Andrea Nguyen (*pro hac vice*)
a.nguyen@thip.law
**THOMAS HORSTEMEYER LLP**
3200 Windy Hill Rd SE
Suite 1600E
Atlanta, Georgia 30339
Telephone:  770.933.9500
Facsimile:  770.951.0933

*Attorneys for Defendants*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IEP TECHNOLOGIES, LLC,<br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>KPM ANALYTICS, INCORPORATED F/K/A STATERA ANALYTICS, INCORPORATED AND KPM ANALYTICS NORTH AMERICA CORPORATION F/K/A PROCESS SENSORS CORPORATION,<br>　　　　　　Defendants. | Civil Action File No.:<br>1:21-cv-10417-RWZ |

### **CERTIFICATE OF SERVICE**

I hereby certify that on June 24, 2022, the foregoing was filed using the Court's ECF system, which will automatically send electronic notice of such filing to all attorneys of record.

　　　　　　　　　　　　　　　　/s/ N. Andrew Crain
　　　　　　　　　　　　　　　　N. Andrew Crain

　　　　　　　　　　　　　　　　*Attorney for Defendants*

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IEP TECHNOLOGIES, LLC,<br>        Plaintiff,<br><br>v.<br><br>KPM ANALYTICS, INCORPORATED F/K/A STATERA ANALYTICS, INCORPORATED AND KPM ANALYTICS NORTH AMERICA CORPORATION F/K/A PROCESS SENSORS CORPORATION,<br>        Defendants. | Civil Action File No.:<br>1:21-cv-10417-RWZ |

**[PROPOSED] ORDER**

Having reviewed and considered Defendants' Motion to Compel Plaintiff to produce documents in response to Requests for Production Nos. 70 and 71 and to provide full and proper responses to Interrogatory No. 4 and all briefs submitted therewith, the Court is of the opinion that Defendants' Motion to Compel should be **GRANTED**. Accordingly, for good cause shown, it is **ORDERED** that Defendants' Motion to Compel is hereby **GRANTED** in its entirety.

IT IS SO ORDERED, this _____ day of _____, 2022.

_____
Rya W. Zobel
United States District Judge

1