# Exhibit C



June 21, 2022

Robert D. Keeler, Esq.                                          <u>VIA Email</u>
Whitmyer IP Group                                    [rkeeler@whipgroup.com](mailto:rkeeler@whipgroup.com)
600 Summer Street
Stamford, CT 06901

   Re: *Discovery Scheduling, Logistics & Disputes*
      *IEP Techs., LLC v. KPM Analytics, Inc.*, Civil Action No. 1:21-cv-
      10417-RWZ (D. Mass); Matter No. 142103-7020

Dear Rob:

I write in response to your letter of June 16, 2022 and following our teleconference
on June 10.

We await proposed dates for Mr. Davis' deposition so that, once confirmed, the draft
consent motion to extend discovery and all subsequent dates in the Court's
Scheduling Order [42] accordingly can be filed with the Court. Please kindly
propose dates for Mr. Davis' deposition by June 23.

Regarding 30(b)(6) depositions, we interpret Plaintiff's proclamation
(conspicuously made absent any accompanying supporting authority) that it will
only agree to a single Rule 30(b)(6) deposition for both of Defendants to mean that
Plaintiff proposes a total of seven hours of Rule 30(b)(6) deposition time allotted for
each side. Defendants accept this proposal as understood.

As applied to IEP's Rule 30(b)(6) depositions of Defendant, although the
depositions will occur individually and separately, as we have stated, Defendants
are amenable to them being scheduled sequentially on the same day (*e.g,* KPMA
beginning at 9:00 a.m. EDT and KPMANA at 1:00 p.m. EDT, or vice versa).
Plaintiff may choose its preferred order. Any time remaining in its seven-hour total
allotment after the Rule 30(b)(6) deposition of the first defendant can be used by
Plaintiff for the Rule 30(b)(6) deposition of the other defendant.

If Defendants' understanding of Plaintiff's proposal and position is incorrect, then
please let us know. Otherwise, Defendants will require corrected and further
amended notices because Defendants object to and will not appear in response to the
present notices received on June 7 that contemplate a single deposition of both
Defendants simultaneously.

Robert D. Keeler, Esq.
June 21, 2022
Page 2 of 2

Finally, Defendants understand that the parties are at an impasse and that Court intervention is required regarding Defendants' Request for Production Nos. 70-71 following our June 10 teleconference and IEP's refusal to supplement Interrogatory No. 4 following your May 20 letter and our May 24 teleconference.

Sincerely,

N. Andrew Crain
a.crain@thip.law

NAC/mlm