# Exhibit G



600 Summer Street, Stamford, CT 06901
Tel: +1 203-703-0800
Website: www.whipgroup.com

May 20, 2022

VIA EMAIL **ONLY**
r.gravois@thip.law

Robert D. Gravois
Thomas Horstemeyer, LLP
3200 Windy Hill Road SE
Suite 1600E
Atlanta, GA 30339

Re:   WHIP File 06229-L0059A
      <u>IEP Technologies, LLC v. KPM Analytics, Incorporated et al.</u>

Dear Mr. Gravois:

    We have reviewed your April 28 letter and do not believe that IEP's Interrogatory Responses require supplementation.

    We also understand that you are refusing to meet and confer regarding the issues raised by IEP regarding KPM's lack of disclosure and will move to compel.

    Sincerely,

Robert D. Keeler
rkeeler@whipgroup.com

SFB:RDK:jmb

c:   All Counsel (via email)