# Exhibit B

| | |
|---|---|
| **Subject:** | IEP v. KPM Analytics |
| **Date:** | Thursday, June 9, 2022 at 12:12:04 PM Eastern Daylight Time |
| **From:** | Michael Marable |
| **To:** | Robert D. Keeler, Stephen F.W. Ball, Jr., WHIP litigation |
| **CC:** | Andrew Crain, Robert Gravois, Andrea Nguyen, Natalie Wood, Michael Marable |
| **Attachments:** | image001.png, KPM-004683_CONFIDENTIAL-ATTORNEYS' EYES ONLY.xlsx, KPM-004684_CONFIDENTIAL-ATTORNEYS' EYES ONLY.xlsx |

Counsel:

Attached find documents being produced today by KPM Analytics, et al. in regard to the above-referenced matter. The documents are native spreadsheets that have been bates numbered KPM-004683 and KPM-004684. Please also note that the documents have been designated as "CONFIDENTIAL-ATTORNEYS' EYES ONLY." Please advise should you have difficulty opening the attachments.

Regards,

**Michael L. Marable**
Litigation Paralegal



3200 Windy Hill Road SE | Suite 1600E | Atlanta, GA 30339
O: (770) 933-9500 | F:  (770) 951-0933
thip.law

*Confidentiality Notice: This e-mail message and any attachments are intended only for the use of those to whom it is addressed and may contain information that is confidential and prohibited from further disclosure under law. If you have received this e-mail message in error, its review, use, retention, and/or distribution is strictly prohibited. If you are not the intended recipient, please contact the sender by reply e-mail message and destroy all copies of the original message and any attachments.*