Exhibit D

Page 1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


Civil Action No. 1:21-cv-10417-RWZ


IEP Technologies, LLC,

        Plaintiff,

     -vs-

KPM Analytics, Incorporated
f/k/a Stater Analytics
Incorporated and KPM Analytics
North America Corporation
f/k/a Process Sensors
Corporation,

        Defendants.
    _____/




REMOTE DEPOSITION OF
CHRISTOPHER PIKE




Wednesday, June 15, 2022
9:00 a.m. - 3:19 p.m.




Job No. 5064
Stenographically Reported By:
Erica Field, FPR

1          Q.    Is there any reason why you cannot

2     testify truthfully today?

3          A.    No.

4          Q.    Not on any medication that would

5     prevent you from testifying truthfully?

6          A.    No.

7          Q.    Please state your full name for

8     the record, please.

9          A.    Christopher Godwin Pike.

10         Q.    And what is your address?

11         A.    69 Torrey Road, Cumberland, Rhode

12     Island.

13         Q.    Have you been deposed before?

14         A.    No.

15         Q.    Have you ever testified at trial

16     before?

17         A.    No.

18         Q.    After high school, did you do any

19     sort of higher education?

20         A.    Yes, I went to university.

21         Q.    Where did you go university?

22         A.    In Manchester in the UK.

23         Q.    What was the name of the school?

24         A.    It was the Manchester University.

25         Q.    Oh.  Did you get a degree there?

Page 84

```
 1      application?

 2           A.    I have not seen a trademark

 3      application.

 4           Q.    I think before you mentioned that

 5      Process Sensors did a formal launch of this

 6      logo; is that correct?

 7           A.    I recall that internally we were

 8      given branded items.  I believe there was a

 9      cake too, from memory.  And it was -- I

10      believe coincided with the website.

11           Q.    Did Process Sensors tell its

12      customers about the new logo?

13           A.    I don't recall direct

14      communications.

15           Q.    How was the new logo received?

16           A.    I never got feedback from

17      customers.  I have no feedback.

18           Q.    I'm going to put in the chat a

19      document produced by KPM bearing Bates

20      numbers KPM_4419 to 4428.

21                 Please let me know when you have

22      it open.

23                 MR. CRAIN:   Is this Exhibit 6?

24                 MR. KEELER:   Yes.   Thank you for

25      that.
```

Page 85

1          MR. CRAIN:  Thank you.

2          (Exhibit 6 was marked for

3          identification.)

4          A.    Okay.

5     BY MR. KEELER:

6          Q.    Have you seen this document

7     before?

8          A.    I may have seen it after a show.

9     It's one of those show summaries that I

10    described.

11         Q.    Is this a show summary for a

12    particular trade show?

13         A.    Yes, this is a food ingredients

14    show in Chicago.

15         Q.    And that show would have been in

16    July 2018; is that correct?

17         A.    Looking at the date at the top,

18    yes.

19         Q.    And do you see in the third bullet

20    point from the top of Page 1 where it says:

21    Total number of booth staff?

22         Do you see that?

23         A.    Yes.

24         Q.    And in parentheses there after the

25    4, it says:  Chris P.

Page 86

```
 1                     Would that be you?
 2          A.    That is me, yes.
 3          Q.    And who is Bonnie?
 4          A.    So Bonnie was -- I forget her
 5   formal title at the time, but she was in
 6   marketing.
 7          Q.    And how about Josh S?
 8          A.    So Josh was -- we were exhibiting,
 9   I believe at the time, some Chopin and Unity
10   so we had salespeople from both Unity and
11   Chopin.
12          Q.    And Seth, was he with Unity or
13   Chopin?
14          A.    He was with KPM.  I forget which
15   brand he specializes in, but he tried to
16   cross-trend.
17          Q.    Was he a salesperson?
18          A.    Yes.
19          Q.    And then Laura, is that Laura
20   Brockway?
21          A.    Correct.
22          Q.    And who is Chris M?
23          A.    Chris McIntyre.
24          Q.    And what was his title?
25          A.    He was the CEO.
```

Page 87

1        Q.    And who is Brian?

2        A.    Brian Davies was the president.

3        Q.    Was it normal to have the

4    president and CEO attend the trade show?

