## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IEP TECHNOLOGIES, LLC,<br>     Plaintiff,<br><br>   v.<br><br>KPM ANALYTICS, INCORPORATED F/K/A STATERA ANALYTICS, INCORPORATED AND KPM ANALYTICS NORTH AMERICA CORPORATION F/K/A PROCESS SENSORS CORPORATION,<br>     Defendants. | Civil Action File No.:<br>1:21-cv-10417-RWZ |

### NOTICE OF WITHDRAWAL OF DEFENDANTS' MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY AND FOR <u>ADDITIONAL DISCOVERY (DOC. 54)</u>

On July 15, 2022, Defendants KPM Analytics, Incorporated f/k/a Statera Analytics, Incorporated and KPM Analytics North America Corporation f/k/a Process Sensors Corporation (collectively, "Defendants") filed their Motion for Extension of Time to Complete Discovery and for Additional Discovery (Doc. 54). Defendants now file this Notice to inform the Court that Defendants withdraw the previously filed Motion for Extension of Time to Complete Discovery and for Additional Discovery (Doc. 54), having filed a corrected Motion as Doc. 55.

Dated July 15, 2022.

                */s/ Andrea P. Nguyen*
                Michael J. Lambert (BBO No. 632053)
                *mlambert@sheehan.com*
                **SHEEHAN PHINNEY BASS & GREEN PA**
                28 State Street
                22nd Floor
                Boston, Massachusetts 02109
                Telephone: 617.897.5637

Facsimile: 617.439.9363

Peter A. Nieves (*pro hac vice*)
*pnieves@sheehan.com*
**SHEEHAN PHINNEY BASS & GREEN PA**
1000 Elm Street
17th Floor
Manchester, New Hampshire 03101
Telephone: 603.627.8134
Facsimile: 603.641.2353

N. Andrew Crain (*pro hac vice*)
*a.crain@thip.law*
Robert D. Gravois (*pro hac vice*)
*r.gravois@thip.law*
Andrea Nguyen (*pro hac vice*)
*a.nguyen@thip.law*
**THOMAS HORSTEMEYER LLP**
3200 Windy Hill Rd SE, Suite 1600E
Atlanta, Georgia 30339
Telephone:  770.933.9500
Facsimile:  770.951.0933

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IEP TECHNOLOGIES, LLC,<br>                Plaintiff,<br><br>v.<br><br>KPM ANALYTICS, INCORPORATED F/K/A STATERA ANALYTICS, INCORPORATED AND KPM ANALYTICS NORTH AMERICA CORPORATION F/K/A PROCESS SENSORS CORPORATION,<br>                Defendants. | Civil Action File No.:<br>1:21-cv-10417-RWZ |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 15, 2022, the foregoing was filed using the Court's ECF system, which will automatically send electronic notice of such filing to all attorneys of record.

                                          */s/ Andrea P. Nguyen*
                                          Andrea P. Nguyen

                                          *Attorney for Defendants*