# EXHIBIT A

IEP TECHNOLOGIES, LLC vs KPM ANALYTICS, INC., ET AL.
Attorneys Eyes Only          John Shea on 01/27/2022

```
 1                  UNITED STATES DISTRICT COURT

 2                    DISTRICT OF MASSACHUSETTS

 3
       _____     )
 4
       IEP TECHNOLOGIES, LLC,              )
 5
                 Plaintiff(s),             )
 6
       VS.                                 )    DOCKET NO.
 7                                              1:21-cv-10417-RWZ
       KPM ANALYTICS, INC. f/k/a           )
 8     STATERA ANALYTICS, INC. and
       KPM ANALYTICS NORTH AMERICA         )
 9     CORPORATION f/k/a PROCESS
       SENSORS CORPORATION,                )
10
                 Defendant(s).             )
11     _____
                                           )
12

13            CONFIDENTIAL - ATTORNEYS' EYES ONLY

14

15            VIDEOTAPED DEPOSITION OF JOHN SHEA, taken at

16   Whitmyer IP Group, 600 Summer Street, Stamford,

17   Connecticut, before Jessica Noble, LSR No. 402 and Notary

18   Public in and for the State of Connecticut, on Thursday,

19   January 27, 2022, at 9:27 a.m.

20

21

22

23

24

25
```

1  implementation"?

2      A    At least for me, I would look at those as two

3  separate components.  There's a design component and then an

4  implementation side.

5      Q    I see.

6      A    So I'm not sure which aspect of that the question

7  was referring to.

8      Q    Thank you for clarifying that.

9           So in a situation where the customer -- potential

10 customer does not provide the specifications, how does IEP

11 go about creating the specific proposed design for that

12 application?

13     A    Again, there's no hard-and-fast way.  It would

14 typically require communications with plant personnel or

15 system integrator personnel, depending on the channel that

16 we're going through.  And this also depends on the -- also

17 depends on the type of application and the type of solution

18 that would be provided or, you know, process that's been --

19 let's say it's a bit more sophisticated or an active

20 suppression system.  The design process could be much more

21 extensive than, let's say, a venting application, which the

22 design process could be as simple as looking at an area

23 being protected and a certain other set of conditions based

24 on published guidelines.  So it really depends on a number

25 of different -- different variables within the type of

 1   project that we'd be looking at.
 2       Q    What is the published guidelines that you referred
 3   to?
 4       A    I'm not an engineering expert, but I am aware that
 5   there are some industry standards, such as NFPA, or National
 6   Fire Protection Association, which have been developed over
 7   the years and can include design guidelines for certain
 8   applications -- some design guidelines for certain
 9   applications.
10       Q    And IEP uses those design guidelines for designing
11   systems?
12       A    In part we certainly would, yes.
13       Q    Do customers sometimes approach IEP with a request
14   for a explosion protection system not knowing whether they
15   want a passive system or an active system?
16       A    That could certainly -- it's possible.
17       Q    And sometimes they know that they want passive or
18   active?
19       A    There can certainly be a broad range of types of
20   customers and comfort level, if you will, or knowledge
21   within the range within customers.
22       Q    What's the time frame of how long it takes to
23   create a design for -- or the initial design for a proposed
24   application?
25                ATTORNEY KEELER:  Objection to form.