IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IEP TECHNOLOGIES, LLC,<br>                Plaintiff,<br><br>v.<br><br>KPM ANALYTICS, INCORPORATED F/K/A STATERA ANALYTICS, INCORPORATED AND KPM ANALYTICS NORTH AMERICA CORPORATION F/K/A PROCESS SENSORS CORPORATION,<br>                Defendants. | Civil Action File No.:<br>1:21-cv-10417-RWZ |

**DEFENDANTS' [OPPOSED] MOTION TO FOR LEAVE TO FILE OMNIBUS REPLY BRIEF IN SUPPORT OF THEIR MOTIONS TO COMPEL [DOCS. 45, 52] AND MOTION FOR ADDITIONAL DISCOVERY [DOC. 55]**

Pursuant to Local Rule 7.1(b)(3), Defendants KPM Analytics. Inc. and KPM Analytics North America Corp. ("KPM") respectfully move for leave to file the accompanying five-page omnibus reply brief in support of their two pending Motions to Compel [Docs. 45, 52] and their Motion for Extension of Time to Complete Discovery and for Leave to Propound Additional Requests for Admission [Doc. 55]. Good cause exists for filing the omnibus reply brief because:

(1) The U.S. Patent and Trademark Office ("USPTO") recently produced records supporting that the declaration submitted by Plaintiff IEP to the USPTO and purportedly signed by IEP's Vice President, John Shea, was *not* signed by Mr. Shea and that the declaration is a forgery; and

(2) IEP recently informed KPM that it desires to produce emails relating to Mr. Shea's forged declaration, which appears to be selective emails while IEP continues to refuse to produce other emails responsive to Request Nos. 70 & 71, which are the subject of KPM's Motion to Compel (Doc. 45).

Accordingly, KPM requests leave to file the accompanying omnibus reply brief.

1

Respectfully submitted this 17th day of August, 2022.

/s/ *N. Andrew Crain*
Michael J. Lambert (BBO No. 632053)
*mlambert@sheehan.com*
**SHEEHAN PHINNEY BASS & GREEN PA**
28 State Street
22nd Floor
Boston, Massachusetts 02109
Telephone: 617.897.5637
Facsimile: 617.439.9363

Peter A. Nieves (*pro hac vice*)
*pnieves@sheehan.com*
**SHEEHAN PHINNEY BASS & GREEN PA**
1000 Elm Street
17th Floor
Manchester, New Hampshire 03101
Telephone: 603.627.8134
Facsimile: 603.641.2353

N. Andrew Crain (*pro hac vice*)
*a.crain@thip.law*
Robert D. Gravois (*pro hac vice*)
*r.gravois@thip.law*
Andrea Nguyen (*pro hac vice*)
*a.nguyen@thip.law*
**THOMAS HORSTEMEYER LLP**
3200 Windy Hill Rd SE
Suite 1600E
Atlanta, Georgia 30339
Telephone:  770.933.9500
Facsimile:  770.951.0933

*Attorneys for Defendants*

## LOCAL RULE 7.1(A)(2) CERTIFICATION

The undersigned hereby certifies that counsel for the parties conferred in a good faith attempt to resolve or narrow the issues presented by this motion but were unable to reach an agreement.

                                        */s/ N. Andrew Crain*
                                        N. Andrew Crain

                                        *Attorney for Defendants*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IEP TECHNOLOGIES, LLC,<br>    Plaintiff,<br><br>v.<br><br>KPM ANALYTICS, INCORPORATED F/K/A STATERA ANALYTICS, INCORPORATED AND KPM ANALYTICS NORTH AMERICA CORPORATION F/K/A PROCESS SENSORS CORPORATION,<br>    Defendants. | Civil Action File No.:<br>1:21-cv-10417-RWZ |

### **<u>CERTIFICATE OF SERVICE</u>**

  I hereby certify that on August 17, 2022, the foregoing was filed using the Court's ECF system, which will automatically send electronic notice of such filing to all attorneys of record.

            */s/ N. Andrew Crain*
            N. Andrew Crain

            *Attorney for Defendants*