IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IEP TECHNOLOGIES, LLC,<br>            Plaintiff,<br><br>            v.<br><br>KPM ANALYTICS, INCORPORATED F/K/A STATERA ANALYTICS, INCORPORATED AND KPM ANALYTICS NORTH AMERICA CORPORATION F/K/A PROCESS SENSORS CORPORATION,<br>            Defendants. | Civil Action File No.:<br>1:21-cv-10417-RWZ |

**DEFENDANTS' MOTION TO FILE UNDER SEAL**

Pursuant to this Court's October 13, 2017 Standing Order Re: Filing of Confidential Documents, Defendants KPM Analytics, Inc. and KPM Analytics North America Corp. (collectively, "KPM") respectfully move for leave to file a redacted version of the following confidential document under seal:

(1) Portions of Exhibit K [Doc. 52-13] to KPM's Motion to Compel Responses to Interrogatories and Requests for Admission and Brief in Support [Docs. 52 and 52-1].

The specific portion of [Doc. 52-13] that KPM requests to file under seal are documents produced by Plaintiff IEP Technologies, LLC that have been bates labeled IEP-004498 – IEP-004501 and appear to pertain to a project proposal. IEP (not KPM) marked the documents with HIGHLY CONFIDENTIAL designations. In addition, IEP produced the referenced documents to KPM in a redacted format only which is the basis of KPM's motion to file *redacted* copies of the documents as IEP did not provide KPM with a clean unredacted version. The documents that comprise [Doc. 52-13] have been filed with this Court along with a slip sheet noting that IEP-004498 – IEP-004501 contain information designated HIGHLY CONFIDENTIAL and that they will be filed under seal.

i

Also of note, on July 25, 2022, KPM's counsel communicated with IEP's counsel to seek consent to file the referenced documents with the Court in redacted format. However, to date, IEP's counsel has never responded to KPM's request, thus leading to the present Motion.

A compact disk containing an electronic copy of the redacted version of this document is being sent to the Court via Federal Express, priority overnight delivery, to arrive no later than on the business day following the filing of this motion.

For the foregoing reasons, KPM respectfully requests leave to file the above-identified documents under seal.

Respectfully submitted this 25th day of August, 2022.

*/s/ N. Andrew Crain*
Michael J. Lambert (BBO No. 632053)
*mlambert@sheehan.com*
**SHEEHAN PHINNEY BASS & GREEN PA**
28 State Street
22nd Floor
Boston, Massachusetts 02109
Telephone: 617.897.5637
Facsimile: 617.439.9363

Peter A. Nieves (*pro hac vice*)
*pnieves@sheehan.com*
**SHEEHAN PHINNEY BASS & GREEN PA**
1000 Elm Street
17th Floor
Manchester, New Hampshire 03101
Telephone: 603.627.8134
Facsimile: 603.641.2353

N. Andrew Crain (*pro hac vice*)
*a.crain@thip.law*
Robert D. Gravois (*pro hac vice*)
*r.gravois@thip.law*
Andrea Nguyen (*pro hac vice*)
*a.nguyen@thip.law*
**THOMAS HORSTEMEYER LLP**
3200 Windy Hill Rd SE
Suite 1600E
Atlanta, Georgia 30339
Telephone:  770.933.9500
Facsimile:  770.951.0933

*Attorneys for Defendants*

1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IEP TECHNOLOGIES, LLC,<br>　　　　　Plaintiff,<br><br>　　　v.<br><br>KPM ANALYTICS, INCORPORATED F/K/A STATERA ANALYTICS, INCORPORATED AND KPM ANALYTICS NORTH AMERICA CORPORATION F/K/A PROCESS SENSORS CORPORATION,<br>　　　　　Defendants. | Civil Action File No.:<br>1:21-cv-10417-RWZ |

## CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2022, the foregoing was filed using the Court's ECF system, which will automatically send electronic notice of such filing to all attorneys of record.

　　　　　　　　　　　　　　　　　　*/s/ N. Andrew Crain*
　　　　　　　　　　　　　　　　　　N. Andrew Crain

　　　　　　　　　　　　　　　　　　*Attorney for Defendants*

2