# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IEP TECHNOLOGIES, LLC,<br>　　　　　Plaintiff,<br><br>v.<br><br>KPM ANALYTICS, INCORPORATED F/K/A STATERA ANALYTICS, INCORPORATED AND KPM ANALYTICS NORTH AMERICA CORPORATION F/K/A PROCESS SENSORS CORPORATION,<br>　　　　　Defendants. | Civil Action File No.:<br>1:21-cv-10417-RWZ |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please enter the withdrawal of appearance of Peter A. Nieves, Esq. as counsel in the above matter for Defendants. Attorney Nieves was admitted *pro hac vice* by the Court on May 11, 2021.

Respectfully submitted this 2nd day of November, 2022.

/s/ *Peter A. Nieves*
Michael J. Lambert (BBO No. 632053)
mlambert@sheehan.com
**SHEEHAN PHINNEY BASS & GREEN PA**
28 State Street
22nd Floor
Boston, Massachusetts 02109
Telephone: 617.897.5637
Facsimile: 617.439.9363

Peter A. Nieves (*pro hac vice*)
pnieves@sheehan.com
**SHEEHAN PHINNEY BASS & GREEN PA**
1000 Elm Street
17th Floor
Manchester, New Hampshire 03101
Telephone: 603.627.8134
Facsimile: 603.641.2353

N. Andrew Crain (*pro hac vice*)
a.crain@thip.law
Robert D. Gravois (*pro hac vice*)
r.gravois@thip.law
**THOMAS│HORSTEMEYER, LLP**
3200 Windy Hill Rd SE
Suite 1600E
Atlanta, Georgia 30339
Telephone: 770.933.9500
Facsimile: 770.951.0933

*Attorneys for Defendants*

2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IEP TECHNOLOGIES, LLC,<br>         Plaintiff,<br><br>v.<br><br>KPM ANALYTICS, INCORPORATED F/K/A STATERA ANALYTICS, INCORPORATED AND KPM ANALYTICS NORTH AMERICA CORPORATION F/K/A PROCESS SENSORS CORPORATION,<br>         Defendants. | Civil Action File No.:<br>1:21-cv-10417-RWZ |

### CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2022, the foregoing was filed using the Court's ECF system, which will automatically send electronic notice of such filing to all attorneys of record.

*/s/ Peter A. Nieves*
Peter A. Nieves