UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IEP Technologies, LLC,<br><br>      Plaintiff,<br><br>      v.<br><br>KPM Analytics, Incorporated f/k/a Statera Analytics Incorporated and KPM Analytics North America Corporation f/k/a Process Sensors Corporation,<br><br>      Defendants. | Civil Action No.<br>1:21-cv-10417-RWZ |

**DECLARATION OF ROBERT D. KEELER IN SUPPORT OF
PLAINTIFF'S REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION
TO COMPEL DEFENDANTS' RESPONSES TO REQUESTS FOR ADMISSION**

I, Robert D. Keeler, declare as follows:

1. I am a member of Whitmyer IP Group LLC, 600 Summer Street, Stamford, Connecticut 06901 and am admitted *Pro Hac Vice* in the above captioned action pursuant to the Court's Order dated June 11, 2021 (Doc. 13).

2. I am one of the attorneys representing Plaintiff IEP Technologies, LLC, ("IEP" or "Plaintiff") in this case and, and I am familiar with the facts stated herein and, if called to testify, would competently testify thereto.

3. This declaration is respectfully submitted in support of Plaintiff's Reply to Defendants' Opposition to Plaintiff's Motion to Compel Defendants' Responses to Requests for Admission.

4. Attached hereto as Exhibit A is a true and correct copy of a screenshot of a two webpages showing Exhibitors Lists of the International Powder & Bulk Solids Conference of April 24-26, 2018, and the International Powder & Bulk Solids Conference of May 3-5, 2016.

5. Attached hereto as Exhibit B is a true and correct copy of a screenshot of a Process Sensors Corporation's webpage for its IR Temperature Sensor product 'PSC-EX301-XT-CB5'.

6. I have reviewed the information in the parties' customer lists in documents bearing Bates numbers KPM-002063 and IEP004224 and determined that there are at least 48 overlapping customers based on those documents.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and accurate to the best of my knowledge.

November 7, 2022                                  _____
Date                                                              Robert D. Keeler