IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IEP TECHNOLOGIES, LLC,<br>　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>KPM ANALYTICS, INCORPORATED F/K/A STATERA ANALYTICS, INCORPORATED AND KPM ANALYTICS NORTH AMERICA CORPORATION F/K/A PROCESS SENSORS CORPORATION,<br>　　　　　　　　Defendants. | Civil Action File No.:<br>1:21-cv-10417-RWZ |

**DEFENDANTS' MOTION FOR LEAVE TO FILE REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' RENEWED MOTION TO COMPEL PRODUCTION OF DOCUMENTS**

The Defendants, KPM Analytics, Incorporated and KPM Analytics North America Corporation (collectively, "Defendants"), by and through their attorneys, Sheehan Phinney Bass & Green, PA, respectfully submit this Motion for Leave to File Reply to Opposition to Renewed Motion to Compel Production of Documents, stating as follows:

1. On January 19, 2023, Defendants filed a Renewed Motion to Compel Plaintiff's Production of Documents (the "Renewed Motion to Compel") (Doc. 96).

2. On February 10, 2023, the Plaintiff filed a 20-page memorandum in opposition to the Renewed Motion to Compel (the "Opposition") (Doc. 105).

3. Plaintiff's Opposition raises several issues that must be addressed, and permitting Defendants to do so in a brief Reply will assist the Court in resolving the issues.

4. The Defendants respectfully move, pursuant to Local Rule 7.1(e)(2), for leave to file a brief Reply to the Plaintiff's Opposition.

5.      Due to Defendants' lead counsel's prior-planned vacation, the Defendants respectfully request that it be permitted to submit its Reply on or before February 28, 2023.

6.      In accordance with Local Rule 7.1(e)(2), undersigned counsel requested that the Plaintiff's counsel assent to the relief requested below, but Plaintiff's counsel did not respond prior to filing this motion.

WHEREFORE, the Defendant respectfully requests that this Honorable Court:

A. Grant this Motion for Leave to File Reply to Opposition to Renewed Motion to Compel Production of Documents;

B. Permit the Defendant to file its Reply on or before February 28, 2023; and

C. Grant such additional and further relief as the Court deems necessary and just.

Respectfully submitted this 15th day of February 2023.

/s. Michael J. Lambert
Michael J. Lambert (BBO No. 632053)
mlambert@sheehan.com
**SHEEHAN PHINNEY BASS & GREEN PA**
28 State Street
22nd Floor
Boston, Massachusetts 02109
Telephone: 617.897.5637
Facsimile: 617.439.9363

N. Andrew Crain (*pro hac vice*)
a.crain@thip.law
Robert D. Gravois (*pro hac vice*)
r.gravois@thip.law
**THOMAS | HORSTEMEYER, LLP**
3200 Windy Hill Rd SE
Suite 1600E
Atlanta, Georgia 30339
Telephone:  770.933.9500
Facsimile:  770.951.0933

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 15, 2023, the foregoing was filed using the Court's ECF system, which will automatically send electronic notice of such filing to all attorneys of record.

*/s/ Michael J. Lambert*
Michael J. Lambert