UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IEP Technologies, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>KPM Analytics, Incorporated f/k/a Statera Analytics Incorporated and KPM Analytics North America Corporation f/k/a Process Sensors Corporation,<br><br>    Defendants. | Civil Action No. 1:21-cv-10417-RWZ |

**PLAINTIFF IEP TECHNOLOGIES, LLC'S**
**RESPONSE TO COURT ORDER**

Pursuant to the Court's Order on April 24, 2023 (ECF No. 119, the "Order"), Plaintiff IEP Technologies, LLC (hereinafter "IEP") respectfully submits the following cover document and accompanying declaration:

- IEP submitted Native Versions of IEP004585, IEP004589, IEP004601, & IEP004618 to the Court for in camera review today pursuant to the Order.

- Pursuant to the Court's directive at the hearing, IEP respectfully requests a conference with the Court to discuss the narrow parameters and scope of any waiver of privilege IEP may enact. *See Doe v. Lahey Health Sys., Inc.*, No. 19-CV-11014-PBS, 2020 WL 13561720, at *4 (D. Mass. Aug. 12, 2020) (waiver may be limited and "not tantamount to a blanket waiver of the entire attorney-client privilege in the case").

- Attached hereto is the Declaration of Rodney Herbel.

1

Dated: May 1, 2023                                    Respectfully submitted,

<u>/s/ Stephen F.W. Ball, Jr.</u>
Stephen F.W. Ball, Jr. (BBO # 670092)
**HUSCH BLACKWELL LLP**
One Beacon Street, Suite 1320
Boston, MA 02108
Telephone: 617-598-6700
Fax: 617-720-5092
Stephen.Ball@huschblackwell.com

Brendan G. McDermott (*pro hac vice*)
**HUSCH BLACKWELL LLP**
8001 Forsyth Boulevard, Suite 1500
St. Louis, MO 63105
Telephone: 314-480-1500
Fax: 314-480-1505
Brendan.McDermott@huschblackwell.com

*Attorneys for Plaintiff IEP Technologies, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 1, 2023, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

*/s/ Stephen F.W. Ball, Jr.*

HB: 4868-8127-7280