**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IEP Technologies, LLC,<br><br>      Plaintiff,<br><br>   v.<br><br>KPM Analytics, Incorporated f/k/a Statera Analytics Incorporated and KPM Analytics North America Corporation f/k/a Process Sensors Corporation,<br><br>      Defendants. | Civil Action No.<br>1:21-cv-10417-RWZ |

DECLARATION OF RODNEY HERBEL

I, Rodney Herbel, declare as follows:

1.      I am 'Director – Litigation Technology' at Husch Blackwell, LLP and I am familiar with the facts stated herein and, if called to testify, would competently testify thereto.

2.      I declare under penalty of perjury under the laws of the United States that the following is true and accurate to the best of my knowledge.

3.      I understand the Court ordered Plaintiff, IEP Technologies, LLC, to produce the native versions of four redacted emails. For the reasons stated below, and to the best of my current knowledge, this is not an available option.

4.      Husch Blackwell utilizes industry standard redaction software. In particular, Husch Blackwell utilizes "Blackout," an automated redaction software. However, to the best of my current knowledge, Blackout does not support redaction of native email files (such as .msg, .eml, etc.).

5.      Husch Blackwell's e-Discovery vendor/partner, Lighthouse Global, also

confirmed Blackout does not support native email redaction and that Lighthouse does not currently have an alternative solution to be able to redact native emails.

6.      It is my understanding that there is no currently available redaction software for native email.

Dated:  May 1, 2023                          /s/ *Rodney W. Herbel*
                                             Rodney Herbel

2

HB: 4853-4349-1680