UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IEP Technologies, LLC,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>KPM Analytics, Incorporated f/k/a Statera Analytics Incorporated and KPM Analytics North America Corporation f/k/a Process Sensors Corporation,<br><br>　　　　Defendants. | Civil Action No.<br>1:21-cv-10417-RWZ |

**DEFENDANT, KPM ANALYTICS, INC.'S NOTICE**
**IN RESPONSE TO COURT ORDER ECF NO. 127**

Defendant, KPM Analytics, Inc. (hereinafter "KPMA") submits this Notice in response to the Court's June 9, 2023 Order [Doc. 127] permitting Defendant, KPM Analytics, Inc. (hereinafter "KPMA") to file a motion to quash IEP's Notice of Deposition of KPMA's CEO, Brian Mitchell. Although KPMA continues in its belief that Mr. Mitchell has no personal or unique knowledge of relevant facts that are not otherwise informed by counsel or that have not already been obtained by Plaintiff, IEP through other depositions, including of KPMA pursuant to Rule 30(b)(6), and that IEP appears to seek Mr. Mitchell's deposition as a retaliatory measure because Defendants have noticed the deposition of Plaintiff's CEO (based in part on his active role during the application process of the trademark asserted by IEP against Defendants), KPMA hereby informs the Court that it has elected to instead make Mr. Mitchell available for deposition rather than burdening the Court with additional motion practice. KPMA has offered to IEP to make Mr. Mitchell available for deposition on June 26, 2023.

KPMA thanks the Court for its willingness to schedule expedited briefing in the event that KPMA filed a motion to quash IEP's Notice to depose Mr. Mitchell and for the Court's willingness to consider and resolve the matter on an expedited basis.

Respectfully submitted this 14th day of June 2023.

/s/ N. Andrew Crain
Michael J. Lambert (BBO No. 632053)
*mlambert@sheehan.com*
**SHEEHAN PHINNEY BASS & GREEN PA**
28 State Street
22nd Floor
Boston, Massachusetts 02109
Telephone: 617.897.5637
Facsimile: 617.439.9363

N. Andrew Crain (*pro hac vice*)
*a.crain@thip.law*
Charles M. Landrum, III (*pro hac vice*)
*c.landrum@thip.law*
**THOMAS HORSTEMEYER LLP**
3200 Windy Hill Rd SE
Suite 1600E
Atlanta, Georgia 30339
Telephone:  770.933.9500
Facsimile:  770.951.0933

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IEP TECHNOLOGIES, LLC,<br>          Plaintiff,<br><br>v.<br><br>KPM ANALYTICS, INCORPORATED F/K/A STATERA ANALYTICS, INCORPORATED AND KPM ANALYTICS NORTH AMERICA CORPORATION F/K/A PROCESS SENSORS CORPORATION,<br>          Defendants. | Civil Action File No.:<br>1:21-cv-10417-RWZ |

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 14, 2023, the foregoing *DEFENDANT, KPM ANALYTICS, INC.'S NOTICE IN RESPONSE TO COURT ORDER ECF NO. 127* was filed using the Court's ECF system, which will automatically send electronic notice of such filing to all attorneys of record.

/s/ N. Andrew Crain
N. Andrew Crain

*Attorney for Defendants*