# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IEP Technologies, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>KPM Analytics, Incorporated f/k/a Statera Analytics Incorporated and KPM Analytics North America Corporation f/k/a Process Sensors Corporation,<br><br>    Defendants. | Civil Action No.<br>1:21-cv-10417-RWZ |

### DECLARATION OF GREG KELLEY

The declarant, Greg Kelley, states the following:

1. I am the Chief Technology Officer at Vestige Digital Investigations ("Vestige").

2. I previously submitted a declaration in this case and incorporate by reference the statements made therein. Doc. 96-8.

3. The documents produced by IEP do not comprise complete native copies of the unredacted portions of the digital native files. Instead, the documents are Tag Image File Format (TIFF) and lack some of the information that is required to analyze the authenticity of the emails.

4. The TIFF format is a format for storing a single image, such as a screenshot.

5. As outlined in my first declaration, Doc. 96-8, there are discrepancies in the documents that continue to cause concern regarding authenticity of the emails, which cannot be resolved from the incomplete information provided.

6. In addition, the documents not produced as digital native files do not contain the native text which can help answer issues regarding character spacing. Furthermore, one of the emails

1

lacks typical internet header information such as the source IP address of the sender or sending server.

7. An Internet header is metadata contained within every email message and is comprised of multiple points of information to help authenticate an email.

8. Some of those data points include the following metadata: From, To, Delivered-To, Deliver-To, Subject, Reply-To, and Content-Type.

9. The more technical data points include the following metadata: Return-Path, Received, Message-ID, and other items. Within the Return-Path, the IP address of each server handling the message is disclosed.

10. I have reviewed the two native email files produced by IEP, IEP005262 and IEP005263, which IEP produced in MSG format.

11. The MSG file format is a syntax for storing a single message object, such as an email. Any properties that are present on the message object, including the complete Internet header, and attachment objects, also are present in the MSG file.

12. IEP005262 and IEP005263 contain complete Internet headers, including both the informational email header and the technical email header.

13. I have reviewed the two image files produced by IEP, IEP005264 and IEP005265, showing at least a portion of the Internet header of two of the emails in dispute, which IEP produced in TIFF format.

14. IEP005265 appears to display a complete Internet header, including the more technical data points. In the email header, IEP005265 shows the IP address of the sender and the recipient of the email.

15. IEP005264 appears to display only some of the data that can be in an Internet header. The Internet header provided, IEP005264 does not show the IP address of either the sender or the recipient of the email.

16. A second copy of the email header depicted in IEP005264 exists because it purports to have been sent to the email address <office@pm-law.at>. This copy would most likely contain more email header information for IEP005264.

17. Using the native file from which IEP obtained the partial Internet header, as well as the second copy of the email depicted in IEP005264, an independent, third-party information technology consultant would be able to extract the entire Internet header from each of the emails, including the informational email header and the technical email header.

18. Further, such a consultant would be able to convert to the email message to EML format, a text format that contains the complete Internet header as well as the body text of the email itself. An EML file could be edited to remove any confidential portions that need to be redacted pursuant to the Court's direction.

19. By having the email messages in EML format, I would be able to assess the authenticity of these email messages by comparing the body text of one email to the other.

20. I also would be able to analyze the email header, including the server routing information, which is missing from the TIF file produced by IEP as IEP005264.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date:  6-23-2023

*Greg Kelley* (signature)

Greg Kelley

3