# Exhibit B

# Michael Marable

| | |
|---|---|
| **From:** | McDermott, Brendan <Brendan.McDermott@huschblackwell.com> |
| **Sent:** | Tuesday, June 20, 2023 11:02 AM |
| **To:** | Andrew Crain; Ball, Stephen; IP Court Filings; Michael J. Lambert; Charles Landrum; PJ Spina; Michael Marable |
| **Subject:** | RE: IEP's Continued Deficient Production of Digital Native Content for Certain Emails |

> **Caution:** This email originated from outside our organization. Do not click links or open attachments unless you recognize the sender and know that content is safe.

Counsel,

IEP wholly disagrees with KPM's analysis below and is in compliance with the Court's orders. KPM has not identified anything relevant, non-privileged, that is missing from IEP's productions and responses. Simply put, there is nothing to compel.

Best,
Brendan

**Brendan McDermott**
**Attorney**
Direct: 314-480-1680
Brendan.McDermott@huschblackwell.com

---

**From:** Andrew Crain <a.crain@thip.law>
**Sent:** Thursday, June 15, 2023 4:41 PM
**To:** McDermott, Brendan <Brendan.McDermott@huschblackwell.com>; Ball, Stephen <Stephen.Ball@huschblackwell.com>; IP Court Filings <IPCourtFilings@huschblackwell.com>; Michael J. Lambert <mlambert@sheehan.com>; Charles Landrum <c.landrum@thip.law>; PJ Spina <p.spina@thip.law>; Michael Marable <m.marable@thip.law>
**Subject:** IEP's Continued Deficient Production of Digital Native Content for Certain Emails

[EXTERNAL EMAIL]

Counsel:

Upon examination of the documents that IEP provided last Wednesday night and in coordination with KPM's computer forensics expert, IEP *still* has not produced what the Court ordered on May 15 regarding the four emails referenced in the Court's Order 125. The documents produced on May 15 do not comprise *complete* copies of the *UNREDACTED* portions of the digital native files, which KPM's computer forensics expert has confirmed and which KPM has requested since May 16. Instead, the documents only comprise limited excerpt portions and lack the information that we discussed during our conference last week. Moreover, there are discrepancies in the documents that continue to cause concern regarding authenticity of the emails, which cannot be resolved from the incomplete information provided last week.

Additionally, IEP has not produced any of the emails in question as received by or sent from IEP's European counsel, PENDL MAIR Rechtsanwälte, at the domain pm-law.at. As recipients and senders of the emails at issue, the digital natives thereof should complement the natives that KPM has requested but that IEP still has not provided for IEP004589-IEP004600 (also at IEP005251-IEP005261) and IEP004601-IEP004617 (also at IEP005005-IEP005015). The

complementary emails from pm-law.at quite likely could help resolve KPM's authenticity concerns and should have been produced long ago.

According to KPM's computer forensics expert, there is no reason why IEP cannot provide the EML files for all of these emails, as EML files are textual in nature and can have any privileged portions removed, that is, as long as any such removal matches the redactions permitted by the Court. The remaining EML content should contain *all* other UNREDACTED data for the emails in "native format" and likely permit KPM to examine the emails as the Court has already ordered.

Therefore, KPM makes this *final* request for the information that the Court long ago ordered for IEP004589-IEP004600 (also at IEP005251-IEP005261) and IEP004601-IEP004617 (also at IEP005005-IEP005015) **and** for these emails as received by or sent from the domain pm-law.at for PENDL MAIR Rechtsanwälte. Please confirm IEP's final position by COB on June 16. Otherwise, KPM reserves the right to petition the Court to order extraction of all such emails by an independent third party in order to obtain the information that the Court has already ordered IEP to produce so that KPM can verify the authenticity of the information.

Best regards,

**Andrew Crain**
Partner



3200 Windy Hill Road SE | Suite 1600E | Atlanta, GA 30339
M: (404) 964-5393 | O: (770) 933-9500 | D: (770) 738-2375
www.thip.law/andrew-crain

*Confidentiality Notice: This e-mail message and any attachments are intended only for the use of those to whom it is addressed and may contain information that is confidential and prohibited from further disclosure under law. If you have received this e-mail message in error, its review, use, retention, and/or distribution is strictly prohibited. If you are not the intended recipient, please contact the sender by reply e-mail message and destroy all copies of the original message and any attachments.*