# EXHIBIT E

**PJ Spina**

---

| | |
|---|---|
| **From:** | McDermott, Brendan <Brendan.McDermott@huschblackwell.com> |
| **Sent:** | Friday, August 18, 2023 12:13 PM |
| **To:** | Andrew Crain; Charles Landrum |
| **Cc:** | Michael J. Lambert; Aaron D. Rosenberg; PJ Spina; Michael Marable; Ball, Stephen |
| **Subject:** | RE: IEP v. KPM: Scheduling of Deposition of Debra Duguid |

Counsel,

Ms. Duguid is not available on August 26th. She remains available at the previously identified times on September 7 and 28th from 10-2.

IEP's corporate rep, Mr. Shea, is available next Friday, August 25th.

Best,
Brendan

**Brendan McDermott**
**Attorney**
Direct: 314-480-1680
Brendan.McDermott@huschblackwell.com

---

**From:** Andrew Crain <a.crain@thip.law>
**Sent:** Tuesday, August 15, 2023 5:16 PM
**To:** McDermott, Brendan <Brendan.McDermott@huschblackwell.com>; Charles Landrum <c.landrum@thip.law>
**Cc:** Michael J. Lambert <mlambert@sheehan.com>; Aaron D. Rosenberg <arosenberg@sheehan.com>; PJ Spina <p.spina@thip.law>; Michael Marable <m.marable@thip.law>; Ball, Stephen <Stephen.Ball@huschblackwell.com>
**Subject:** Re: IEP v. KPM: Scheduling of Deposition of Debra Duguid

[EXTERNAL EMAIL]

Brendan,

Thank you for your time today to discuss the matter of scheduling Ms. Duguid's deposition. During the call, we inquired as to the basis for her complete unavailability before the September 1 close of discovery. We understand from your response that her unavailability is due to her work schedule and due to having to care for another person following a recent surgery. We also confirmed that the only two dates offered in September (7th and 28th) are not for the full amount of time permitted by the Federal Rules.

As an attempt to accommodate Ms. Duguid's schedule, we offered Saturday, August 26th as a potential date for her deposition. You stated that you would check with her regarding that date. If that date will not work, we also discussed the possibility of requesting a brief extension of discovery beyond September 1 for the specific purpose of conducting this deposition when Ms. Duguid is available.

In either case, please provide a date certain on which Ms. Duguid can be deposed without limitation. However, if Ms. Duguid is not going to provide such a date, then please let us know that so that we may raise the issue with the Court. We look forward to hearing from you by tomorrow afternoon.

Also, would you please provide dates for Mr. Shea's deposition on behalf of IEP?

Best regards,

**Andrew Crain**
Partner



3200 Windy Hill Road SE | Suite 1600E | Atlanta, GA 30339
M: (404) 964-5393 | O: (770) 933-9500 | D: (770) 738-2375
www.thip.law/andrew-crain

*Confidentiality Notice: This e-mail message and any attachments are intended only for the use of those to whom it is addressed and may contain information that is confidential and prohibited from further disclosure under law. If you have received this e-mail message in error, its review, use, retention, and/or distribution is strictly prohibited. If you are not the intended recipient, please contact the sender by reply e-mail message and destroy all copies of the original message and any attachments.*

**From:** McDermott, Brendan <Brendan.McDermott@huschblackwell.com>
**Date:** Tuesday, August 15, 2023 at 9:38 AM
**To:** Charles Landrum <c.landrum@thip.law>, Andrew Crain <a.crain@thip.law>
**Cc:** Michael J. Lambert <mlambert@sheehan.com>, Aaron D. Rosenberg <arosenberg@sheehan.com>, PJ Spina <p.spina@thip.law>, Michael Marable <m.marable@thip.law>, Ball, Stephen <Stephen.Ball@huschblackwell.com>
**Subject:** RE: IEP v. KPM: Scheduling of Deposition of Debra Duguid

> **Caution:** This email originated from outside our organization. Do not click links or open attachments unless you recognize the sender and know that content is safe.

Counsel,

I have another call at 10:30, is KPM available at 11 (central)/Noon ET?

Brendan

**Brendan McDermott**
**Attorney**
Direct: 314-480-1680
Brendan.McDermott@huschblackwell.com

-----Original Appointment-----
**From:** Charles Landrum <c.landrum@thip.law>
**Sent:** Monday, August 14, 2023 2:14 PM
**To:** McDermott, Brendan; Andrew Crain
**Cc:** Michael J. Lambert; Aaron D. Rosenberg; PJ Spina; Michael Marable; Ball, Stephen
**Subject:** IEP v. KPM: Scheduling of Deposition of Debra Duguid
**When:** Tuesday, August 15, 2023 11:30 AM-12:00 PM (UTC-05:00) Eastern Time (US & Canada).
**Where:** Microsoft Teams Meeting

[EXTERNAL EMAIL]

# Microsoft Teams meeting

**Join on your computer, mobile app or room device**
Click here to join the meeting

Meeting ID: 282 849 310 80
Passcode: 3osjCB
Download Teams | Join on the web

**Or call in (audio only)**
+1 470-519-0948,,569232441#   United States, Atlanta

Phone Conference ID: 569 232 441#
Find a local number | Reset PIN

Learn More | Meeting options

_____