# EXHIBIT F

# PJ Spina

| | |
|---|---|
| **From:** | Andrew Crain |
| **Sent:** | Monday, August 7, 2023 6:00 PM |
| **To:** | McDermott, Brendan; Michael Marable; mlambert@sheehan.com; PJ Spina; Charles Landrum |
| **Cc:** | IP Court Filings; Ball, Stephen |
| **Subject:** | Re: IEP Depo - Scheduling |

Counsel:

Please let us know if Mr. Shea (or IEP's designee) is available for IEP's deposition on any of August 22, 24 or 25.

Thank you,

**Andrew Crain**
Partner



3200 Windy Hill Road SE | Suite 1600E | Atlanta, GA 30339
M: (404) 964-5393 | O: (770) 933-9500 | D: (770) 738-2375
www.thip.law/andrew-crain

*Confidentiality Notice: This e-mail message and any attachments are intended only for the use of those to whom it is addressed and may contain information that is confidential and prohibited from further disclosure under law. If you have received this e-mail message in error, its review, use, retention, and/or distribution is strictly prohibited. If you are not the intended recipient, please contact the sender by reply e-mail message and destroy all copies of the original message and any attachments.*

---

**From:** McDermott, Brendan <Brendan.McDermott@huschblackwell.com>
**Date:** Monday, August 7, 2023 at 9:47 AM
**To:** Andrew Crain <a.crain@thip.law>, Michael Marable <m.marable@thip.law>, mlambert@sheehan.com <mlambert@sheehan.com>, PJ Spina <p.spina@thip.law>, Charles Landrum <c.landrum@thip.law>
**Cc:** IP Court Filings <IPCourtFilings@huschblackwell.com>, Ball, Stephen <Stephen.Ball@huschblackwell.com>
**Subject:** IEP Depo - Scheduling

> **Caution:** This email originated from outside our organization. Do not click links or open attachments unless you recognize the sender and know that content is safe.

Counsel,

In light of KPM's indication it will not move forward with IEP's deposition until after Mr. Greetham's work is complete, IEP's corporate representative is no longer available this Friday, August 11.

We are working on additional dates and will communicate when known.

Best,
Brendan

**Brendan McDermott**
Attorney

1

**HUSCH BLACKWELL LLP**

8001 Forsyth Boulevard,
Suite 1500
St. Louis, MO 63105

Direct: 314-480-1680
Fax: 314-480-1505
Brendan.McDermott@huschblackwell.com
huschblackwell.com
 vBio|vCard

**Technology, Manufacturing & Transportation**

**Intellectual Property**

**Husch Blackwell is a different kind of law firm—structured around our clients' industries and built on a culture of selfless service Our 900+ lawyers collaborate across the U.S. from more than 20 offices and our virtual office, The Link, to provide uncommon s to our clients' most complex challenges.**