# EXHIBIT G

## PJ Spina

| | |
|---|---|
| **From:** | Ball, Stephen <Stephen.Ball@huschblackwell.com> |
| **Sent:** | Thursday, August 31, 2023 10:17 AM |
| **To:** | Andrew Crain; McDermott, Brendan; Michael Marable |
| **Cc:** | Charles Landrum; PJ Spina; IP Court Filings |
| **Subject:** | RE: IEP v. KPM |

Andrew,

Your email did not ask for a meet and confer but I am not sure there is anything to talk about. Our position remains unchanged that KPM has waived this deposition. Contrary to your mischaracterization, IEP was made available for four scheduled depositions, but KPM refused to take each one.

Your suggestion that IEP has proceeded in bad faith is absurd, particularly given KPM's discovery abuses. We provided IEP's availability in August and only two days before the (fourth) scheduled deposition did KPM once again refuse to proceed, this time giving some amorphous excuse about deadlines "in other matters".

Regards,

**Stephen F.W. Ball, Jr.**
**Partner**
Direct: 617-598-6726
Stephen.Ball@huschblackwell.com

**From:** Andrew Crain <a.crain@thip.law>
**Sent:** Wednesday, August 30, 2023 6:49 PM
**To:** McDermott, Brendan <Brendan.McDermott@huschblackwell.com>; Michael Marable <m.marable@thip.law>; Ball, Stephen <Stephen.Ball@huschblackwell.com>
**Cc:** Charles Landrum <c.landrum@thip.law>; PJ Spina <p.spina@thip.law>; IP Court Filings <IPCourtFilings@huschblackwell.com>
**Subject:** Re: IEP v. KPM

[EXTERNAL EMAIL]

Counsel:

As noted below, we asked a week ago for IEP's response as part of the meet and confer requirements of the Court regarding IEP's refusal to provide a corporate designee in response to KPM's Seventh Amended Rule 30(b)(6) Notice to IEP. However, although we asked for IEP's response by last Thursday, we have received no response even now. As such,

we conclude that IEP's position is unchanged, that it does not desire to confer any further, and that the parties are at an impasse. As such, KPM will proceed accordingly.

Regards,


**Andrew Crain**

Partner



3200 Windy Hill Road SE | Suite 1600E | Atlanta, GA 30339

M: (404) 964-5393 | O: (770) 933-9500 | D: (770) 738-2375

www.thip.law/andrew-crain


*Confidentiality Notice: This e-mail message and any attachments are intended only for the use of those to whom it is addressed and may contain information that is confidential and prohibited from further disclosure under law. If you have received this e-mail message in error, its review, use, retention, and/or distribution is strictly prohibited. If you are not the intended recipient, please contact the sender by reply e-mail message and destroy all copies of the original message and any attachments.*

---

**From:** Andrew Crain <a.crain@thip.law>
**Date:** Wednesday, August 23, 2023 at 4:38 PM
**To:** McDermott, Brendan <Brendan.McDermott@huschblackwell.com>, Michael Marable <m.marable@thip.law>, Ball, Stephen <Stephen.Ball@huschblackwell.com>
**Cc:** Charles Landrum <c.landrum@thip.law>, PJ Spina <p.spina@thip.law>, IP Court Filings <IPCourtFilings@huschblackwell.com>
**Subject:** Re: IEP v. KPM

Brendan,


I write in response to your note below. If we understand your email below correctly, IEP now refuses to designate *any* witness for a Rule 30(b)(6) deposition on August 30 (or, for that matter, Aug. 31 or Sept. 1). IEP's proclamation has no merit or support in the Federal Rules and violates the Court's Order.

2

We offered August 30 because we are not available this Friday due to a hearing this week and a pending filing deadline in other matters. Additionally, August 30 was offered in good faith based on your representation to the Court that extending discovery to September 1—not August 25—provided ample time to complete discovery. KPM relied on IEP's representation to the Court, which clearly now was not made in good faith, since it was not until *after* we served the amended notice for August 30 that you *first* mentioned Mr. Shea's purported unavailability for the last week of discovery.

Irrespective, because this is a 30(b)(6) deposition, IEP may designate any witness who is able to testify about matters known or reasonably available to IEP on the noticed topics. If IEP prefers Mr. Shea as its designee, that is IEP's choice. However, the Federal Rules do not permit IEP to weaponize its choice to prejudice and deny KPM a properly noticed Rule 30(b)(6) deposition.

