## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IEP Technologies, LLC,<br><br>          Plaintiff,<br><br>     v.<br><br>KPM Analytics, Incorporated f/k/a Statera Analytics Incorporated and KPM Analytics North America Corporation f/k/a Process Sensors Corporation,<br><br>          Defendants. | Civil Action No.<br>1:21-cv-10417-RWZ |

## PLAINTIFF'S MOTION FOR SANCTIONS

Plaintiff IEP Technologies, LLC, ("IEP" or "Plaintiff"), by its undersigned counsel, moves this Court to sanction Defendants KPM Analytics, Incorporated ("KPMA") and KPM Analytics North America Corporation ("KPMNA") (collectively, "Defendants") for failure to maintain and produce evidence, including changes made to its website during this litigation for the reasons set forth in its Memorandum filed contemporaneously herewith.

KPM's removal of key language from its website during this litigation without maintaining evidence means IEP will never know the circumstances surrounding the changes. As a result, IEP respectfully requests that the Court find the following: (1) that IEP and KPM sell similar products and this factor is satisfied under *Pignons*; (2) that KPM is barred from arguing its products are not similar to IEP's products; (3) that the Court, and jury if reached, infer that the missing evidence would have been harmful to KPM; and (4) fees and costs to IEP for both its prior Motion to Compel, ECF No. 44, as well as the present motion.

Dated: September 1, 2023

*/s/ Stephen F.W. Ball, Jr.*
Stephen F.W. Ball, Jr. (BBO # 670092)
HUSCH BLACKWELL LLP
One Beacon Street, Suite 1320
Boston, MA 02108
Telephone: 617-598-6700
Fax: 617-720-5092
Stephen.Ball@huschblackwell.com

Brendan G. McDermott (*pro hac vice*)
HUSCH BLACKWELL LLP
8001 Forsyth Boulevard
Suite 1500
St. Louis, MO 63105
Telephone: 314-480-1500
Fax: 314-480-1505
Brendan.McDermott@huschblackwell.com

**Attorneys for Plaintiff IEP Technologies, LLC**

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on September 1 2023, a true and correct copy of the foregoing was filed electronically with the clerk of the court. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system.


*/s/ Stephen F.W. Ball, Jr.*