# Exhibit 1

1     price lists.  So there's no description of products, and
2     there's certainly nothing about using them for addressing fire
3     and explosion safety.  So we do think that's misleading in
4     KPM's motion.
5             Now, the second part of this is the customer list, and
6     KPM also didn't initially identify that Green Team that we
7     talked about, that article that we found as a customer.  And
8     this is a customer that of course they've advertised in
9     articles to have sold sensors for, quote, fire safety.
10            And this article is from 2019, but they didn't provide
11    it when they provided their discovery responses in 2021, so
12    obviously we never got -- we did not get the complete customer
13    list, and so -- and this is actually incredibly important for
14    IEP because IEP has actually made proposals to Green Team, and
15    IEP has lost business it thinks.  So, you know, the question --
16    it begs the question of why KPM didn't provide its complete
17    customer list initially, and has it, you know provided its
18    complete customer list.  And we think that, you know, these
19    issues raise serious concerns about the completeness of KPM's
20    discovery responses.  That basically sums up our argument for
21    that one.
22            THE COURT:  Okay.  All right.  Mr. Crain?
23            MR. CRAIN:  Yes, thank you, Your Honor.
24            With regard to the first issue, the sensors that
25    Mr. Ball has talked about, KPM is withholding no documents that

EXHIBIT 01

1   it is aware of that would be responsive.  We identified in our
2   response several documents that have been produced already.
3   IEP already has a number of documents, and we provided the
4   Bates numbers on those.
5          And as I spoke about a moment ago, IEP has taken two
6   30(b)(6) depositions and two additional depositions of IEP
7   either employees or a former employee and they have not
8   identified any of the documents that were withheld.  I don't
9   see anything in the motion that identifies any documents that
10  are being withheld.
11         And I heard Mr. Ball accuse KPM of concealing
12  documents.  I don't believe that's the case, Your Honor.  I
13  know that Mr. Ball wants to take one other additional
14  deposition if the Court extends discovery, and perhaps that
15  issue may come up.  And if a document is identified that we for
16  whatever reason have not found, certainly we'll produce it.
17  But we're not aware of any documents that Mr. Ball thinks
18  haven't been produced.  So to that point, I am not aware of
19  anything and nothing has been identified that is being
20  withheld.
21         With regard to the customer list issue, Your Honor,
22  what Mr. Ball didn't share is that a customer list -- after the
23  parties had a meet and confer on this very motion, a customer
24  list was provided in an Excel spreadsheet that listed every
25  single customer.  That was provided on June the 9th, before

EXHIBIT 01