# Exhibit A

We use cookies to enhance your user experience. By continuing to browse this site, you are giving us your consent for cookies to be used. For more information, please refer to our *Privacy Policy*.

Ok

 a KPM brand

Industries & Applications  Products  Support  What's New  Stores

# PSC-EX301-XT-CB5

Home > Products > Infrared Temperature Measurement > IR Temperature Sensors > PSC-EX301-XT-CB5

### A Tougher Alternative to Thermocouples

Intrinsically safe, self-contained, fixed focus two-wire sensor, the PSC-EX301-XT-CB5 is designed primarily for precise measurements of non-reflective surfaces in the -20 to 1000°C temperature range.

⎙ PSC-EX301-XT-CB5 Brochure

**INQUIRE**





## FAQs

**Contact Us**

What type of IR temperature sensor should I buy?

How do IR temperature sensors measure temperature?

How to troubleshoot IR temperature sensors

What factors impact IR temperature sensor performance?

**⎙ REQUEST A DEMO**

| Overview | Specs |
|---|---|

An intrinsically safe, self-contained, fixed focus two-wire sensor, the PSC-EX301-XT-CB5 is designed primarily for precise measurements of non-reflective surfaces in the -20 to 1000°C temperature range. This remarkable sensor features a response time of 240ms and has excellent stability. When equipped with a sturdy Stainless Steel 316 housing, the sensor is ideally suited for hazardous conditions.

The applications for the PSC-EX301-XT-CB5 are varied and numerous. When used in condition monitoring of petrochemical furnaces, vessels and storage tanks, the sensor can accurately measure the temperature of mechanical surfaces and eliminate the need to replace easily damaged thermocouples. It can also be used to measure liquid surface temperatures. In paper and packaging production, the sensor's condition monitoring can eliminate a fire and explosion hazard due to the dust associated with the process. Coal and aggregates on conveyors also benefit from the watchful vigilance of the PSC-EX301-XT-CB5 sensor. It can eliminate a gas explosion risk when dealing with automotive painting solvents and painted surfaces. In addition to monitoring the temperature of surfaces on offshore platforms, the sensor can be used to measure the temperature of the seal's surface.

The rugged PSC-EX301-XT-CB5, when used in conjunction with an isolation barrier, satisfies the demand for an intrinsically safe infrared temperature sensor that can be used in hazardous areas for surface equipment including Class I, Div. I and II (for gas), and Class II, Div. I and II (for dust). This eliminates the need for bulky flameproof enclosures while providing highly accurate and repeatable readings.

The PSC-EX301-XT-CB5 sensor may be connected to a PC via the optional USB adapter and included Windows® compatible software. Configurable settings include emissivity, 4-20 mA temperature range, averaging, peak and valley hold processing and reflected energy compensation.

### Contact us to request a demo:

First name

Last name*

Company name*

Email*

Phone number

Country/Region*

Please Select

Message

KPM Analytics, Inc. is committed to protecting and respecting your privacy, and we'll only use your personal information to administer your account and to provide the products and services you requested from us. From time to time, we would like to contact you about our products and services, as well as other content that may be of interest to you. If you consent to us contacting you for this purpose, please tick below to say how you would like us to contact you:

☐ I agree to receive other communications from KPM Analytics, Inc.

You can unsubscribe from these communications at any time. For more information on how to unsubscribe, our privacy practices, and how we are committed to protecting and respecting your privacy, please review our Privacy Policy.

By clicking submit below, you consent to allow KPM Analytics, Inc. to store and process the personal information submitted above to provide you the content requested.

protected by reCAPTCHA
Privacy - Terms

**SUBMIT**

## PRODUCTS

Infrared Temperature Measurement

Near Infrared Moisture, Oil & Coat Weight Sensors

Custom OEM Solutions

## INDUSTRIES & APPLICATIONS

Paper & Converting

Food

Wood

Tobacco

Steel

Metals

Cement & Lime

Power

## SUPPORT

Repairs & RMA

Contact Support

FAQs

Support Downloads

Distributor Resources

## WHAT'S NEW

COMPANY

CONTACT

**PROCESS SENSORS®**
a KPM brand

© 2022 Process Sensors Corporation
Privacy Policy • Disclaimer

PIKE

EXHIBIT 9

6/15/22

IEP004422

We use cookies to enhance your user experience. By continuing to browse this site, you are giving your consent for cookies to be used. For more information, please refer to our *Privacy Policy*.

