UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IEP Technologies, LLC,<br><br>    *Plaintiff*,<br><br>    v.<br><br>KPM Analytics, Incorporated f/k/a Statera Analytics Incorporated and KPM Analytics North America Corporation f/k/a Process Sensors Corporation,<br><br>    *Defendants*. | Civil Action No.<br>1:21-cv-10417-RWZ |

## MOTION FOR ENTRY OF AMENDED SCHEDULING ORDER

Defendants KPM Analytics, Incorporated f/k/a Statera Analytics Incorporated and KPM Analytics North America Corporation f/k/a Process Sensors Corporation (collectively, "KPM") move for entry of an amended scheduling order for the completion of expert discovery and dispositive motions. In support of this motion, KPM shows the following:

1. The Court's previously entered scheduling order provided deadlines for expert discovery and dispositive motions following the close of fact discovery. Doc. 125.

2. Since the entry of that scheduling order, the parties have had multiple fact discovery disputes, including the scheduling of IEP's deposition under Rule 30(b)(6) and the deposition of non-party witness Debra Duguid, which as a result prolonged fact discovery. Doc. 160. IEP also deposed KPM pursuant to Rule 30(b)(6) on October 31, 2023. Now that all of the aforementioned depositions have been taken, fact discovery has finally closed.

3. On November 2, 2023, the Court issued its final fact discovery order and stated that "fact discovery is closed but for the outstanding issues in this order." Doc. 173.

4. In anticipation of the aforementioned depositions occurring as planned, KPM on October 11, 2023 proposed an amended schedule to IEP for the completion of expert discovery and dispositive motions, since expert discovery and dispositive motions would be informed by the outstanding fact discovery. *See* Exhibit A.

5. On October 12, 2023, counsel for KPM met and conferred with counsel for IEP, during which call counsel for IEP stated that they had not yet reviewed the proposed amended schedule.

6. On October 18, 2023, IEP responded that an amended schedule should not be entered until the Court resolved certain outstanding discovery issues: "IEP believes it makes sense to await such guidance before an updated schedule can be finalized." *Id.*

7. On November 9, 2023, KPM again proposed an amended schedule to IEP. *See* Exhibit B.

8. On November 14, 2023, IEP responded to KPM's request, without concurring with the proposed dates. Instead, IEP merely responded that it "desires to evaluate the parties' claims before any updated schedule is final and additional resources are spent." *Id.*

9. Accordingly, because KPM could not engage in expert discovery (*i.e.,* provide any meaningful expert report(s) or schedule corresponding expert depositions) until after completing the depositions mentioned above, KPM proposes the following schedule consistent with the sequence of events set for completion after the close of fact discovery in the Court's most recent scheduling order, Doc. 125, which also follows the scheduling format set by the Court in Doc. 42:

| EVENT | DUE DATE |
|---|---|
| Expert Opening Reports | December 22, 2023 |
| Expert Rebuttal Reports | January 31, 2024 |
| Expert Reply Reports | February 29, 2024 |
| Expert Depositions | March 29, 2024 |
| Dispositive and *Daubert* Motions | May 17, 2024 |

10. While KPM does not present this motion for entry of the above amended schedule as an assented-to motion, KPM is not aware of the alternative dates that IEP wishes to propose, as IEP has not provided any specific response to KPM's multiple requests for IEP to state its position.

11. KPM remains willing to cooperate with IEP in good faith should IEP prefer a different set of dates for the amended schedule.

12. Nevertheless, now that fact discovery is finally closed and because expert discovery is necessary and essential in view of the evidence obtained in these recent depositions in order to prepare this case for trial, KPM believes it appropriate to present the amended schedule above to the Court for adoption or modification as the Court may determine.

For the Court's convenience, a proposed order is attached hereto.

Respectfully submitted this 16th day of November 2023.

/s/ Charles M. Landrum III
Michael J. Lambert (BBO No. 632053)
mlambert@sheehan.com

SHEEHAN PHINNEY BASS & GREEN PA
28 State Street, 22nd Floor
Boston, Massachusetts 02109
Telephone: 617.897.5637
Facsimile: 617.439.9363

N. Andrew Crain (*pro hac vice*)
a.crain@thip.law
Charles M. Landrum, III (*pro hac vice*)
c.landrum@thip.law
Paul Joseph Spina IV (*pro hac vice*)
p.spina@thip.law

THOMAS | HORSTEMEYER LLP
3200 Windy Hill Rd SE Suite 1600E
Atlanta, Georgia 30339
Telephone:  770.933.9500
Facsimile:  770.951.0933

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IEP Technologies, LLC,<br><br>　　*Plaintiff*,<br><br>　　*v.*<br><br>KPM Analytics, Incorporated f/k/a Statera Analytics Incorporated and KPM Analytics North America Corporation f/k/a Process Sensors Corporation,<br><br>　　*Defendants*. | Civil Action No.<br>1:21-cv-10417-RWZ |

## CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2023, the foregoing *Motion for Entry of Amended Scheduling Order* was filed using the Court's ECF system, which will automatically send electronic notice of such filing to all attorneys of record.

　　　　　　　　　　　　　　　　　　　　/s/ Charles M. Landrum III
　　　　　　　　　　　　　　　　　　　　Charles M. Landrum III

　　　　　　　　　　　　　　　　　　　　*Attorney for Defendants*