| | |
|---|---|
| **From:** | Charles Landrum <c.landrum@thip.law> |
| **Sent:** | Friday, November 17, 2023 2:28 PM |
| **To:** | McDermott, Brendan |
| **Cc:** | Andrew Crain; PJ Spina; Michael Marable; mlambert@sheehan.com; Ball, Stephen; IP Court Filings |
| **Subject:** | FW: IEP v. KPM: Protective Order |
| **Attachments:** | Exhibit A to Stipulated Protective Order - Chubb Version.docx |

Brendan,

We are following up regarding the request from KPM's insurer, Chubb, to receive Confidential Information and Highly Confidential Information produced by IEP in this litigation. Attached is a modified version of Exhibit A to the Protective Order, to be executed by Robert Thompson of Federal on behalf of KPM's insurer, Chubb.

In so doing, Chubb is requesting IEP's agreement that Confidential Information and Highly Confidential Information may be disclosed to officers, directors, managers and employees of Federal other than Mr. Thompson, as may be necessary and that, by executing the modified version of Exhibit A, Federal has the right to disclose the Confidential Information and Highly Confidential Information to its reinsurers, if any, as well as officers and personnel of any governmental agencies, judicial or regulatory authorities, or any outside auditors requesting it.

Please advise as to whether IEP agrees with the foregoing.

**Charles Landrum**
Attorney



3200 Windy Hill Road SE | Suite 1600E | Atlanta, GA 30339
O: (770) 933-9500 | D: (770) 738-2328 | F: (770) 951-0933
www.thip.law

EXHIBIT 1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IEP Technologies, LLC,<br><br>      Plaintiff,<br><br>      v.<br><br>KPM Analytics, Incorporated f/k/a Statera Analytics Incorporated and KPM Analytics North America Corporation f/k/a Process Sensors Corporation,<br><br>      Defendants. | Civil Action No.<br>1:21-cv-10417-RWZ |

**Exhibit A – Acknowledgement**

I, _____, declare that:

    I have received a copy of the Stipulated Protective Order ("Confidentiality Agreement") in this Action.

    I have carefully read and understand the provisions of this Confidentiality Agreement and I agree to abide by its terms.

    I will hold in confidence, will not disclose to anyone other than those persons specifically authorized by the Confidentiality Agreement, and will not copy or use for purposes other than for this Action any information designated under the Confidentiality Agreement that I receive in this Action.

    I understand that disclosure of information designated under the Confidentiality Agreement in violation of the Confidentiality Agreement may constitute contempt of court.

    Notwithstanding the foregoing, Federal Insurance Company (Federal) reserves the right to apply to the Court, during this action and/or after its termination, for the modification of the Confidentiality Agreement (ECF No. 18), including without limitation for the purpose of allowing

EXHIBIT 1

2

Federal, in the event of litigation between it and KPM Analytics, Incorporated f/k/a Statera Analytics Incorporated, KPM Analytics North America Corporation f/k/a Process Sensors Corporation and/or IEP Technologies, LLC , the right, as may be necessary, to refer to Confidential Information and/or Highly Confidential Information in the course of those proceedings and, as may be necessary, to make the Confidential Information and/or Highly Confidential Information exhibits to pleadings, use it in the connection with depositions, and use it in motions, papers, memoranda, affidavits and the like filed with the court in such an action and/or served upon the parties or its counsel, and at trial.

I declare under penalty of perjury that the foregoing is true and correct.

Date  _____                              Signature  _____

EXHIBIT 1