IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| IEP Technologies, LLC, | |
|---|---|
| Plaintiff, | Civil Action No. 1:21-cv-10417-RWZ |
| v. | |
| KPM Analytics, Incorporated f/k/a Statera Analytics Incorporated and KPM Analytics North America Corporation f/k/a Process Sensors Corporation, | |
| Defendants. | |

**PLAINTIFF'S ASSENTED-TO MOTION FOR EXTENSION OF TIME**

Plaintiff IEP Technologies, LLC ("IEP" or "Plaintiff") through its counsel, moves for a two-week extension of time of the deadlines set forth in ECF No. 183. Defendants KPM Analytics, Incorporated and KPM Analytics North America Corporation (collectively, "KPM" or "Defendants") consent to this request. This motion is made for good cause and not for the purposes of delay and will not prejudice either party.

Accordingly, Plaintiff respectfully requests the Court amend the deadlines set forth in ECF No. 183 as follows:

| Event | Deadline ECF No. 183 | New Deadline |
|---|---|---|
| Expert Opening Reports | January 26, 2024 | February 9, 2024 |
| Expert Rebuttal Reports | March 29, 2024 | April 12, 2024 |
| Expert Reply Reports | April 26, 2024 | May 10, 2024 |
| Expert Depositions | May 17, 2024 | May 31, 2024 |
| Dispositive and *Daubert* Motions | June 28, 2024 | July 12, 2024 |

1

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated:  January 12, 2024 | */s/ Stephen F.W. Ball, Jr.*<br>Stephen F.W. Ball, Jr. (BBO # 670092)<br>**HUSCH BLACKWELL LLP**<br>One Beacon Street, Suite 1320<br>Boston, MA 02108<br>Telephone: 617-598-6700<br>Fax: 617-720-5092<br>Stephen.Ball@huschblackwell.com<br><br>Brendan G. McDermott (*pro hac vice*)<br>**HUSCH BLACKWELL LLP**<br>8001 Forsyth Blvd., Suite 1500<br>St. Louis, MO 63105<br>Telephone: 314-480-1500<br>Fax: 314-480-1505<br>Brendan.McDermott@huschblackwell.com<br><br>***Attorneys for Plaintiff IEP Technologies, LLC*** |

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of January 2024, a true and correct copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

*/s/ Stephen F.W. Ball, Jr.*

4857-7641-9482