# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IEP Technologies, LLC, | |
| *Plaintiff*, | |
| *v.* | Civil Action No. |
| KPM Analytics, Incorporated | 1:21-cv-10417-RWZ |
| f/k/a Statera Analytics Incorporated and | |
| KPM Analytics North America Corporation | |
| f/k/a Process Sensors Corporation, | |
| *Defendants*. | |

**LOCAL RULE 83.5.3(E)(3) CERTIFICATION OF IVONA RELJA IN SUPPORT OF
ASSENTED-TO MOTION FOR ADMISSION *PRO HAC VICE***

I, Ivona Relja, state as follows:

1.  I am an attorney with the law firm of Thomas Horstemeyer LLP, which is located at 3200 Windy Hill Road Southeast, Suite 1600E, Atlanta, Georgia 30339. My telephone number is 770.933.9500, and my email address is i.relja@thip.law.

2.  I am a member of the bar in good standing and admitted to practice in the following jurisdictions: the State Bar of Georgia (Bar No. 201291), the Court of Appeals and the Supreme Court of Georgia, and the U.S. District Court for the Northern District of Georgia.

3.  I have not been the subject of any prior or pending disciplinary proceedings in any federal or state court.

4.  I have not had an admission to this Court (or other admission for a limited purpose) revoked for any reason.

5.  I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

1

Signed under the penalties of perjury on this 14th day of May, 2024.

*/s/ Ivona Relja*

Ivona Relja (Ga Bar No. 201291)