UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IEP Technologies, LLC,<br><br>    *Plaintiff*,<br><br>    *v.*<br><br>KPM Analytics, Incorporated<br>f/k/a Statera Analytics Incorporated and<br>KPM Analytics North America Corporation<br>f/k/a Process Sensors Corporation,<br><br>    *Defendants*. | Civil Action No.<br>1:21-cv-10417-JEK |

**EXHIBIT C.  DEMAND LETTER FROM IEP'S COUNSEL TO KPM,
EXHIBIT D TO COMPLAINT**



**Dykema Gossett PLLC**
1301 K Street NW
Suite 1100W
Washington, DC 20005

WWW.DYKEMA.COM

Tel: (202) 906-8600
Fax: (202) 906-8669

**Eric T. Fingerhut**
Direct Dial: (202) 906-8618
Direct Fax: (855) 220-8641
Email: EFingerhut@dykema.com

March 27, 2020

**Via Email**
**[bonnie.woods@processsensors.com]**
**& Federal Express**

Brian Mitchell
Chief Executive Officer
KPM Analytics
113 Cedar Street
Milford, MA 01757

Re:   Objection to Use and Registration of Hexagon Design as Part of Process Sensors Corporation's Logo

Dear Mr. Mitchell:

We are trademark counsel for Hoerbiger Wien GmbH ("Hoerbiger") and its wholly-owned United States subsidiary IEP Technologies, LLC ("IEP") of Marlborough, Massachusetts in trademark and related matters. IEP is a leading producer of active and passive explosion protection solutions for combustible dust and vapor threats and has been using the following hexagon-shaped design as part of its company mark and logo since at least as early as July 31, 2013 ("the Hexagon Design Mark"):



The black and white version of the Hexagon Design Mark has been registered with the United States Trademark Office under Registration No. 4648573 since December 2, 2014 and is now incontestable. A copy of Registration No. 4648573 is enclosed for your reference.

In addition, Hoerbiger is the owner of International Registration No. 1406242 of the color version of the Hexagon Design Mark. This registration issued on November 23, 2017 with a priority date of June 1, 2017 and thus far protection for this version of the mark has been extended to the United States, Mexico, European Union, New Zealand Singapore, Turkey, China, South Korea, Indonesia, Russia, Philippines, Switzerland, Austria, Ukraine, Japan, Laos, and Cambodia. Information relating to Hoerbiger's International Registration is attached for your review.

California | Illinois | Michigan | Minnesota | Texas | Washington, D.C.

4826-8256-3512.1



Brian Mitchell
March 27, 2020
Page 2

Hoerbiger and IEP recently learned that KPM Analytics' subsidiary, Process Sensors Corporation ("PSC"), is using a hexagon design as part of its company logo, a copy of which appears below:



Hoerbiger and IEP understand that PSC registered this mark in the U.S. Trademark Office on January 30, 2018 under Registration No. 5633755. The registration claims first use of the mark in February 2018. The constructive first use date of the mark, which is the same as the filing date of the application, is June 1, 2017. Both the actual date of first use and the constructive of use are subsequent to IEP's July 31, 2013 date of first use and Hoerbiger's constructive first use date of June 1, 2017. Accordingly, there is no question that as between IEP and Hoerbiger on the one hand and PSC on the other, IEP and Hoerbiger have prior rights in the Hexagon Design Mark.

IEP and Hoerbiger are quite concerned that PSC's use of its hexagon, whether alone or as part of PSC's overall logo, is likely to cause confusion among their and PSC's consumers. The similarity of the marks is obvious. Both are hexagons and the dominant colors in both marks are green, red and blue. In addition, both marks have gradations of color which contribute to the similarity. In addition to the similarity of the marks, there is an overlap in the fields of use. Hoerbiger, IEP and PSC all work in the industrial processing field, with Hoerbiger and IEP specializing in explosion safety pressure sensors and PSC in moisture sensors. The overlap in the fields of use is proven by the fact both companies exhibit at the Powder & Bulk Show, which specializes on processing technology of any kind. More information about this trade show can be found here: https://powderandbulkshow.com/expo.

While Hoerbiger/IEP and PSC may not be direct competitors in the field of explosion protection, both companies are very closely aligned in the processing industry and it is very likely Hoerbiger/IEP's and PCS's products would be placed next to each other at a customer's plant even though they provide a different function.

Hoerbiger/IEP and PSC are also active in similar business fields, namely biofuels, power, food, wood, paper and converting, steel, metals, cement and tobacco. Hoerbiger and IEP continually expand their product offerings in these industries, all of which is within its zone of natural expansion. Therefore, in addition to the overlap that exists today, it is a near certainty there will be serious overlap of commercial activities between the companies in the future.

Further supporting the commercial relationship of Hoerbiger/IEP's and PSC's business is the fact that PSC's homepage revealed that, at least in regard to steel, PSC's products aim to "*prevent damage to processing equipment and avoid dangerous equipment failures that jeopardize worker safety*". This is the same purpose as Hoerbiger/IEP's products. Another overlap exists between



Brian Mitchell
March 27, 2020
Page 3

PSC's Infrared Temperature Measurements and IEP's overheat sensors which could have similar purposes.

After careful consideration, Hoerbiger and IEP have concluded that PSC's use of its hexagon design is likely to cause confusion and thus constitutes trademark infringement and unfair competition under U.S. and Massachusetts state law. Without question, consumers are likely to believe your company's goods originate from and/or are affiliated with, endorsed by or sponsored by Hoerbiger and/or IEP, when in fact they are not.

Hoerbiger and IEP demand that PSC immediately take steps to cease all use of its hexagon design as part of its company's logo, as well as any other design confusingly similar thereto. PSC should remove its hexagon design from all business signage, advertisement/marketing materials, websites and social media pages under its control (e.g., Facebook, Twitter, YouTube, LinkedIn), including the website http://www.processsensors.com. In addition, Hoerbiger and IEP demand that PSC surrender U.S. Registration No. 5633755 and refrain from filing any new applications with a similar hexagon design.

Please note our clients are willing to refrain from taking legal action for a short period of time – 14 days – while you consider this letter and demand. However, if we do not receive your timely and cooperative reply on or before **April 10, 2020** we have been instructed to use every available resource to file suit for trademark infringement and unfair competition, to seek a temporary restraining order preventing PSC from displaying at the Powder and Bulk Show using any materials containing the hexagon logo or any similar sign and to cancel Registration No. 5633755 at the Trademark Office.

We look forward to hearing from you or your legal counsel.

Sincerely,

DYKEMA GOSSETT, PLLC

Eric T. Fingerhut

ETF/srh
Enclosures: Trademark Registrations