UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IEP Technologies, LLC,<br><br>    *Plaintiff*,<br><br>    *v.*<br><br>KPM Analytics, Incorporated<br>f/k/a Statera Analytics Incorporated and<br>KPM Analytics North America Corporation<br>f/k/a Process Sensors Corporation,<br><br>    *Defendants*. | Civil Action No.<br>1:21-cv-10417-JEK |

**EXHIBIT Q.  OFFICIAL USPTO NOTICE OF DESIGN SEARCH CODE: U.S. TRADEMARK SN: 87471579**

| | |
|---|---|
| **From:** | TMDesignCodeComments |
| **Sent:** | Friday, June 9, 2017 00:22 AM |
| **To:** | trademarks@thomashorstemeyer.com |
| **Cc:** | andrew.crain@thomashorstemeyer.com ; wesley.roberts@thomashorstemeyer.com ; katherine.swider@thomashorstemeyer.com |
| **Subject:** | Official USPTO Notice of Design Search Code: U.S. Trademark SN: 87471579: PROCESS SENSORS CORPORATION (Stylized/Design): Docket/Reference No. 141107-3016 |

**Docket/Reference Number:**       141107-3016

The USPTO has assigned design search codes to your application (U.S. serial number: 87471579).

**Design search codes assigned to your application:**

26.01.02 - Circles, plain single line
26.01.02 - Plain single line circles
26.15.21 - Polygons that are completely or partially shaded
26.17.13 - Letters or words underlined and/or overlined by one or more strokes or lines
26.17.13 - Overlined words or letters
26.17.13 - Underlined words or letters

If you would like to request that we add or delete a design search code, please email TMDesignCodeComments@USPTO.GOV. Include your name, application serial number, a list of design search codes you would like to add or delete, and a brief justification. We will process your request within two business days. If we approve your request, the updated list of design search codes will appear in our Trademark Status and Document Retrieval (TSDR) database, accessible at https://tsdr.uspto.gov/, under the "Mark Information" tab.

Design search codes are numerical codes we assign to the prominent features of your mark's design. We call these features "design elements." A design element can be any component of your mark that is not a word, such as a depiction of a star or a flower. Assigning design search codes to your mark helps us more effectively search our database for marks that may conflict with yours. Design search codes have no legal significance and will not appear on the registration certificate.

For more information about design search codes, including why and how we use them and information on adding or deleting design search codes from your application, please visit our design search code webpage at http://www.uspto.gov/DesignSearchCodes. For a list of design search codes, see the design search code manual at http://tess2.uspto.gov/tmdb/dscm/index.htm.

For questions, please call 1-800-786-9199 (option 1) to speak to a Customer Service representative in the Trademark Assistance Center. Please visit http://www.uspto.gov/TrademarkAssistance for additional information about the Trademark Assistance Center.

This notice will be available in TSDR in one business day.

KPM-000514