UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IEP TECHNOLOGIES, LLC,<br><br>         Plaintiff,<br><br>v.<br><br>KPM ANALYTICS, INC. f/k/a STATERA ANALYTICS INC. and KPM ANALYTICS NORTH AMERICA CORPORATION f/k/a PROCESS SENSORS CORPORATION,<br><br>         Defendants. | Civil Action File No.:<br><br>1:21-cv-10417-JEK |

## DEFENDANTS' MOTION TO EXCLUDE
## EXPERT TESTIMONY AND REPORT OF STEVE EGENOLF

Defendants KPM Analytics, Inc. f/k/a Statera Analytics Inc. and KPM Analytics North America Corporation f/k/a Process Sensors Corporation ("KPM") respectfully submit this motion to exclude the report and testimony of Plaintiff IEP Technologies, LLC's ("IEP") proffered expert, Steve Egenolf ("Egenolf"). Egenolf's opinion is not based on any sort of reliable principle or methodology, likely because he is wholly unqualified to offer expert analysis on the topic of likelihood of consumer confusion. Therefore, discussed in greater detail in the accompanying memorandum, KPM respectfully requests that the Court grant its Motion and exclude Egenolf's report and testimony.

Pursuant to Local Rule 7.1(a)(2), the undersigned certifies that counsel for the parties have conferred and have attempted in good faith to resolve or narrow the issues presented by the instant motion.

Respectfully submitted this 27th day of June, 2024.

/s/ N. Andrew Crain
Michael J. Lambert (BBO No. 632053)
mlambert@sheehan.com

**SHEEHAN PHINNEY BASS & GREEN PA**
28 State Street, 22nd Floor
Boston, Massachusetts 02109
Telephone: 617.897.5637
Facsimile: 617.439.9363

N. Andrew Crain (*pro hac vice*)
a.crain@thip.law
Charles M. Landrum III (*pro hac vice*)
c.landrum@thip.law
Paul Joseph Spina IV (*pro hac vice*)
p.spina@thip.law

**THOMAS HORSTEMEYER LLP**
3200 Windy Hill Rd SE
Suite 1600E
Atlanta, Georgia 30339
Telephone:  770.933.9500
Facsimile:  770.951.0933

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IEP TECHNOLOGIES, LLC,<br><br>　　Plaintiff,<br><br>v.<br><br>KPM ANALYTICS, INC. f/k/a STATERA ANALYTICS INC. and KPM ANALYTICS NORTH AMERICA CORPORATION f/k/a PROCESS SENSORS CORPORATION,<br><br>　　Defendants. | Civil Action File No.:<br><br>1:21-cv-10417-JEK |

## CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2024, the foregoing *Defendants' Motion To Exclude Expert Testimony And Report Of Steve Egenolf* was filed using the Court's ECF system, which will automatically send electronic notice of such filing to all attorneys of record.

　　　　　　　　　　　　　　　　　　　　/s/ N. Andrew Crain
　　　　　　　　　　　　　　　　　　　　N. Andrew Crain

　　　　　　　　　　　　　　　　　　　　*Attorney for Defendants*