IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IEP Technologies, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>KPM Analytics, Incorporated f/k/a Statera Analytics Incorporated and KPM Analytics North America Corporation f/k/a Process Sensors Corporation,<br><br>    Defendants. | Civil Action No.<br>1:21-cv-10417-JEK |

**CROSS-MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and Rule 56.1 of the Local Rules of the U.S. District Court for the District of Massachusetts, Plaintiff IEP Technologies LLC hereby moves for summary judgment on all claims asserted by Plaintiff IEP Technologies, LLC ("IEP") in its Complaint: Count I for federal trademark infringement under 15 U.S.C. § 1114, Count II for federal unfair competition and false designation of origin under 15 U.S.C. § 1125(a), Count III for Cancellation of U.S. Trademark Registration No. 5,633,755, Count IV for common law trademark infringement and unfair competition, and Count V for violation of M.G.L. c. 93A.

As set forth in the accompanying memorandum of law, there are no genuine disputes of material fact, and IEP is entitled to judgment as a matter of law as to each of the claims asserted in this matter. Accordingly, IEP respectfully requests that the Court enter summary judgment in its favor and against KPM all of the claims. IEP's memorandum of law filed herewith also serves as IEP's Opposition to KPM's Motion for Summary Judgment (ECF No. 191).

Pursuant to Local Rule 7.1(a)(2), the undersigned certifies that counsel for the parties have conferred and have attempted in good faith to resolve or narrow the issues presented by the instant motion.

1

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: June 27, 2024 | */s/ Stephen F.W. Ball, Jr.*<br>Stephen F.W. Ball, Jr. (BBO # 670092)<br>HUSCH BLACKWELL LLP<br>One Beacon Street, Suite 1320<br>Boston, MA 02108<br>Telephone: 617-598-6700<br>Fax: 617-720-5092<br>Stephen.Ball@huschblackwell.com<br><br>Brendan G. McDermott (*pro hac vice*)<br>HUSCH BLACKWELL LLP<br>8001 Forsyth Boulevard<br>Suite 1500<br>St. Louis, MO 63105<br>Telephone: 314-480-1500<br>Fax: 314-480-1505<br>Brendan.McDermott@huschblackwell.com<br><br>*Attorneys for Plaintiff IEP Technologies, LLC* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of June 2024, I caused a true and correct copy of the foregoing to be filed through the court's CM/ECF System.

*/s/ Stephen F.W. Ball, Jr.*