UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IEP Technologies, LLC,<br><br>    *Plaintiff*,<br><br>    v.<br><br>KPM Analytics, Incorporated<br>f/k/a Statera Analytics Incorporated and<br>KPM Analytics North America Corporation<br>f/k/a Process Sensors Corporation,<br><br>    *Defendants*. | Civil Action No.<br>1:21-cv-10417-JEK |

## DECLARATION OF CHARLES M. LANDRUM III

I, Charles M. Landrum III, being of lawful age and capacity and familiar with the matters set forth herein, declare as follows based on my personal knowledge:

1. I am counsel of record for the Defendants in the above-captioned matter.

2. Exhibit A is a true and accurate copy of the Declaration of Gavin Manes.

3. Exhibit B is a true and accurate copy of Excerpts of the Jan. 27, 2022 Deposition of John Shea and Excerpt of Exhibit 13 thereto.

4. Exhibit C is a true and accurate copy of the Subpoena to U.S. Patent & Trademark Office ("USPTO").

5. Exhibit D, Exhibit E, Exhibit F, and Exhibit G are true and accurate copies of documents produced by the USPTO.

6. Exhibit H is a true and accurate copy of the Documents Produced by Charter Communications.

7. Exhibit I is a true and accurate copy of Excerpts of the Oct. 30, 2023 Deposition of Debra M. Duguid.

8. Exhibit J is a true and accurate copy of Excerpts of the Oct. 25, 2023 Deposition of John Shea.

9. Exhibit K is a true and accurate copy of the Excerpts of the May 7, 2024 Deposition of Gavin Manes.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 2, 2024.

/s/ Charles M. Landrum III
Charles M. Landrum III