IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IEP Technologies, LLC,<br><br>      Plaintiff,<br><br>      v.<br><br>KPM Analytics, Incorporated f/k/a Statera Analytics Incorporated and KPM Analytics North America Corporation f/k/a Process Sensors Corporation,<br><br>      Defendants. | Civil Action No.<br>1:21-cv-10417-JEK |

## MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and Rule 56.1 of the Local Rules of the U.S. District Court for the District of Massachusetts, Plaintiff IEP Technologies LLC hereby moves for summary judgment on the Counterclaims of Defendants KPM Analytics, Incorporated f/k/a Statera Analytics Incorporated and KPM Analytics North America Corporation f/k/a Process Sensors Corporation (collectively, "KPM" or "Defendants"). In its Amended Answer and Counterclaims, KPM asserted two claims: "Count I [for] Cancellation of U.S. Registration No. 4,648,573 for Fraud in Obtaining and Maintaining the Registration"; and "Count II [for] Cancellation of U.S. Registration No. 4,648,573 for Non-Use of Goods and Services Identified in the Registration." ECF No. 38 at 28, 29.

As set forth in the accompanying memorandum of law, there are no genuine disputes of material fact, and KPM cannot meet its burden as a matter of law. Accordingly, IEP respectfully requests that the Court enter summary judgment in its favor and against KPM's Counterclaims Count I and Count II.

Pursuant to Local Rule 7.1(a)(2), the undersigned certifies that counsel for the parties have conferred and have attempted in good faith to resolve or narrow the issues presented by the instant motion.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: July 12, 2024 | */s/ Stephen F.W. Ball, Jr.*<br>Stephen F.W. Ball, Jr. (BBO # 670092)<br>HUSCH BLACKWELL LLP<br>One Beacon Street, Suite 1320<br>Boston, MA 02108<br>Telephone: 617-598-6700<br>Fax: 617-720-5092<br>Stephen.Ball@huschblackwell.com<br><br>Brendan G. McDermott (*pro hac vice*)<br>HUSCH BLACKWELL LLP<br>8001 Forsyth Boulevard<br>Suite 1500<br>St. Louis, MO 63105<br>Telephone: 314-480-1500<br>Fax: 314-480-1505<br>Brendan.McDermott@huschblackwell.com<br><br>*Attorneys for Plaintiff IEP Technologies, LLC* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of July, 2024, I caused a true and correct copy of the foregoing to be filed through the court's CM/ECF System.

*/s/ Stephen F.W. Ball, Jr.*
