IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IEP Technologies, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>KPM Analytics, Incorporated f/k/a Statera Analytics Incorporated and KPM Analytics North America Corporation f/k/a Process Sensors Corporation,<br><br>    Defendants. | Civil Action No.<br>1:21-cv-10417-JEK |

### IEP'S MOTION TO STRIKE KPM'S UNTIMELY EXPERT REPORT

Plaintiff IEP Technologies LLC hereby respectfully moves to strike the untimely expert report served by Defendants' KPM Analytics, Incorporated and KPM Analytics North America Corporation f/k/a Process Sensors Corporation (collectively, "KPM" or "Defendants"). The report was proffered by KPM's purported trademark expert Ms. Amanda Hyland, an attorney, and was attached to KPM's Opposition to IEP's Motion to Exclude Hyland and Kelley, ECF No. 235-3 ("the Untimely Report").

The Court should strike the untimely report for the reasons set forth in the accompanying memorandum of law.

Pursuant to Local Rule 7.1(a)(2), the undersigned certifies that counsel for the parties have conferred and have attempted in good faith to resolve or narrow the issues presented by the instant motion.

1

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: August 12, 2024 | */s/ Stephen F.W. Ball, Jr.*<br>Stephen F.W. Ball, Jr. (BBO # 670092)<br>HUSCH BLACKWELL LLP<br>One Beacon Street, Suite 1320<br>Boston, MA 02108<br>Telephone: 617-598-6700<br>Fax: 617-720-5092<br>Stephen.Ball@huschblackwell.com<br><br>Brendan G. McDermott (*pro hac vice*)<br>HUSCH BLACKWELL LLP<br>8001 Forsyth Boulevard<br>Suite 1500<br>St. Louis, MO 63105<br>Telephone: 314-480-1500<br>Fax: 314-480-1505<br>Brendan.McDermott@huschblackwell.com<br><br>*Attorneys for Plaintiff IEP Technologies, LLC* |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of August, 2024, I caused a true and correct copy of the foregoing to be filed through the court's CM/ECF System.

/s/ Stephen F.W. Ball, Jr.