UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IEP Technologies, LLC,<br><br>    *Plaintiff*,<br><br>    *v.*<br><br>KPM Analytics, Incorporated<br>f/k/a Statera Analytics Incorporated and<br>KPM Analytics North America Corporation<br>f/k/a Process Sensors Corporation,<br><br>    *Defendants*. | Civil Action No.<br>1:21-cv-10417-JEK |

## DECLARATION OF CHARLES M. LANDRUM III

I, Charles M. Landrum III, being of lawful age and capacity and familiar with the matters set forth herein, declare as follows based on my personal knowledge:

1. I am counsel of record for the Defendants in the above-captioned matter.

2. Exhibit A is a true and accurate copy of https://www.kpmanalytics.com/brands/process-sensors-corporation as of the date and at the URL set forth thereon.

3. Exhibit B is a true and accurate copy of Excerpts of the Deposition of Steve Egenolf.

4. Exhibit C is a true and accurate copy of https://woodbioenergymagazine.com/about/ as of the date and at the URL set forth thereon.

5. Exhibit D is a true and accurate copy of https://bioenergyshow.com/woodpress/ as of the date and at the URL set forth thereon.

6. Exhibit E is a true and accurate copy of Excerpts of the Deposition of Dr. Gavin Manes.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 13, 2024.

/s/ Charles M. Landrum III
Charles M. Landrum III