IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IEP Technologies, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KPM Analytics, Incorporated f/k/a Statera Analytics Incorporated and KPM Analytics North America Corporation f/k/a Process Sensors Corporation,<br><br>　　　　Defendants. | Civil Action No.<br>1:21-cv-10417-JEK |

**MOTION TO SEAL**

Pursuant to Court's Local Rules, Plaintiff IEP Technologies, LLC (hereinafter "IEP") respectfully requests leave to file redacted versions or placeholders for the following confidential documents and exhibits in support of IEP's Reply In Support of its Motion for Summary Judgment on KPM's Counterclaims being filed contemporaneously herewith:

- IEP's Reply In Support of its Motion for Summary Judgement on KPM's Counterclaims
- Exhibit B: Deposition of David Grandaw
- Exhibit C: Deposition of John Shea
- Exhibit D: Deposition of Scott Nagle

IEP and KPM have designated the material in the depositions at Exhibits B-D as Highly Confidential Attorneys' Eyes Only pursuant to the Protective Order in this case. The materials contain information that is not public and is confidential as designated.

IEP respectfully requests leave to file a redacted copy of the Reply and submit the identified exhibits under seal as instructed by the Court.

Pursuant to Local Rule 7.1(a)(2), the undersigned certifies that counsel for the parties have conferred and have attempted in good faith to resolve or narrow the issues presented by the instant motion.

Respectfully submitted,

Dated: August 16, 2024

*/s/ Stephen F.W. Ball, Jr.*
Stephen F.W. Ball, Jr. (BBO # 670092)
HUSCH BLACKWELL LLP
One Beacon Street, Suite 1320
Boston, MA 02108
Telephone: 617-598-6700
Fax: 617-720-5092
Stephen.Ball@huschblackwell.com

Brendan G. McDermott (*pro hac vice*)
HUSCH BLACKWELL LLP
8001 Forsyth Boulevard
Suite 1500
St. Louis, MO 63105
Telephone: 314-480-1500
Fax: 314-480-1505
Brendan.McDermott@huschblackwell.com

*Attorneys for Plaintiff IEP Technologies, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of August 2024, I caused a true and correct copy of the foregoing to be filed through the court's CM/ECF System.

*/s/ Stephen F.W. Ball, Jr.*
