UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IEP Technologies, LLC,<br><br>    *Plaintiff*,<br><br>    *v.*<br><br>KPM Analytics, Incorporated<br>f/k/a Statera Analytics Incorporated and<br>KPM Analytics North America Corporation<br>f/k/a Process Sensors Corporation,<br><br>    *Defendants*. | Civil Action No.<br>1:21-cv-10417-JEK |

**NOTICE OF WITHDRAWAL OF PAUL JOSEPH SPINA IV
AS COUNSEL FOR DEFENDANTS**

Pursuant to Local Rule 83.5.2(d), Defendants KPM Analytics, Inc., and KPM Analytics North America Corp. (collectively "KPM") hereby provide notice of withdrawal of Paul Joseph Spina IV, formerly with Thomas Horstemeyer LLP, as counsel to KPM in the present action.

KPM continues to be represented by attorneys at Thomas Horstemeyer LLP and Sheehan Phinney Bass & Green PA, including Andrew Crain, Charles Landrum, Ivona Relja, and Michael Lambert.

1

Respectfully submitted this 26th day of November, 2024.

/s/ Charles M. Landrum III

Michael J. Lambert (BBO No. 632053)
*mlambert@sheehan.com*

SHEEHAN PHINNEY BASS & GREEN PA
28 State Street, 22nd Floor
Boston, Massachusetts 02109
Telephone: 617.897.5637
Facsimile: 617.439.9363

N. Andrew Crain (*pro hac vice*)
a.crain@thip.law
Charles M. Landrum III (*pro hac vice*)
c.landrum@thip.law
Paul Joseph Spina IV (*pro hac vice*)
p.spina@thip.law
Ivona Relja (*pro hac vice*)
i.relja@thip.law

THOMAS | HORSTEMEYER LLP
3200 Windy Hill Rd SE Suite 1600E
Atlanta, Georgia 30339
Telephone:  770.933.9500
Facsimile:  770.951.0933

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IEP Technologies, LLC, <br><br> *Plaintiff*, <br><br> v. <br><br> KPM Analytics, Incorporated <br> f/k/a Statera Analytics Incorporated and <br> KPM Analytics North America Corporation <br> f/k/a Process Sensors Corporation, <br><br> *Defendants*. | Civil Action No. <br> 1:21-cv-10417-JEK |

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on November 26, 2024.

/s/ Charles M. Landrum III
Charles M. Landrum III

*Attorney for Defendants*