# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

IEP Technologies, LLC,

    *Plaintiff*,

    *v.*

KPM Analytics, Incorporated
f/k/a Statera Analytics Incorporated and
KPM Analytics North America Corporation
f/k/a Process Sensors Corporation,

    *Defendants*.

Civil Action No.
1:21-cv-10417-JEK

## DEFENDANTS' MOTION FOR CLARIFICATION OR RECONSIDERATION OF THE COURT'S ORDER [265] ON DEFENDANTS' MOTION TO EXCLUDE STEVE EGENOLF'S EXPERT TESTIMONY

Defendants KPM Analytics, Inc. and KPM Analytics North America Corp. respectfully move the Court to clarify or reconsider, in part, its December 23, 2024 Order [Doc. 265] granting in part and denying in part Defendants' motion to exclude Steve Egenolf's expert testimony [Doc. 200]. In its Order, the Court struck portions of Mr. Egenolf's report finding such portions to be "entirely speculative" and precluded Mr. Egenolf from offering any testimony about "what other people in the industry might conclude" for each of the other likelihood of confusion factors. ECF 265 at 9-10.

In granting the motion in part, Defendants respectfully are unclear as to whether the Court's striking of the statements in Mr. Egenolf's report, found to be entirely speculative, (*i.e.,* that "people in the industry would come to the same conclusion") also applies to the other similarly-speculative statements in Mr. Egenolf's report about what other people think and perceive for the same reasons. Thus, Defendants seek clarification as to whether the Court's ruling also applies to the similarly speculative statements above and, alternatively, reconsideration for application of law to these speculative and similarly unsupported statements for the same reasons set out in Defendants' motion to exclude Mr. Egenolf [Doc. 200].

Pursuant to Local Rule 7.1(b)(1), a memorandum of reasons, including citation of supporting authorities, why the motion should be granted, is filed in conjunction with this motion.

Additionally, pursuant to Local Rule 7.1(a)(2), the undersigned certifies that counsel for the parties have conferred and have attempted in good faith to resolve or narrow the issues presented by the instant motion.

Respectfully submitted this 21st day of January, 2025.

/s/ Charles M. Landrum III
Michael J. Lambert (BBO No. 632053)
*mlambert@sheehan.com*

SHEEHAN PHINNEY BASS & GREEN PA
28 State Street, 22nd Floor
Boston, Massachusetts 02109
Telephone: 617.897.5637
Facsimile: 617.439.9363

N. Andrew Crain (*pro hac vice*)
a.crain@thip.law
Charles M. Landrum III (*pro hac vice*)
c.landrum@thip.law
Ivona Relja (*pro hac vice*)
i.relja@thip.law

THOMAS | HORSTEMEYER LLP
3200 Windy Hill Rd SE Suite 1600E
Atlanta, Georgia 30339
Telephone:  770.933.9500
Facsimile:  770.951.0933

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IEP Technologies, LLC,<br><br>    *Plaintiff*,<br><br>    *v.*<br><br>KPM Analytics, Incorporated<br>f/k/a Statera Analytics Incorporated and<br>KPM Analytics North America Corporation<br>f/k/a Process Sensors Corporation,<br><br>    *Defendants*. | Civil Action No.<br>1:21-cv-10417-JEK |

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 21, 2025.

/s/ Charles M. Landrum III
Charles M. Landrum III

*Attorney for Defendants*