UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IEP TECHNOLOGIES, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>KPM ANALYTICS, INC. f/k/a STATERA ANALYTICS INC. and KPM ANALYTICS NORTH AMERICA CORPORATION f/k/a PROCESS SENSORS CORPORATION,<br><br>    Defendants. | Civil Action File No.:<br><br>1:21-cv-10417-JEK |

**DEFENDANT'S MOTION TO FILE UNDER SEAL**

Pursuant to this Court's October 13, 2017 Standing Order Re: Filing of Confidential Documents, Defendants KPM Analytics, Inc. and KPM Analytics North America Corporation ("collectively "KPM") respectfully move for leave to file under seal the unredacted version of the following document, for which a redacted version has been filed publicly:

- Defendants' Brief in Support of its Motion for Clarification or Reconsideration of the Court's Order [265] on Defendants' Motion to Exclude Steve Egenolf's Expert Testimony

The above identified document contains excerpts of the expert report of Steve Egenolf, which has been designated at HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER by IEP and previously sealed by the Court at Doc. 201-1 as purportedly containing information designated as such by one or both parties.

For the foregoing reasons, KPM respectfully requests leave to file the above-identified document under seal.

Pursuant to Local Rule 7.1(a)(2), the undersigned certifies that counsel for the parties have conferred and have attempted in good faith to resolve or narrow the issues presented by the instant motion.

Respectfully submitted this 21st day of January, 2025.

/s/ Charles M. Landrum III
Michael J. Lambert (BBO No. 632053)
*mlambert@sheehan.com*

SHEEHAN PHINNEY BASS & GREEN PA
28 State Street, 22nd Floor
Boston, Massachusetts 02109
Telephone: 617.897.5637
Facsimile: 617.439.9363

N. Andrew Crain (*pro hac vice*)
a.crain@thip.law
Charles M. Landrum III (*pro hac vice*)
c.landrum@thip.law
Ivona Relja (*pro hac vice*)
i.relja@thip.law

THOMAS | HORSTEMEYER LLP
3200 Windy Hill Rd SE Suite 1600E
Atlanta, Georgia 30339
Telephone:  770.933.9500
Facsimile:  770.951.0933

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IEP TECHNOLOGIES, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>KPM ANALYTICS, INC. f/k/a STATERA ANALYTICS INC. and KPM ANALYTICS NORTH AMERICA CORPORATION f/k/a PROCESS SENSORS CORPORATION,<br><br>        Defendants. | Civil Action File No.:<br><br>1:21-cv-10417-JEK |

## CERTIFICATE OF SERVICE

I hereby certify that on January 21, 2025, the foregoing *Defendant's Motion to Seal* was filed using the Court's ECF system, which will automatically send electronic notice of such filing to all attorneys of record.

/s/ Charles M. Landrum III
Charles M. Landrum III

*Attorney for Defendants*