# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IEP TECHNOLOGIES, LLC,<br>      Plaintiff,<br><br>    v.<br><br>KPM ANALYTICS, INCORPORATED<br>F/K/A STATERA ANALYTICS,<br>INCORPORATED AND KPM ANALYTICS<br>NORTH AMERICA CORPORATION F/K/A<br>PROCESS SENSORS CORPORATION,<br>      Defendants. | Civil Action File No.:<br>1:21-cv-10417-RWZ |

## NOTICE OF APPEARANCE OF PAUL JOSEPH SPINA IV

### TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Paul Joseph Spina IV of Thomas Horstemeyer, LLP, Georgia Bar No. 839522, hereby enters his appearance as counsel for Defendants KPM Analytics, Incorporated F/K/A Statera Analytics, Incorporated and KPM Analytics North America Corporation F/K/A Process Sensors Corporation in the above-captioned matter.

Respectfully submitted this 17th day of February, 2025.

/s/ Paul Joseph Spina IV
Michael J. Lambert (BBO No. 632053)
*mlambert@sheehan.com*
**SHEEHAN PHINNEY BASS & GREEN PA**
28 State Street
22nd Floor
Boston, Massachusetts 02109
Telephone: 617.897.5637
Facsimile: 617.439.9363

N. Andrew Crain (*pro hac vice*)
*a.crain@thip.law*
Charles M. Landrum III (*pro hac vice*)
*c.landrum@thip.law*
Paul Joseph Spina IV (*pro hac vice*)

1

*p.spina@thip.law*
Ivona Relja
i.relja@thip.law

**THOMAS HORSTEMEYER LLP**
3200 Windy Hill Rd SE
Suite 1600E
Atlanta, Georgia 30339
Telephone:  770.933.9500
Facsimile:  770.951.0933

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IEP TECHNOLOGIES, LLC,<br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>KPM ANALYTICS, INCORPORATED<br>F/K/A STATERA ANALYTICS,<br>INCORPORATED AND KPM ANALYTICS<br>NORTH AMERICA CORPORATION F/K/A<br>PROCESS SENSORS CORPORATION,<br>　　　　　　Defendants. | Civil Action File No.:<br>1:21-cv-10417-RWZ |

## CERTIFICATE OF SERVICE

I hereby certify that on February 17, 2025, the foregoing was filed using the Court's ECF system, which will automatically send electronic notice of such filing to all attorneys of record.

　　　　　　　　　　　　　　　*/s/ Paul Joseph Spina IV*
　　　　　　　　　　　　　　　Paul Joseph Spina IV

　　　　　　　　　　　　　　　*Attorney for Defendants*

3