UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IEP TECHNOLOGIES, LLC, | ) |
|     Plaintiff / Counter Defendant | ) ) ) |
| v. | ) C.A. 1:21-cv-10417 |
| KPM ANALYTICS, INCORPORATED, f/k/a STATERA ANALYTICS, INCORPORATED, and KPM ANALYTICS NORTH AMERICA CORPORATION f/k/a PROCESS SENSORS CORPORATION, | ) ) ) ) ) |
|     Defendants / Counter Claimants | ) ) |

### NOTICE OF APPEARANCE OF PAUL R. MASTROCOLA

Kindly enter the appearance of Paul R. Mastrocola as counsel on behalf of the Plaintiff / Counter Defendant IEP Technologies, LLC, in connection with the above-captioned matter.

        Respectfully submitted,
        IEP Technologies, LLC

        By its attorney

        */s/ Paul R. Mastrocola*
        Paul R. Mastrocola (BBO # 630664)
        pmastrocola@zuckerlawgroup.com
        Zucker Law Group LLP
        33 Arch Street, 25th Floor
        Boston, MA 02110
Dated: April 11, 2025        (617) 865-8967

## CERTIFICATE OF SERVICE

I, Paul R. Mastrocola, hereby certify that on April 11, 2025, the foregoing document was filed via the Court's ECF system, which provides email notice of the filing of this document to all counsel of record in this case.

/s/ *Paul R. Mastrocola*
Paul R. Mastrocola
Counsel for IEP Technologies, LLC