UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IEP TECHNOLOGIES, LLC,<br><br>  Plaintiff,<br><br>v.<br><br>KPM ANALYTICS, INC. f/k/a STATERA ANALYTICS INC. and KPM ANALYTICS NORTH AMERICA CORPORATION f/k/a PROCESS SENSORS CORPORATION,<br><br>  Defendants. | Civil Action File No.:<br><br>1:21-cv-10417-JEK |

**STIPULATION OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND COUNTERCLAIMS**

Plaintiff IEP Technologies, LLC ("IEP") and Defendant KPM Analytics, Incorporated f/k/a Statera Analytics Incorporated and KPM Analytics North America Corporation f/k/a Process Sensors Corporation ("KPM") (collectively, the "Parties"), hereby stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and (c) that all claims and counterclaims asserted in this action are hereby dismissed with prejudice, subject to the terms of the Parties' agreed-upon Confidential Settlement and Mutual Release Agreement, with each party to bear its own costs, attorney's fees and expenses.

Respectfully submitted this 30th day of April, 2025.

| | |
|---|---|
| */s/ Paul R. Mastrocola*<br>Counsel for Plaintiff<br><br>Paul R. Mastrocola (BBO # 630664)<br>pmastrocola@zuckerlawgroup.com<br>Zucker Law Group LLP<br>33 Arch Street, 25th Floor<br>Boston, MA 02110<br>Telephone: (617) 865-8967<br><br>*Attorney for Plaintiff* | */s/ N. Andrew Crain*<br>Counsel for Defendant<br><br>Michael J. Lambert (BBO No. 632053)<br>*mlambert@sheehan.com*<br><br>SHEEHAN PHINNEY BASS & GREEN PA<br>28 State Street, 22nd Floor<br>Boston, Massachusetts 02109<br>Telephone: 617.897.5637<br>Facsimile: 617.439.9363 |

N. Andrew Crain (*pro hac vice*)
a.crain@thip.law
Charles M. Landrum III (*pro hac vice*)
c.landrum@thip.law
Ivona Relja (*pro hac vice*)
i.relja@thip.law

THOMAS | HORSTEMEYER LLP
3200 Windy Hill Rd SE Suite 1600E
Atlanta, Georgia 30339
Telephone:  770.933.9500
Facsimile:  770.951.0933

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IEP TECHNOLOGIES, LLC,<br><br>     Plaintiff,<br><br>     v.<br><br>KPM ANALYTICS, INC. F/K/A STATERA ANALYTICS, INCORPORATED AND KPM ANALYTICS NORTH AMERICA CORPORATION F/K/A PROCESS SENSORS CORPORATION,<br><br>     Defendants. | Civil Action File No.:<br>1:21-cv-10417-JEK |

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2025, the foregoing was filed using the Court's ECF system, which will automatically send electronic notice of such filing to all attorneys of record.

/s/ N. Andrew Crain
N. Andrew Crain

*Attorney for Defendants*

3