5        A.    They only turned up one day.  They

6    walked the show and visited us.

7        Q.    At this show, did -- had Process

8    Sensors already adopted its new logo?

9        A.    Yes.

10       Q.    And if you'd go to Page 6 of the

11   PDF, Bates number ending in 4424.

12             Let me know when you're there.

13       A.    Yes.

14       Q.    Do you see that new logo on this

15   page?

16       A.    Yes, I do.

17       Q.    And then on the next page as well

18   as part of the branding elements for the

19   booths; is that correct?

20       A.    Yes.

21       Q.    And then I would like to turn your

22   attention to the final page of this PDF.

23       A.    Okay.  I'm on the final page,

24   4428.

25       Q.    Do you see there's a heading that

Page 88

1    says:  Comments from Chris Pike?

2         A.    Yes, I do see that.

3         Q.    I'll give a minute to read those

4    if you would like, and just let me know when

5    you're done.

6         A.    Yes, I've read that.

7         Q.    Okay.  So in the first numbered

8    item there it says:  When I look at people

9    passing by the booth, they look a little

10   confused as the reel banners don't really

11   message what we do.

12             Do you recall writing this?

13        A.    I must have.  I don't recall what

14   day but...

15        Q.    Do you have an understanding of

16   why you thought people looked a little

17   confused?

18        A.    Yes.  It's because you have images

19   of food and ingredients and snack food, and

20   it did not jump out at you exactly what

21   constituents we were really measuring.

22        Q.    Was this the first trade show KPM

23   went to with the new logo?

24        A.    The Powder & Bulk would have been

25   the same year.

Page 89

1          Q.    Do you know if people were

2    confused at the Powder & Bulk show?

3          A.    I don't have --

4                MR. CRAIN:  Object to form.

5          Mischaracterization of prior

6          testimony.

7          A.    -- knowledge of that.

8    BY MR. KEELER:

9          Q.    Aside from Mr. Harley, do you know

10   who went to the Powder & Bulk show that year?

11         A.    I believe it was Lucia Caccavelli.

12   And please don't ask me to spell it.

13         Q.    Could you just say it one more

14   time for the court reporter?

15         A.    Lucia Caccavelli.

16         Q.    Did anyone else go?

17         A.    Not from recollection.

18         Q.    Do you know if there was one of

19   these post-show breakdowns for the Powder &

20   Bulk Solids show in 2018?

21         A.    I don't recall.

22         Q.    In the third numbered bullet on

23   this page --

24         A.    Let me --

25         Q.    -- it says that:  The snack food

Page 90

1        tray was great under the online unit.  It

2        made people stop, but you have to explain to

3        them what we are doing as it is not obvious

4        what we are doing.

5                Why was it not obvious what you

6        were doing?

7        A.      So you're saying -- I'm trying to

8        scroll to the last page.

9                So normally we measure multiple

10       constituents in the food world, as I

11       mentioned earlier in the moisture and fat.

12       And when you looked at the stand that we put

13       together, the local display would have

14       identified those parameters.

15               But when you turn up at that

16       section of the booth, your eyes are more

17       drawn to the snack food at the bottom and the

18       sensor itself and not looking at the

19       constituents that have been displayed on the

20       local display.

21               So we had to draw the customer's

22       attention to what we were essentially

23       measuring.

24       Q.      Why is it important that the

25       customers know exactly what you're measuring?

Page 91

1          A.    Because these are common process

2     parameters in the food world that can be

3     controlled.

4          Q.    Do other companies' products

5     measure other process parameters?

6          A.    Can you -- sorry, can you rephrase

7     the question?

8          Q.    Yeah, sure.  I think you mentioned

9     that it was oils and fats that Process

10    Sensors measures and that those are

11    parameters, you know, that can be controlled

12    on the process line.

13              Do products from other companies

14    measure other variables?

15              MR. CRAIN:  Objection.  Lack of

16         foundation.

17         A.    When I mentioned competition, they

18    would also measure the same parameters as

19    Process Sensors.

20    BY MR. KEELER:

21         Q.    So you mentioned that you can

22    control the parameters that are being

23    measured for.