Thus, KPM remains available August 30 but can also make August 31 or September 1 work if IEP's designee(s) is/are available then.  Or, if there is an early September date IEP would like to propose (assuming the Court would consent), please let us know. If we do not hear from you by COB tomorrow, we will understand that IEP refuses to provide *any* witness to testify on its behalf for the properly noticed Rule 30(b)(6) deposition. In that event, KPM will move to compel IEP's attendance and will seek its fees in having to do so based on IEP's frivolous position and its prior contradictory representations to the Court.

Best regards,

**Andrew Crain**

Partner



3200 Windy Hill Road SE | Suite 1600E | Atlanta, GA 30339

M: (404) 964-5393 | O: (770) 933-9500 | D: (770) 738-2375

www.thip.law/andrew-crain

*Confidentiality Notice: This e-mail message and any attachments are intended only for the use of those to whom it is addressed and may contain information that is confidential and prohibited from further disclosure under law. If you have received this e-mail message in error, its review, use, retention, and/or distribution is strictly prohibited. If you are not the intended recipient, please contact the sender by reply e-mail message and destroy all copies of the original message and any attachments.*

**From:** McDermott, Brendan <Brendan.McDermott@huschblackwell.com>
**Date:** Tuesday, August 22, 2023 at 8:03 PM
**To:** Michael Marable <m.marable@thip.law>, Ball, Stephen <Stephen.Ball@huschblackwell.com>
**Cc:** Andrew Crain <a.crain@thip.law>, Charles Landrum <c.landrum@thip.law>, PJ Spina <p.spina@thip.law>, IP Court Filings <IPCourtFilings@huschblackwell.com>
**Subject:** RE: IEP v. KPM

> **Caution:** This email originated from outside our organization. Do not click links or open attachments unless you recognize the sender and know that content is safe.

Counsel,

Having received no response, we are releasing Mr. Shea from this Friday. In light of KPM's refusal to proceed with IEP's corporate deposition for at least the second time without explanation, KPM has now waived its right to seek such discovery.

Best,

Brendan

**Brendan McDermott**
**Attorney**
Direct: 314-480-1680
Brendan.McDermott@huschblackwell.com

**From:** McDermott, Brendan
**Sent:** Tuesday, August 22, 2023 11:11 AM
**To:** Michael Marable <m.marable@thip.law>; Ball, Stephen <Stephen.Ball@huschblackwell.com>
**Cc:** Andrew Crain <a.crain@thip.law>; Charles Landrum <c.landrum@thip.law>; PJ Spina <p.spina@thip.law>; IP Court Filings <IPCourtFilings@huschblackwell.com>
**Subject:** RE: IEP v. KPM

Counsel,

4

The date in the below does not reflect the available date for IEP's corporate representative as IEP had advised KPM. Can KPM advise on why August 25th, a date which KPM offered, is not reflected in the deposition notice?  IEP's corporate representative is not available on August 30th due to international travel for work.

Nevertheless, IEP remains prepared to move forward on August 25th if KPM confirms that date today. IEP will hold this Friday until 3:00PM Eastern today awaiting KPM's confirmation.

If KPM refuses to confirm and move forward with the deposition on this Friday, IEP reserves all rights to object to any subsequent belated attempt by KPM to depose IEP.

Best,

Brendan

**Brendan McDermott**
**Attorney**
Direct: 314-480-1680
Brendan.McDermott@huschblackwell.com

---

**From:** Michael Marable <m.marable@thip.law>
**Sent:** Tuesday, August 22, 2023 10:46 AM
**To:** Ball, Stephen <Stephen.Ball@huschblackwell.com>; McDermott, Brendan
<Brendan.McDermott@huschblackwell.com>
**Cc:** Andrew Crain <a.crain@thip.law>; Charles Landrum <c.landrum@thip.law>; PJ Spina <p.spina@thip.law>; Michael
Marable <m.marable@thip.law>
**Subject:** IEP v. KPM

[EXTERNAL EMAIL]

Counsel:

Attached find KPMNA's and KPMA's Seventh Amended Notice of Deposition of IEP Pursuant to FRCP 30(b)(6).

**Michael L. Marable**

Litigation Paralegal



3200 Windy Hill Road SE | Suite 1600E | Atlanta, GA 30339

O: (770) 933-9500 | F:  (770) 951-0933

[thip.law](thip.law)

*Confidentiality Notice: This e-mail message and any attachments are intended only for the use of those to whom it is addressed and may contain information that is confidential and prohibited from further disclosure under law. If you have received this e-mail message in error, its review, use, retention, and/or distribution is strictly prohibited. If you are not the intended recipient, please contact the sender by reply e-mail message and destroy all copies of the original message and any attachments.*