 a  KPM brand

Industries & Applications   Products   Support   What's New   Company

# PSC-EX301-XT-CB5

Home / Products / Infrared Temperature Measurement / IR Temperature Sensors / PSC-EX301-XT-CB5

### A Tougher Alternative to Thermocouples

Intrinsically safe, self-contained, fixed focus two-wire sensor, the PSC-EX301-XT-CB5 is designed primarily for precise measurements of non-reflective surfaces in the -20 to 1000°C temperature range.

⬇ PSC-EX301-XT-CB5 Brochure

**INQUIRE**





### FAQs

Contact Us

- What type of IR temperature sensor should I buy?
- How do IR temperature sensors measure temperature?
- How to troubleshoot IR temperature sensors
- What factors impact IR temperature sensor performance?

**▷ REQUEST A DEMO**

### Overview    Specs

An intrinsically safe, self-contained, fixed focus two-wire sensor, the PSC-EX301-XT-CB5 is designed primarily for precise measurements of non-reflective surfaces in the -20 to 1000°C temperature range. This remarkable sensor features a response time of 240ms and has excellent stability. When equipped with a sturdy Stainless Steel 316 housing, the sensor is ideally suited for hazardous conditions.

The applications for the PSC-EX301-XT-CB5 are varied and numerous. When used in condition monitoring of petrochemical furnaces, vessels and storage tanks, the sensor can accurately measure the temperature of mechanical surfaces and eliminate the need to replace easily damaged thermocouples. It can also be used to measure liquid surface temperatures. In paper and packaging production, the sensor's condition monitoring can eliminate a fire and explosion hazard due to the dust associated with the process. Coal and aggregates on conveyors also benefit from the watchful vigilance of the PSC-EX301-XT-CB5 sensor. It can eliminate a gas explosion risk when dealing with automotive painting solvents and painted surfaces. In addition to monitoring the temperature of surfaces on offshore platforms, the sensor can be used to measure the temperature of the seal's surface.

The rugged PSC-EX301-XT-CB5, when used in conjunction with an isolation barrier, satisfies the demand for an intrinsically safe infrared temperature sensor that can be used in hazardous areas for surface equipment including Class I, Div. I and II (for gas), and Class II, Div. I and II (for dust). This eliminates the need for bulky flameproof enclosures while providing highly accurate and repeatable readings.

The PSC-EX301-XT-CB5 sensor may be connected to a PC via the optional USB adapter and included Windows® compatible software. Configurable settings include emissivity, 4-20 mA temperature range, averaging, peak and valley hold processing and reflected energy compensation.

### Contact us to request a demo:

First name

Last name*

Company name*

Email*

Phone number

Country/Region*

Please Select ▼

Message

KPM Analytics, Inc. is committed to protecting and respecting your privacy, and we'll only use your personal information to administer your account and to provide the products and services you requested from us. From time to time, we would like to contact you about our products and services, as well as other content that may be of interest to you. If you consent to us contacting you for this purpose, please tick below to say how you would like us to contact you:

☐ I agree to receive other communications from KPM Analytics, Inc.

You can unsubscribe from these communications at any time. For more information on how to unsubscribe, our privacy practices, and how we are committed to protecting and respecting your privacy, please review our Privacy Policy.

By clicking submit below, you consent to allow KPM Analytics, Inc. to store and process the personal information submitted above to provide you the content requested.

[reCAPTCHA]

**SUBMIT**




EXHIBIT

8 - R. Schumann

---

**PRODUCTS**

Infrared Temperature Measurement
Near Infrared Moisture, Oil & Coat Weight Sensors
Custom OEM Solutions

**INDUSTRIES & APPLICATIONS**

Paper & Converting
Food
Wood
Tobacco
Steel
Metals
Cement & Lime
Power

**SUPPORT**

Repairs & RMA
Contact Support
FAQs
Support Downloads
Distributor Resources

**WHAT'S NEW**

**COMPANY**

**CONTACT**

PROCESS SENSORS®
a KPM brand

[social icons]

© 2022 Process Sensors Corporation
Privacy Policy • Disclaimer

We use cookies to enhance your user experience. By continuing to browse this site, you are giving us your consent for cookies to be used. For more information, please refer to our Privacy Policy.