24              Does Process Sensors provide that

25    capability for control?

Page 92

1           A.    No.

2                 MR. CRAIN:  Object to form.

3           Mischaracterization.

4      BY MR. KEELER:

5           Q.    Who provides that capability?

6           A.    The customer.

7           Q.    What do you mean when you say that

8      the customer provides that capability?

9           A.    As part of the sales process, we

10     would ask or explain to the customer what

11     outputs our instruments could give them.  And

12     if they wanted to automate their process, we

13     would not offer that service.  Or they could

14     just look at the local display and make

15     process changes based on what the readings.

16          Q.    So on a given process line, there

17     could be products from multiple companies; is

18     that correct?

19          A.    Process line is a very broad

20     statement.

21                In food world, in snack food,

22     typically there would be only one instrument

23     after the part of the process they want to

24     control.

25          Q.    What do you mean by "one

Page 93

```
 1        instrument"?

 2            A.    So if you had a potato chip line,

 3        you would have at the exit of the fryer a --

 4        one instrument looking at the moisture and

 5        fat of the product as it exits the fryer.

 6            Q.    I'm going to put in the chat a

 7        document bearing Bates numbers KPM_4455 to

 8        4457.  That would be Exhibit 7.

 9            Please let me know when you have

10        it open.

11            (Exhibit 7 was marked for

12            identification.)

13            A.    Okay.  I have it open.

14        BY MR. KEELER:

15            Q.    Have you seen this document

16        before?

17            A.    At the time I probably did, but I

18        don't recollect the content without me

19        reading it.

20            Q.    Have you looked at it recently?

21            A.    No.

22            Q.    Do you have an understanding of

23        what this document is?

24            A.    It looks like a show overview.

25            Q.    For what show?
```

Page 94

```
 1            A.    For the PTXI.

 2            Q.    And what is PTXI?

 3            A.    It's the Powder & Bulk Solids.

 4            Q.    Do you see that third bullet

 5     point, it lists three people as total number

 6     of booth staff?

 7            A.    I see number of booth staff two,

 8     yes, and then there's a third person.

 9            Q.    And who is Paul Locanto?

10            A.    Paul Locanto was the northwest

11     sales manager.

12            Q.    And who is Lucia Caccavelli?

13            A.    She was the internal inside sales

14     manager.

15            Q.    Who is Jun Funahashi?

16            A.    Jun Funahashi was a service

17     person.

18            Q.    Do you understand that anyone else

19     from KPM went to this show?

20            A.    I don't recollect.

21            Q.    Did Mr. Harley go to this show?

22            A.    He called me from the show, so I

23     apologize, he attended.

24            Q.    Do you know why his name isn't

25     listed on here?
```

Page 95

1              A.    I -- I can't comment.  I don't

2       know.

3              Q.    Does Mr. Harley live in Illinois?

4              A.    He lived down in the southeast.

5              Q.    Do you see halfway down this page

6       where it says:  Total lead count, 70?

7              A.    Yes.

8              Q.    Was that typical for a trade show

9       at that time to get about 70 leads?

10             A.    I can't -- marketing would be

11      monitoring that.

12             Q.    And do you see where it says:

13      Lead count was comparable to prior shows, 78

14      in 2016 and 66 in 2014?

15             A.    I see that.

16             Q.    Do you have any reason to doubt

17      that that's accurate?

18             A.    I have no reason to doubt it.

19             Q.    So it's fair to say that Process

20      Sensors went to Powder & Bulk Solids in 2014

21      and 2016, correct?

22             A.    Yes.  Based on this, yes.

23             Q.    And do you see where it says:

24      Target audience?

25             A.    Yes.

Page 96

1          Q.    And it says:  Industries, sand,

2     mining/aggregate, DDGS, dairy powders,

3     various pellets, et cetera.

4               Are those all industries that

5     Process Sensors sells to?

6          A.    So these get very specific to

7     industries, yes.

8          Q.    What is DDGS?

9          A.    That is a byproduct of ethanol

10    manufacturing and liquor manufacturing.  It's

11    distiller's grain used as feed ingredients

12    for animals.