Ok

  a **KPM** brand

Industries & Applications    Products    Support    What's New    Stories

# PSC-EX301-XT-CB5

Home  /  Products  /  Infrared Temperature Measurement  /  IR Temperature Sensors  /  PSC-EX301-XT-CB5

**A Tougher Alternative to Thermocouples**

Intrinsically safe, self-contained, fixed focus two-wire sensor, the PSC-EX301-XT-CB5 is designed primarily for precise measurements of non-reflective surfaces in the -20 to 1000°C temperature range.



⬓ PSC-EX301-XT-CB5 Brochure

**INQUIRE**

### FAQs

What type of IR temperature sensor should I buy?

How do IR temperature sensors measure temperature?

How to troubleshoot IR temperature sensors

What factors impact IR temperature sensor performance?

 Contact Us

**□ REQUEST A DEMO**

**Overview**        Specs

An intrinsically safe, self-contained, fixed focus two-wire sensor, the PSC-EX301-XT-CB5 is designed primarily for precise measurements of non-reflective surfaces in the -20 to 1000°C temperature range. This remarkable sensor features a response time of 240ms and has excellent stability. When equipped with a sturdy Stainless Steel 316 housing, the sensor is ideally suited for hazardous conditions.

The applications for the PSC-EX301-XT-CB5 are varied and numerous. When used in condition monitoring of petrochemical furnaces, vessels and storage tanks, the sensor can accurately measure the temperature of mechanical surfaces and eliminate the need to replace easily damaged thermocouples. It can also be used to measure liquid surface temperatures. In paper and packaging production, the sensor's condition monitoring can eliminate a fire and explosion hazard due to the dust associated with the process. Coal and aggregates on conveyors also benefit from the watchful vigilance of the PSC-EX301-XT-CB5 sensor. It can eliminate a gas explosion risk when dealing with automotive painting solvents and painted surfaces. In addition to monitoring the temperature of surfaces on offshore platforms, the sensor can be used to measure the temperature of the seal's surface.

The rugged PSC-EX301-XT-CB5, when used in conjunction with an isolation barrier, satisfies the demand for an intrinsically safe infrared temperature sensor that can be used in hazardous areas for surface equipment including Class I, Div. I and II (for gas), and Class II, Div. I and II (for dust). This eliminates the need for bulky flameproof enclosures while providing highly accurate and repeatable readings.

The PSC-EX301-XT-CB5 sensor may be connected to a PC via the optional USB adapter and included Windows® compatible software. Configurable settings include emissivity, 4-20 mA temperature range, averaging, peak and valley hold processing and reflected energy compensation.

## Contact us to request a demo:

First name                                                        Last name*

Company name*

Email*                                                              Phone number

Country/Region*
Please Select

Message

KPM Analytics, Inc. is committed to protecting and respecting your privacy, and we'll only use your personal information to administer your account and to provide the products and services you requested from us. From time to time, we would like to contact you about our products and services, as well as other content that may be of interest to you. If you consent to us contacting you for this purpose, please tick below to say how you would like us to contact you:

☐ I agree to receive other communications from KPM Analytics, Inc.

You can unsubscribe from these communications at any time. For more information on how to unsubscribe, our privacy practices, and how we are committed to protecting and respecting your privacy, please review our Privacy Policy.

By clicking submit below, you consent to allow KPM Analytics, Inc. to store and process the personal information submitted above to provide you the content requested.