13         Q.    Is it fair to say that all of

14    these industries fall within the broader

15    categories we talked about earlier?

16         A.    When you look at sand, mining,

17    aggregate, food, and then wood, yes.

18         Q.    Down on the next line it says:

19    Key contacts, OEMs are big at this show.

20               What is an OEM?

21         A.    It's an original equipment

22    manufacturer.

23         Q.    And why is it important that

24    they're big at this show?

25         A.    So I can't comment on who made

Page 97

```
 1      that quote, so I can't comment on which OEMs

 2      were present.

 3           Q.    Is USG an OEM?

 4           A.    USG is US Gypsum.

 5           Q.    So what do they do?  Are they an

 6      OEM?

 7           A.    No.  They manufacture drywall.

 8           Q.    I assume J.M. Smucker is the jelly

 9      company?

10           A.    Yeah, I think they -- this

11      particular customer, I think, was making

12      coffee because we can't measure jelly.

13           Q.    Okay.  And U.S. Silica, are they

14      an OEM?

15           A.    No.

16           Q.    What are they?

17           A.    They process sand.

18           Q.    How about Carrier?

19           A.    Carrier was a vibratory OEM.  They

20      make vibratory tables I think.

21           Q.    And what does Process Sensors do

22      for Carrier?

23           A.    So Carrier Vibrating would -- at

24      this time, fracking sand industry was very

25      prevalent, and we would sell moisture
```

Page 98

1    analyzers to the processing of sand for

2    fracking.

3         Q.    I'm going to that line about key

4    contacts again.  It says:  Engineers, plant

5    managers, QCQA managers.

6              Do you see that?

7         A.    I see that.

8         Q.    Are those the type of people that

9    Process Sensors tries to sell its products

10   to?

11        A.    Typically, a plant manager we

12   don't normally talk to.  QCQA managers, yes.

13   Process engineers, yes.

14        Q.    And what kind of education does a

15   process engineer have?

16        A.    So when we were part of that sales

17   process on controlling of the process, they

18   would have a process engineering -- I don't

19   know what degree -- what type of level of

20   education, but they would have an

21   understanding of the particular process that

22   they were managing.

23        Q.    How about QCQA managers, what type

24   of education would they have?

25        A.    I couldn't comment.  I -- I've

Page 99

```
 1      never personally asked what level of

 2      education.

 3           Q.   After you meet a lead at one of

 4      these trade shows, how does the salesperson

 5      follow up?

 6           A.   So marketing would distribute to

 7      the sales organization the leads relevant to

 8      the regional manager's location.

 9           Q.   And would the salesperson call the

10      lead?

11           A.   Yes.

12           Q.   Would they also communicate by

13      e-mail?

14           A.   I would assume so.

15           Q.   On the section page of this

16      document, if you look about halfway down,

17      maybe a before that, under the heading:

18      Post-show activities.

19                Do you see that?

20           A.   Yes.

21           Q.   And do you see in the second

22      bullet it says:  Thank you notes sent through

23      Outlook to all leads?

24           A.   I see that.

25           Q.   Is it fair to say that all the
```

Page 100

```
 1      leads got an e-mail from Process Sensors
 2      after this trade show?
 3             A.    Yes.
 4             Q.    And is that common for most trade
 5      shows?
 6             A.    I -- I don't know.
 7             Q.    Who would know if e-mails were
 8      sent to all leads after every trade show?
 9             MR. CRAIN:  Objection.
10          Speculation.
11             A.    I don't know.  Marketing.
12             MR. KEELER:  Now is probably a
13          good time to take a break if everyone
14          wants to take lunch.
15             MR. CRAIN:  Yeah, that works for
16          us.
17             MR. KEELER:  All right.  You
18          want to say about an hour?
19             THE WITNESS:  An hour?  Okay.
20             THE VIDEOGRAPHER:  We are off
21          the record at 12:07 p.m.
22             (A lunch recess was held from
23              12:07 p.m. to 1:16 p.m.)
24             THE VIDEOGRAPHER:  We are back
25          on the record at 1:16 p.m.
```