**SUBMIT**

**PRODUCTS**

Infrared Temperature Measurement

Near Infrared Moisture, Oil & Coat Weight Sensors

Custom OEM Solutions

**INDUSTRIES & APPLICATIONS**

Paper & Converting

Food

Wood

Tobacco

Steel

Metals

Cement & Lime

Power

**SUPPORT**

Repairs & RMA

Contact Support

FAQs

Support Downloads

Distributor Resources

**WHAT'S NEW**

**COMPANY**

**CONTACT**

**PROCESS SENSORS®**
a **KPM** brand

© 2022 Process Sensors Corporation
Privacy Policy  •  Disclaimer



Olsen

**Exhibit 7**

IEP004422



We use cookies to enhance your user experience. By continuing to browse this site, you are giving your consent for cookies to be used. For more information, please refer to our Privacy Policy

Ok

06/22/2023- DH

Nagle-Exhibit 09

a **KPM** brand

Industries & Applications    Products    Support    What's New    Search

# PSC-EX301-XT-CB5

Home › Products › Infrared Temperature Measurement › IR Temperature Sensors › PSC-EX301-XT-CB5

### A Tougher Alternative to Thermocouples

Intrinsically safe, self-contained, fixed focus two-wire sensor, the PSC-EX301-XT-CB5 is designed primarily for precise measurements of non-reflective surfaces in the -20 to 1000°C temperature range.





🗎 PSC-EX301-XT-CB5 Brochure

INQUIRE

#### FAQs

Contact Us

What type of IR temperature sensor should I buy?

How do IR temperature sensors measure temperature?

How to troubleshoot IR temperature sensors

What factors impact IR temperature sensor performance?

🗎 REQUEST A DEMO

Overview    Specs

An intrinsically safe, self-contained, fixed focus two-wire sensor, the PSC-EX301-XT-CB5 is designed primarily for precise measurements of non-reflective surfaces in the -20 to 1000°C temperature range. This remarkable sensor features a response time of 240ms and has excellent stability. When equipped with a sturdy Stainless Steel 316 housing, the sensor is ideally suited for hazardous conditions.

The applications for the PSC-EX301-XT-CB5 are varied and numerous. When used in condition monitoring of petrochemical furnaces, vessels and storage tanks, the sensor can accurately measure the temperature of mechanical surfaces and eliminate the need to replace easily damaged thermocouples. It can also be used to measure liquid surface temperatures. In paper and packaging production, the sensor's condition monitoring can eliminate a fire and explosion hazard due to the dust associated with the process. Coal and aggregates on conveyors also benefit from the watchful vigilance of the PSC-EX301-XT-CB5 sensor. It can eliminate a gas explosion risk when dealing with automotive painting solvents and painted surfaces. In addition to monitoring the temperature of surfaces on offshore platforms, the sensor can be used to measure the temperature of the seal's surface.

The rugged PSC-EX301-XT-CB5, when used in conjunction with an isolation barrier, satisfies the demand for an intrinsically safe infrared temperature sensor that can be used in hazardous areas for surface equipment including Class I, Div. I and II (for gas), and Class II, Div. I and II (for dust). This eliminates the need for bulky flameproof enclosures while providing highly accurate and repeatable readings.

The PSC-EX301-XT-CB5 sensor may be connected to a PC via the optional USB adapter and included Windows®-compatible software. Configurable settings include emissivity, 4-20 mA temperature range, averaging, peak and valley hold processing and reflected energy compensation.

#### Contact us to request a demo:

First name
Last name*

Company name*

Email*
Phone number

Country/Region*
Please Select

Message

KPM Analytics, Inc. is committed to protecting and respecting your privacy, and we'll only use your personal information to administer your account and to provide the products and services you requested from us. From time to time, we would like to contact you about our products and services, as well as other content that may be of interest to you. If you consent to us contacting you for this purpose, please tick below to say how you would like us to contact you:

☐ I agree to receive other communications from KPM Analytics, Inc. .

You can unsubscribe from these communications at any time. For more information on how to unsubscribe, our privacy practices, and how we are committed to protecting and respecting your privacy, please review our Privacy Policy.

By clicking submit below, you consent to allow KPM Analytics, Inc. to store and process the personal information submitted above to provide you the content requested.



SUBMIT



PRODUCTS

Infrared Temperature Measurement

Near Infrared Moisture, Oil & Coat Weight Sensors

Custom OEM Solutions

INDUSTRIES & APPLICATIONS

Paper & Converting

Food

Wood

Tobacco

Steel

Metals

Cement & Lime

Power

SUPPORT

Repairs & RMA

Contact Support

FAQs

Support Downloads

Distributor Resources

WHAT'S NEW

COMPANY

CONTACT

PROCESS SENSORS

a **KPM** brand

© 2022 Process Sensors Corporation

Privacy Policy · Disclaimer

IEP004422